IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**UNITED STATES OF AMERICA**                                                  **PLAINTIFF**

**v.**                      **Case No. 4:23-cr-00101-BSM**

**CANDACE SCOTT**                                                               **DEFENDANT**

## NOTICE OF DEFENDANT'S REQUEST FOR DISCOVERY

COMES NOW, the Defendant, Candace Scott, by and through his attorney, Seth L. Bowman of Bowman & Lewis, PLLC, and does hereby respectfully provide this pleading as notice to the Court and to the Government of the Defendant's request for discovery pursuant to Rule 16, FED. R. CRIM. P., and the Court's Pretrial Scheduling Order.

The Defendant requests all of the material referenced in the Order, and also requests Jencks Act material and Giglio material seven days prior to trial, in keeping with the Order's suggestion that early disclosure will avoid unnecessary delay.

Respectfully submitted,

*/s/ Seth L. Bowman*

SETH L BOWMAN (2011056)
BOWMAN & LEWIS, PLLC
1719 S. Broadway
Little Rock, AR  72206
501-251-1701
501-707-0799 (fax)
seth@lrattorney.com

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing pleading was served via electronic transmission via the Court's CM/ECF system on this 10th day of May, 2023, to all parties of record.

_____
Seth L. Bowman