# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**UNITED STATE OF AMERICA**                                                         **PLAINTIFF**

**VS.**                     **CASE NO: 4:23-cr-00101-BSM**

**CANDACE CHAPMAN SCOTT**                                              **DEFENDANT**

## MOTION FOR SUBSTITUTION OF COUNSEL

COMES NOW, George "Birc" Morledge, IV of the Morledge Law Firm, and for his Motion for Substitution of Counsel in the above case states:

1. That the Defendant, Candace Chapman Scott, is currently represented by Seth Bowman.

2. Ms. Scott has retained George "Birc" Morledge, IV to represent her in the above styled case.

3. Ms. Scott requests that this Court authorize the withdrawal of Seth Bowman as attorney of record on this case and substitute George "Birc" Morledge, IV as attorney of record for Ms. Scott.

4. Defense Counsel requests that all future pleadings and pertinent correspondence in this cause of action be directed from this day forward to Morledge Law Firm, 300 S. Spring St., Ste. 615, Little Rock, AR 72201.

WHEREFORE George "Birc" Morledge, IV of the Morledge Law Firm, prays that Seth Bowman be withdrawn as Counsel, and he be substituted as Counsel of record for Candace Chapman Scott in the above-captioned case.

Respectfully submitted,

GEORGE "BIRC" MORLEDGE, IV
Ark. Bar No:  08048
MORLEDGE LAW FIRM
300 S. Spring St., Ste. 615
Little Rock, AR 72201
(501) 590-3050 / 501-615-8844
gbmorledge@gmail.com

GEORGE "BIRC" MORLEDGE, IV