

**U.S. Department of Justice**

**Federal Bureau of Prisons**

*Metropolitan Detention Center*

---

*Office of the Warden*

*535 N. Alameda Street*
*Los Angeles, California 90012*

June 26, 2023

The Honorable J. Thomas Ray
United States Chief Magistrate Judge
Eastern District of Arkansas
500 West Capitol Avenue, Room D144
Little Rock, AR 72201

RE:     Scott, Candace Chapman
        Case No.: 4:23-CR-101-BSM-1
        Reg. No.: 56739-510

<div style="border:1px solid">

**FILED**

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

Jul 05, 2023

Tammy H. Downs, Clerk
By: Suzy Flippen D.C.
DEP CLERK

</div>

Dear Judge Thomas Ray,

This is in response to the court order dated May 3, 2023, which committed Ms. Scott for an examination pursuant to 18 U.S.C. §§ 4241, 4242 and 4247. On May 5, 2023, Ms. Scott was designated to (MDC) Los Angeles, CA. The defendant arrived at the Metropolitan Detention Center (MDC), Los Angeles, CA, on June 23, 2023.

Pursuant to 18 U.S.C. §§ 4241, 4242 and 4247 the defendant may be committed for a period of up to 45 days so that our Psychology staff can complete the evaluations. Our clinical psychologist requests a 30-day extension as permitted by the statute to develop a history, diagnosis, and opinion. We would also ask the Court to determine that commitment for the evaluation commence June 23, 2023, upon the day Ms. Scott arrived at our facility. If granted, it is anticipated that the evaluation will be completed by September 5, 2023.  Should you grant our request, the report will be submitted to the Court within three weeks of completion of the evaluation, on September 26, 2023.

If you should have any questions regarding the evaluation, please contact Dr. Samantha Shelton, Chief Psychologist at (213) 485-0439, ext. 5181 or at sshelton@bop.gov.  For any other questions, please contact me directly.

Sincerely,

A. Dulgov
Interim Warden