IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATE OF AMERICA                                                               PLAINTIFF

VS.                         CASE NO:  4:23-cr-00101-BSM

CANDACE CHAPMAN SCOTT                                                            DEFENDANT

## MOTION FOR DETENTION HEARING

The Defendant, Candace Chapman Scott, by and through her counsel, George "Birc" Morledge, IV, respectfully requests that the Court schedule a detention hearing at which she can seek pretrial release, and states the following for her Motion for Detention Hearing:

1. By Order of Continuance dated September 28, 2023, this matter has been scheduled for a jury trial to commence on March 25, 2024.

2. At her plea and arraignment on April 28, 2023, Ms. Scott was detained and reserved her right to request a detention hearing in the future.

3. Ms. Scott is currently incarcerated in the Greene County Detention Center.

4. Ms. Scott respectfully requests that the Court schedule a detention hearing at which Ms. Scott can seek pretrial release.

6. Ms. Scott is not a danger to the community, nor does she present a flight risk.

7. Further, releasing Ms. Scott pending trial will allow her to assist with the preparation of his defense.

WHEREFORE, the Defendant, Candace Chapman Scott, respectfully requests that this Court schedule a detention hearing at which her counsel can seek pretrial release, and for any and all other relief to which the foregoing entitles her, or which justice and equity may require.

Respectfully submitted,

George B. Morledge, IV
ABN 2008048
**Attorney for Defendant**
MORLEDGE LAW FIRM, LLC
300 S. Spring St., Ste. 615
Little Rock, AR 72201
Office: (501) 590-3050 / (501) 615-8844
Facsimile: (501) 615-8844
Email: gbmorledge@gmail.com