**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**UNITED STATE OF AMERICA**                                                  **PLAINTIFF**

**VS.**                        **CASE NO: 4:23-cr-00101-BSM**

**CANDACE CHAPMAN SCOTT**                                        **DEFENDANT**

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE**

    This case is currently set for jury trial on March 25, 2024, at 9:30 am.

    That the Defendant was arrested on or about April 27, 2023, and charged with the offenses of Conspiracy to Commit Mail Fraud, Mail Fraud, Conspiracy to Commit Wire Fraud, Wire Fraud, Conspiracy to Commit Interstate Transportation of Stolen Property, and Interstate Transportation of Stolen Property.

    Defense Counsel, due to scheduling conflicts, and after conferring with AUSA, Amanda Jegley, respectfully requests a short continuance of the jury trial in this case until April 25, 2024.

    AUSA, Amanda Jegley, has no objection to this continuance.

    This is excludable time under 18 U.S.C. § 3161(h)(7)(B)(i,iv) because it is in the interest of justice for defense counsel.

                                                       Respectfully submitted,

                                                       GEORGE "BIRC" MORLEDGE, IV
                                                       Ark. Bar No: 08048
                                                       MORLEDGE LAW FIRM
                                                       300 S. Spring St., Ste. 615
                                                       Little Rock, AR 72201
                                                       (501) 590-3050 / 501-615-8844
                                                       gbmorledge@gmail.com