**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS**

| | | |
|---|---|---|
| **United States of America** | | **Plaintiff** |
| **v.** | **Case No.: 4:23–cr–00101–BSM** | |
| **Candace Chapman Scott** | | **Defendant** |

### NOTICE OF HEARING

     PLEASE take notice that a Change of Plea Hearing has been set in this case for April 25, 2024, at 10:00 AM before Judge Brian S. Miller in Little Rock Courtroom # 2D in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:** March 1, 2024                                  AT THE DIRECTION OF THE COURT
                                                                            TAMMY H. DOWNS, CLERK

                                                                               **By:** Laura J. Bichlmeier, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas