

**Thread** (10103580530116444)
**Current** 2022-07-26 14:28:12 UTC
**Participants** Jeremy Lee Pauley (Facebook: 100063789302056)
Candace Chapman (Facebook: 70302803)

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-10-28 21:28:22 UTC
**Body** Hey Jeremy! I follow your page and work and LOVE it. I'm a
mortician and work at a trade service mortuary, so we are
contracted through the medical hospital here in Little Rock to

cremate their cadavers when the medical students are done with
them before they discard them in a cremation garden. Just out of
curiosity, would you know anyone in the market for a fully in tact,
embalmed brain??? 🧠

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
  **Sent** 2021-10-28 21:29:37 UTC
  **Body** Depending on price I'm always down to buy pieces. It's what I do
for a living 🧠

**Author** Candace Chapman (Facebook: 70302803)
  **Sent** 2021-10-28 21:30:33 UTC
  **Body** That's really cool. Honestly, I wouldn't know the first thing about
pricing it, but here's some pics of it.

**Author** Candace Chapman (Facebook: 70302803)
  **Sent** 2021-10-28 21:30:38 UTC
  **Body** You sent 3 photos.
**Attachments** ███████████████████████████████

    **Type** image/jpeg
    **Size** 897380





**Type** image/jpeg
**Size** 676079





**Type** image/jpeg
**Size** 674270

Meta Platforms Business Record                    Page 5534





**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
  **Sent** 2021-10-28 21:31:17 UTC
  **Body** Reacted ❤ to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
  **Sent** 2021-10-28 21:32:05 UTC
  **Body** Beautiful! Skull cap included?

**Author** Candace Chapman (Facebook: 70302803)
  **Sent** 2021-10-28 21:32:18 UTC
  **Body** It can be if you'd like it!

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
  **Sent** 2021-10-28 21:33:41 UTC
  **Body** Love the look! Would you take 500?

**Author** Candace Chapman (Facebook: 70302803)
  **Sent** 2021-10-28 21:37:43 UTC
  **Body** That sounds perfectly reasonable. I actually just looked and I have
          2 embalmed with skull cap!

**Author** Candace Chapman (Facebook: 70302803)
  **Sent** 2021-10-28 21:37:56 UTC
  **Body** You sent a photo.
**Attachments**
              **Type** image/jpeg
              **Size** 1127965



**Author** Candace Chapman (Facebook: 70302803)
  **Sent** 2021-10-28 21:38:06 UTC
  **Body** That one is slightly messier though.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
  **Sent** 2021-10-28 21:39:25 UTC
  **Body** What could you do on both shipped? I'm always interested if you
         come across more things. 🙂🙂

**Author** Candace Chapman (Facebook: 70302803)
  **Sent** 2021-10-28 21:44:14 UTC
  **Body** I have cool things all the time, so I'll happily let you know. Let me
         ask you this first, what's the best and safest way to ship them? I'm
         sure you're an expert at that by now. I've only ever shipped bones.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
  **Sent** 2021-10-28 21:53:53 UTC
  **Body** Wrapped in alcohol soaked paper towels, double zip lock or
         vacuum pack. And wonderful! I currently have two suppliers so one
         more is excellent!

**Author** Candace Chapman (Facebook: 70302803)
  **Sent** 2021-10-28 22:07:45 UTC
  **Body** I just looked real good on one of these bodies and I also have an in
         tact liver and heart!

**Author** Candace Chapman (Facebook: 70302803)
  **Sent** 2021-10-28 22:07:57 UTC
  **Body** You sent 2 photos.
**Attachments**
              **Type** image/jpeg
              **Size** 1552525



**Type** image/jpeg

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
  **Sent** 2021-10-28 22:08:12 UTC
  **Body** 🖤🖤🖤🖤🖤

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
  **Sent** 2021-10-28 22:08:28 UTC
  **Body** Definitely love hearts

**Author** Candace Chapman (Facebook: 70302803)
  **Sent** 2021-10-28 22:08:52 UTC
  **Body** They usually don't leave this many goodies in the bodies!

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
  **Sent** 2021-10-28 22:11:28 UTC
  **Body** Reacted 🖤 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
  **Sent** 2021-10-28 22:12:09 UTC
  **Body** I'm out trick or treating with kiddo but I'll definitely message in a bit and square up! 🖤🖤

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
  **Sent** 2021-10-29 00:12:32 UTC
  **Body** Okay I'm back lol! Interested in the brains and heart 🖤🖤

**Author** Candace Chapman (Facebook: 70302803)
  **Sent** 2021-10-29 00:18:58 UTC
  **Body** No problem. I was dragging a 3 week decomp out of a house anyway 🖤🖤🖤🖤🖤

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
  **Sent** 2021-10-29 00:20:22 UTC
  **Body** Oh that sounds…. Not fun lol!

**Author** Candace Chapman (Facebook: 70302803)
  **Sent** 2021-10-29 00:20:53 UTC
  **Body** It was fucking awful quite frankly. But let's get down to business.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
  **Sent** 2021-10-29 00:21:38 UTC
  **Body** So what are you thinking on all three pieces?

**Author** Candace Chapman (Facebook: 70302803)
  **Sent** 2021-10-29 00:26:59 UTC
  **Body** So I'll just shoot you a number based on your earlier bid for the single brain. Would $1200 shipped sound reasonable for all 3 pieces including skull caps?

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
  **Sent** 2021-10-29 00:27:43 UTC
  **Body** You are literally on the same page because that was going to be my offer lol!

**Author** Candace Chapman (Facebook: 70302803)
  **Sent** 2021-10-29 00:32:44 UTC

**Body**     Amazing 🖤🖤

**Author**  Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent**    2021-10-29 00:33:06 UTC
**Body**    Reacted 🖤🖤 to your message

**Author**  Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent**    2021-10-29 00:34:22 UTC
**Body**    If you could send me a PayPal invoice to
            ██████████████████████
            I'll pay immediately 😊

**Author**  Candace Chapman (Facebook: 70302803)
**Sent**    2021-10-29 00:37:23 UTC
**Body**    And as soon as I catch a few hours of sleep tomorrow, I can take
            these to the post office and get them shipped out. Let me go see if
            I can remember how to do this lol

**Author**  Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent**    2021-10-29 00:38:48 UTC
**Body**    All good! No rush!

**Author**  Candace Chapman (Facebook: 70302803)
**Sent**    2021-10-29 00:43:33 UTC
**Body**    Ok I hope I did it right 🖤🖤 it's sent

**Author**  Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent**    2021-10-29 00:48:08 UTC
**Body**    Invoice paid!

**Author**  Candace Chapman (Facebook: 70302803)
**Sent**    2021-10-29 00:49:03 UTC
**Body**    I'll send tracking as soon as I get it tomorrow!

**Author**  Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent**    2021-10-29 00:49:59 UTC
**Body**    Wonderful! Thank you! I look forward to working together again!

**Author**  Candace Chapman (Facebook: 70302803)
**Sent**    2021-10-29 00:50:32 UTC
**Body**    Absolutely! It's a pleasure meeting someone who can appreciate
            things like this. Happy to do business!

**Author**  Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent**    2021-10-29 00:50:38 UTC
**Body**    Reacted ❤ to your message

**Author**  Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent**    2021-10-29 00:50:43 UTC
**Body**    🖤🖤

**Author**  Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent**    2021-10-29 00:55:59 UTC
**Body**    Also if you ever have large portions of skin, I'll take them. Always
            looking to make leather. Would gladly create something for you for
            the trouble as well. 🖤🖤

**Author**  Candace Chapman (Facebook: 70302803)

**Sent**
2021-10-29 00:57:16 UTC
**Body** Interesting. I'll see what the students leave me with next time. I still haven't looked at these other 2 bodies they brought so there may be a hidden gem in there. Just hadn't had the chance to dig around.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-10-29 01:01:59 UTC
**Body** Reacted ❤ to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-10-29 01:02:50 UTC
**Body** Just let me know. I'll always buy or be able to move it it regardless. 🖤🖤

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-10-29 01:37:47 UTC
**Body** This what you were referring to?

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-10-29 01:37:49 UTC
**Body** You sent a photo.
**Attachments** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Type** image/jpeg
**Size** 1073126



**Author** Candace Chapman (Facebook: 70302803)
  **Sent** 2021-10-29 01:37:56 UTC
  **Body** That's probably 20-30 pounds of skin

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
  **Sent** 2021-10-29 01:39:14 UTC
  **Body** Yup! Any decent sized pieces. I usually go for backs, chests, torsos.
         I flesh them out myself since usually they are pretty fatty, tan the
         embalmed hide via a special technique and bind books with it. 🙂🙂

**Author** Candace Chapman (Facebook: 70302803)
  **Sent** 2021-10-29 01:39:52 UTC
  **Body** These are fairly large chunks and most of the fat is already
         trimmed off

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
  **Sent** 2021-10-29 01:40:40 UTC
  **Body** Always make my job a little easier lol! Any idea on size?
         Dimensions I mean.

**Author** Candace Chapman (Facebook: 70302803)

**Sent**

2021-10-29 01:41:14 UTC
**Body** Here's a vid to give an idea

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-10-29 01:41:38 UTC
**Body** You sent a video.
**Attachments**

**Type** video/mp4
**Size** 8914026

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-10-29 01:43:27 UTC
**Body** That last big piece and if there is one that size under it when the video stops. I trim them down a lot and they are thick, but all part of the job lol!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-10-29 01:43:46 UTC
**Body** I have a measuring stick up here, so I can get some exact measurements if need be

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-10-29 01:44:24 UTC
**Body** Usually anything the size of a back I can get a good book out of. And anything with a nipple is a bonus. Or tattoos 🥰

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-10-29 01:44:30 UTC
**Body** I'll be cremating all night anyway so I'll be awake this entire 24 hour shift to do any measuring 🥰

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-10-29 01:44:44 UTC
**Body** I do have some tiddies from this one 🥰

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-10-29 01:44:54 UTC
**Body** How have we not talked sooner 🥰

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-10-29 01:45:25 UTC
**Body** Man, it just took some time to see your work in beauty of the dead and I knew as soon as I got these bodies who to talk to 🥰

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-10-29 01:46:06 UTC
**Body** I'm so glad! 🥰

**Author** Candace Chapman (Facebook: 70302803)

**Sent**
    2021-10-29 01:46:38 UTC
**Body** Me too! So enthralled by human remains being used for something other than rotting in the ground.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-10-29 01:47:17 UTC
**Body** Reacted ❤ to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-10-29 01:47:41 UTC
**Body** Exactly! I'd much rather be used for something that will be cherished when 8m gone.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-10-29 01:47:47 UTC
**Body** *I'm

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-10-29 01:48:09 UTC
**Body** You have stellar tattoos to preserve, so make sure the kiddos know what to do one day! 🖤🖤

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-10-29 01:48:25 UTC
**Body** And correct me if I'm wrong, but you have an actual museum???

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-10-29 01:48:40 UTC
**Body** Reacted ❤ to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-10-29 01:49:58 UTC
**Body** It is a tax exempt non profit sanctioned by the federal government, but not a brick and mortar. I travel with exhibits and do pop up education.  As well as lectures, whole events for the community etc. 🖤🖤

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-10-29 01:50:37 UTC
**Body** That is so amazing.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-10-29 01:53:38 UTC
**Body** I like to keep the collection at home, and plan on passing it down to my successors,  so I'm the mean time I prefer to travel and spread more knowledge rather than lock it into a building.  A brick and mortar location will come events  but for now I want to use these pieces to their fullest potential 🖤🖤

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-10-29 01:54:49 UTC
**Body** I really love that. I try so hard to educate people on the funeral side of things and death in general. It should never be taboo or "scary." It's inevitable and the only outcome possible.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-10-29 01:56:38 UTC
**Body** Reacted ❤ to your message

**Author**

Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-10-29 01:56:59 UTC
**Body** Exactly! My wife is in mortuary school now for the same reasons!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-10-29 01:58:42 UTC
**Body** Awesome!!!! Tell her if she needs anything to holler at me!

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-10-29 01:59:04 UTC
**Body** Will do! 🙏🏼

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-10-29 01:59:43 UTC
**Body** Alright I saved you 3 huge chunks of skin from this body before I
put it in the retort. I'll get them measured as soon as I finish this
embalming and we can go from there. Skin is heavy as shit 🤣🤣

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-10-29 02:00:29 UTC
**Body** I appreciate it! 🙌🏼

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-10-29 02:01:01 UTC
**Body** The second body is a bust, they fucked him up completely. I'll
check the 3rd body when I'm done too.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-10-29 02:03:29 UTC
**Body** Ah, yeah I've seen that plenty. Students really do a number
sometimes lol!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-10-29 02:05:28 UTC
**Body** Not gonna lie, I'd love to have a cadaver to poke around on before
anyone got a hold of it. I'm fascinated by the body, especially since
they ALL embalm so differently.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-10-29 02:05:42 UTC
**Body** Reacted ❤ to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-10-29 02:05:47 UTC
**Body** Omg same!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-10-29 02:53:42 UTC
**Body** You sent a photo.
**Attachments** ████████████████████████
**Type** image/jpeg
**Size** 149876





**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-10-29 02:53:50 UTC
**Body** Found another brain and heart

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-10-29 02:54:35 UTC
**Body** And they are fully fixed? They are so dark

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-10-29 02:54:58 UTC
**Body** Yea this body has just been dead since 2018 lol

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-10-29 02:56:41 UTC
**Body** Woah lol! Depending what we do with the skin, I'll definitely take
them!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-10-29 02:57:11 UTC
**Body** Yea he's been through it lol

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-10-29 02:57:14 UTC
**Body** You sent a photo.
**Attachments**
                    image/jpeg
              **Size** 887656





**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-10-29 02:57:55 UTC
**Body** Oh yeah, they worked him over pretty good.

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-10-29 03:00:48 UTC
**Body** Ok I'll take all this to the house with me when I get off at 7 am. I'll measure the skin shortly when I get a second and send those specs to you. Then we can go from there!

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-10-29 03:01:05 UTC
**Body** Perfect! 🙌

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-10-29 18:37:09 UTC
**Body** Hey hey! Just checking in 😊

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-10-29 20:12:56 UTC
**Body** Hello! I woke up about an hour ago and went to get some "packing supplies". I went to 6 different stores and can't find a DROP of alcohol to hold them, so I ordered some on Amazon that should be here tomorrow or Sunday. I'm aiming to mail these all out first thing Monday morning when I get off work. As far as the skin goes, I got busy and didn't get measurements and threw it in my car. What are your recommendations on packing that? I'm kind of at a loss with it because it's so large and oddly shaped.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-10-29 20:16:20 UTC
**Body** No worries! Usually when I pick it up I'm person I kind of roll it up in a trash bag and double or triple bag it.   I'll gladly cover the shipping on that has I imagine the weight will be pricey 😅

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-10-29 20:18:16 UTC
**Body** That was kind of my general process when I took it from work. It's in 3 trash bags now, so I'll grab some casket plastic at work tomorrow to wrap it up real good. I'll put it in its own box. I'm going to wash it down in my tub real good because it's super oily.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-10-29 20:20:56 UTC
**Body** Oh yeah, shit is greasy as hell lol! The amount of decreasing I have to do to start tanning is ridiculous.

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-10-29 20:23:57 UTC
**Body** I think I'm going to nab some towels from work and first wrap it in those, then plastic. I just don't want anything to leak before it gets to you.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-10-29 20:24:29 UTC

**Body**
Good idea! 🥰

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-10-29 20:26:44 UTC
**Body** I'm going to work on getting everything ready through the weekend, and I'll keep you posted throughout!

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-10-29 20:28:05 UTC
**Body** Awesome! I appreciate! I'll make sure we are squared up by Monday payment wise once we figure it all out 🥰

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-10-29 20:28:47 UTC
**Body** That's not a problem at all and no worries! Enjoy the best weekend of the year (in my humble opinion) lol

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-10-29 20:29:06 UTC
**Body** Reacted ❤ to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-10-29 20:29:16 UTC
**Body** Likewise! 🥰

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-10-31 14:49:46 UTC
**Body** Should I pack the skull caps in alcohol too? Or take the brains out of them and pack them In alcohol separately?

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-10-31 15:38:39 UTC
**Body** They should be fine with the brains inside and just wrap the whole thing in the damp paper towels. 🥰

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-10-31 15:39:32 UTC
**Body** Ok cool!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-10-31 15:39:56 UTC
**Body** I work a 24 hour today, so I'm going to pack everything here while I have a bunch of random supplies available to me lol

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-10-31 15:40:16 UTC
**Body** Reacted ❤ to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-10-31 15:40:19 UTC
**Body** Reacted ❤ to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-10-31 15:40:32 UTC
**Body** Hot damn! That's a work day!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-10-31 15:41:26 UTC

**Body**

Those are the shifts for a 24 hour mortuary unfortunately. Usually we only do one 24 hour a week, but the way this one falls I do 3 😩😩😩😩😩

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-10-31 15:41:59 UTC
**Body** Reacted 😮 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-10-31 15:42:21 UTC
**Body** Holy shit... that's insanity!

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-10-31 15:45:45 UTC
**Body** Let me know what you're thinking on the rest of the stuff and I'll get you squared away today on that. 😁

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-10-31 15:54:52 UTC
**Body** Luckily we can sleep so sometimes it's not too bad, but when the funeral homes keep you up 24 hours straight it's for sure insanity.

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-10-31 15:55:18 UTC
**Body** So we have the other skull and brain, another heart, and all the skin right?

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-10-31 15:55:49 UTC
**Body** Reacted 👍 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-10-31 15:56:00 UTC
**Body** Yup! 😁

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-10-31 15:57:31 UTC
**Body** How about $700 for all? I'll use $100 of that for the shipping so we can total it all in together and I can ship everything tomorrow when they open at 9.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-10-31 16:00:31 UTC
**Body** I certainly can do that!   Invoice me for 800 if you could, so it helps covers fees and helps with shipping. 😁

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-10-31 16:00:55 UTC
**Body** You got it!

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-10-31 16:01:05 UTC
**Body** Reacted ❤ to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-10-31 16:02:20 UTC
**Body** Let me know dimensions on the skin when it's convenient,  I'll take it regardless but that way I can Mao out what to do with it 😁😁 I have

a pile here to tan so I may wait and do a big run 🫠🤣

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-10-31 16:04:52 UTC
**Body** I'm going to drag it out of the bags and clean it on the prep table later. I decided using my shower might leave that nice embalming smell so I waited until today. 🤣😂

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-10-31 16:05:03 UTC
**Body** Reacted 😆 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-10-31 16:05:17 UTC
**Body** This is true lol!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-10-31 16:07:43 UTC
**Body** I will get it measured later this afternoon and send those to you ASAP.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-10-31 16:10:19 UTC
**Body** Awesome! 🙌🏻

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-01 05:06:48 UTC
**Body** I'm about to measure some skin now. Sorry, I got ambushed with 6 embalmings since 5 pm so I just now got around to not doing anything 🫠🤣

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-01 05:07:12 UTC
**Body** Reacted 😆 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-01 05:07:31 UTC
**Body** Oh damn! That's crazy! No worries!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-01 05:14:58 UTC
**Body** Ok I got 21x12, 21x11, and 15x8.5 all in inches

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-01 05:15:54 UTC
**Body** Perfect! 🙌🏻

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-01 05:26:45 UTC
**Body** Feel free to send me an invoice whenever it's convenient and I'll square up with everything 🙌🏻

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-01 05:44:48 UTC
**Body** Did I not send it? 🤔 I wonder who it sent to

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-01 05:45:18 UTC
**Body** This right?

**Author**

Candace Chapman (Facebook: 70302803)

**Sent** 2021-11-01 05:45:23 UTC

**Body** You sent a photo.

**Attachments** █████████████████████████████

**Type** image/jpeg

**Size** 86420

12:45

Oct 31 · 11:03 AM



# You sent an invoice for $800 to The Chapel of Rest

Transaction type

Invoice sent

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-01 05:45:53 UTC
**Body** Oh sorry, I never got the notification 🤦 just paid!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-01 05:46:11 UTC
**Body** Good, I was terrified I sent it to a stranger 😂

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-01 05:46:16 UTC
**Body** Reacted 😂 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-01 05:46:25 UTC
**Body** Nope, that was on me 😂

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-01 05:48:02 UTC
**Body** Well I just got everything packed up, I wrapped the skin in towels and plastic around the towel, the hearts and brains are wrapped in soaked alcohol towels in a 1 gallon ziploc bag with extra towels cushioned around them. Hopefully everything makes it there safe.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-01 05:49:01 UTC
**Body** Oh I'm sure it will! Sounds like it's packed same as I would. 😂

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-01 05:49:18 UTC
**Body** It's super ghetto packing so don't judge me. Lol

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-01 05:49:37 UTC
**Body** 😂😂😂😂😂

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-01 20:31:32 UTC
**Body** Send me that address real quick, can't find it when I need it lol

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-01 20:34:03 UTC
**Body** Reacted 😂 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-01 20:34:52 UTC
**Body** No worries!
███████████
Enola, PA. 17025

**Author** Candace Chapman (Facebook: 70302803)

**Sent**

2021-11-01 20:52:26 UTC
**Body** Ok everything is in the mail! As soon as I get to work and out of the car, I'll screenshot tracking since it's 4 different boxes

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-01 20:53:01 UTC
**Body** Awesome! Sounds perfect! 🙌🙌

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-01 20:53:36 UTC
**Body** I hope the shipping  wasn't to bad? Of it cut into your money to much let me know and I'll make up the difference.  🙏🙏

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-01 20:54:34 UTC
**Body** Wasn't bad at all! About $89 bucks which is close to the $80 I was guessing!

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-01 20:55:08 UTC
**Body** OK good! I didn't want you to lose money because I figured it would be up there lol!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-01 20:56:22 UTC
**Body** I also shipped a heavy ass box of cremation artifacts to someone so I knew it would be hefty because of that alone, but it only jumped the price to $114. It didn't make me lose any money at all, so no worries!

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-01 20:56:56 UTC
**Body** Reacted ❤ to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-01 20:57:25 UTC
**Body** I'm always looking for cremains and remnants as well. 🙏🙏

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-01 20:58:21 UTC
**Body** Omg I'm sitting on a goldmine 😂😂😂😂😂

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-01 20:58:36 UTC
**Body** Reacted 😂😂 to your message

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-01 20:58:43 UTC
**Body** I sell her dentures and cremation artifacts all the time 😂😂

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-01 20:58:50 UTC
**Body** We just toss them anyway

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-01 20:59:17 UTC
**Body** Pretty much anything in that realm, and any fleshy bits, I'll always take! Lifelong customer here 🙏🙏

**Author**
Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-01 21:00:52 UTC
**Body** I always need a side hustle for my tattoo addiction 🤣 and I like when things don't go to waste.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-01 21:01:08 UTC
**Body** Reacted ❤ to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-01 21:01:33 UTC
**Body** Then I feel you will be taking all my money in the future 😂

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-01 21:03:20 UTC
**Body** Look you get off much cheaper with the cremation supplies. I sell them cheap because I usually have an abundance.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-01 21:03:28 UTC
**Body** Reacted ❤ to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-01 21:03:45 UTC
**Body** Wonderful! 🙌

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-01 21:05:54 UTC
**Body** Do you want actual ashes too? I think we have several unclaimed bodies at work if I got sniffing around

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-01 21:06:15 UTC
**Body** Always looking for more ashes!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-02 00:33:50 UTC
**Body** Finally got back to the mortuary. Here's your tracking info!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-02 00:33:55 UTC
**Body** You sent a photo.
**Attachments** ███████████████████████
**Type** image/jpeg
**Size** 733747



**UNITED STATES POSTAL SERVICE.**

WESTSIDE
11415 HURON LN
LITTLE ROCK, AR 72211-9998
(800)275-8777

11/01/2021                          03:48 PM

| Product | Qty | Unit Price | Price |
|---------|-----|-----------|-------|

USPS Retail Ground® 1                    $18.80
    Enola, PA 17025
    Weight: 6 lb 2.40 oz
    Estimated Delivery Date
        Mon 11/08/2021
    Tracking #:
        9534 6108 6967 1305 6790 03

USPS Retail Ground® 1                    $24.55
    Enola, PA 17025
    Weight: 8 lb 6.2 oz
    Estimated Delivery Date
        Mon 11/08/2021
    Tracking #:
        9534 6108 6967 1305 6790 10

USPS Retail Ground® 1                    $24.55
    Enola, PA 17025
    Weight: 7 lb 1.4 oz
    Estimated Delivery Date
        Mon 11/08/2021
    Tracking #:
        9534 6108 6967 1305 6790 27

USPS Retail Ground® 1                    $21.60
    Enola, PA 17025
    Weight: 8 lb 7.0 oz
    Estimated Delivery Date
        Mon 11/08/2021
    Tracking #:
        9534 6108 6967 1305 6790 34

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
  **Sent** 2021-11-02 00:34:41 UTC
  **Body** Thanks so much! I'll let you know soon as it arrives! Definitely
          would love to continue business. 🖤🖤

**Author** Candace Chapman (Facebook: 70302803)
  **Sent** 2021-11-02 00:35:27 UTC
  **Body** I would love that! I'll keep an eye out for all the things you need!

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
  **Sent** 2021-11-02 00:36:06 UTC
  **Body** Wonderful! Also any hands detached heads etc. Literally anything,
          and I'll probably take it. 🖤🖤

**Author** Candace Chapman (Facebook: 70302803)
  **Sent** 2021-11-02 01:34:30 UTC
  **Body** I'll be on the lookout for all the macabre!

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
  **Sent** 2021-11-02 01:40:06 UTC
  **Body** Reacted ❤ to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
  **Sent** 2021-11-02 01:40:17 UTC
  **Body** Sweet! 🖤🖤

**Author** Candace Chapman (Facebook: 70302803)
  **Sent** 2021-11-02 03:48:32 UTC
  **Body** Wtf you have a pet alligator and didn't tell me? 😱😱

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
  **Sent** 2021-11-02 03:50:33 UTC
  **Body** 😂😂😂😂😂 I do! Her name is Remi! 🖤🖤

**Author** Candace Chapman (Facebook: 70302803)
  **Sent** 2021-11-02 03:51:02 UTC
  **Body** I love her. I am a huge reptile fan and have a ball python myself.
          Her name is Wednesday.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
  **Sent** 2021-11-02 03:51:23 UTC
  **Body** I love reptiles! And spiders lol!

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
  **Sent** 2021-11-02 03:52:09 UTC
  **Body** Jeremy Lee sent a photo.
**Attachments**
          **Type** image/jpeg

Meta Platforms Business Record                    Page 5564



**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-02 03:52:24 UTC
**Body** Omg I'm working up the nerve to buy a tarantula. They fascinate me more than any other creature. I was an arachnophobe my whole life and finally educated myself and broke my fear.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-02 03:52:43 UTC
**Body** Figured you'd enjoy this. I'm cleaning up a plastinated 1 year old brain. Top is done, bottom one needs work.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-02 03:53:14 UTC
**Body** Oh my daughter loves hers! A Chilean rose hair or a Mexican red knee are usually really docile and great starters!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-02 03:53:45 UTC
**Body** My dream tarantula is a Brazilian black. They are so sleek and beautiful.

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-02 03:53:58 UTC
**Body** That brain looks amazing!

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-02 03:54:10 UTC
**Body** Reacted ❤ to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-02 03:54:12 UTC
**Body** Reacted ❤ to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-02 03:54:35 UTC
**Body** Thank you! Tedious as he'll lol! I personally 2ant a Goliath bird eater!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-02 03:54:56 UTC
**Body** Those hairs on those fuckers man. I could never

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-02 03:55:19 UTC
**Body** Oh yeah 🤣🤣

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-05 16:17:49 UTC
**Body** Says your packages are out for delivery 🤞🏼 Let me know if they make it!

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-05 17:04:17 UTC
**Body** 2 showed up so far! The rest may come later in the day. My mail is weird like that 🤣🤣

**Author**
    Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-05 17:12:18 UTC
**Body** Awesome! Glad they got there safe so far.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-05 17:38:31 UTC
**Body** 3rd one just showed up lol!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-05 17:42:12 UTC
**Body** One more and we are golden!

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-05 17:42:24 UTC
**Body** Reacted ❤ to your message

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-06 00:12:19 UTC
**Body** You get the 4th?

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-06 00:13:01 UTC
**Body** Looks like it'll be here tomorrow. Sitting in Harrisburg 10 minutes away lol!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-06 00:18:11 UTC
**Body** As long as it makes it, that's all I care about 🙏🙏 post office is notorious for losing shit I send or receive and I hate it

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-06 00:22:43 UTC
**Body** Oh I've been there lol! Usually once it's that close I never have an issue 🙏🙏

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-08 16:58:11 UTC
**Body** Did that last package ever arrive?

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-08 17:07:46 UTC
**Body** Just arrived today finally! But out of all the boxes there was only one heart?

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-08 17:08:12 UTC
**Body** Huh... 🤔🤔🤔🤔🤔

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-08 17:09:28 UTC
**Body** None of them looked opened when you got them right? Because I surely sent 2 hearts. I can't for the life of me remember how I arranged all of them, but it was in one of those gallon bags.

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-08 17:09:55 UTC
**Body** Now I'm panicking wondering where the fuck a missing heart is if it's not with you or me.

**Author**
Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-08 17:11:33 UTC
**Body** They all were still completely closed, the first box had the 3 brains and the one heart, second box was skin, (I didn't think anything of it since I knew another box was in the wind) and then this box was the single piece of skin. 🤷🙄

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-08 17:13:24 UTC
**Body** Wait you've only got 3 boxes so far?

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-08 17:14:26 UTC
**Body** Yeah, I think, lol! Let me check all the tracking and see. So much comes and goes.

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-08 17:14:36 UTC
**Body** There's 4 total! 🙄🙄

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-08 17:14:59 UTC
**Body** Omg I just let out a sigh of relief because I was for real panicking 🙄🙄

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-08 17:18:14 UTC
**Body** Sorry lol! There were four, checked all the tracking and then checked the workshop because I hoard boxes, lol! They all came! But heart still missing 🙄🙄

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-08 17:18:42 UTC
**Body** You're shitting me.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-08 17:19:32 UTC
**Body** Afraid not. 🙄🙄 but all the boxes were good and tight in good shape so I don't think anything fell out or anything.

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-08 17:20:15 UTC
**Body** That blows my mind. How much would you like me to send you back and I'll get it to you asap?

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-08 17:24:39 UTC
**Body** I'm not super stressed about it! I'm pretty easy going. I definitely want to keep buying, so maybe we square up with a heart next purchase? 🙄🙄

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-08 17:28:00 UTC
**Body** Absolutely, if I get one, it'll be sent to you asap. If not, I'm sure I can find some other goodies for you to square up, or PayPal you if nothing pops up anytime soon. I'm still absolutely mind blown at where that heart is. It will keep me up at night just wondering wtf I did with it. Granted it was 2 am when I packed all that at work so god knows what I was thinking. Never cease to amaze myself.

**Author**
Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-08 17:28:52 UTC
**Body** It's probably chilling in some dark corner somewhere 🤣🤣

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-08 17:29:07 UTC
**Body** How often would you say things become available?

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-08 17:30:29 UTC
**Body** Honestly when it's during the school year for the college kids in med school, we just never know how long it'll take to shred them to pieces. We kind of just chill until we get phone calls for them.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-08 17:31:11 UTC
**Body** Gotcha, that's what I figured judging from some of my other suppliers. Fingers crossed for December 🤞🤞

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-08 17:34:24 UTC
**Body** We very well could still get more this month. We got one the other day, but whoever embalmed them did a bang up job and he was nothing but green fuzzy mold. It was repulsive. I burned him right away.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-08 17:38:32 UTC
**Body** 🤣🤣🤣🤣

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-08 17:41:38 UTC
**Body** I do apologize again. I feel really bad about that somehow not making it. I promise next time I'll pack everything when I'm not working 24 hours straight and have a clear head.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-08 18:06:19 UTC
**Body** Reacted ❤ to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-08 18:06:44 UTC
**Body** It's all good! Shit happens! I'm so overworked sometimes I totally get it!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-11 13:33:46 UTC
**Body** How about another brain and skull cap, and an ear 🧠🧠

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-11 17:23:49 UTC
**Body** I'm down! 🙌🙌

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-11 17:28:40 UTC
**Body** I caught a medical body this morning because it was the be cremated or it would have been toast

**Author**
Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-11 17:30:10 UTC
**Body** Oh nice!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-11 17:30:26 UTC
**Body** I hope that helps to make up for the heart I still have no idea what I did with. 🩸

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-11 17:30:58 UTC
**Body** No worries at all! Just let me know what you need out of it and I'll pay promptly 🩸

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-11 17:31:11 UTC
**Body** Be perfect for plastination 🩸

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-11 18:22:58 UTC
**Body** How much did we do for a heart and a brain last time? I've got the memory of a goldfish these days

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-11 18:23:37 UTC
**Body** Let me scroll back because same 🩸

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-11 18:24:41 UTC
**Body** It was 1200 for two brains and a heart. So however that breaks down 🩸

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-11 18:26:28 UTC
**Body** Ok so how about $250 for the brain, skullcap, and ear. I'll take $250 off for the MIA heart and being a big dummy

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-11 18:27:09 UTC
**Body** Shipping included

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-11 18:27:56 UTC
**Body** Works for me! What's the PayPal again?

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-11 18:28:11 UTC
**Body** Want me to invoice?

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-11 18:29:41 UTC
**Body** We've done business so I always try and save reliable sellers the fees when possible, plus I hope to work together quite a bit so if I send friends and family it'll keep the tax man away 🩸

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-11 18:40:05 UTC
**Body** Well I appreciate that! My email is ████████████@yahoo.com

**Author**
Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-11 18:46:30 UTC
**Body** Reacted ❤ to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-11 18:47:55 UTC
**Body** Paid! ⬜⬜

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-11 18:48:55 UTC
**Body** I will have it in the mail tomorrow! I'll get it boxed up and ready tonight.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-11 18:49:17 UTC
**Body** Sounds good! Appreciate it! ⬜⬜

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-11 18:49:26 UTC
**Body** I appreciate you!

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-11 18:52:38 UTC
**Body** Reacted ❤ to your message

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-11 23:19:43 UTC
**Body** You sent a photo.
**Attachments** ████████████████████████████
**Type** image/jpeg
**Size** 124295



**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-11 23:19:48 UTC
**Body** Ready to ship out tomorrow!

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-12 01:22:40 UTC
**Body** Sweeeet! Thank you as always! 🙏🙏🙏🙏

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-12 01:35:05 UTC
**Body** A pleasure doing business with you again! Look forward to more!

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-12 01:35:15 UTC
**Body** Reacted ❤ to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-12 01:35:19 UTC
**Body** Likewise!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-12 17:08:14 UTC
**Body** Tracking for you! Thank you again!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-12 17:08:17 UTC
**Body** You sent a photo.
**Attachments**
**Type** image/jpeg
**Size** 815646



**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-12 17:08:27 UTC
**Body** I just realized you can't even read it 🥲

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-12 17:08:42 UTC
**Body** You sent a photo.
**Attachments**
**Type** image/jpeg
**Size** 131884



**UNITED STATES POSTAL SERVICE.**

WESTSIDE
11415 HURON LN
LITTLE ROCK, AR 72211-9998
(800)275-8777

10:53 AM
11/12/2021

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® 2-Day | 1 | | $15.40 |

Enola, PA 17025
Weight: 4 lb 0.50 oz
Expected Delivery Date
Mon 11/15/2021
Tracking #:
9505 5108 6968 1316 7461 38

Insurance $0.00
Up to $50.00 included

Total $15.40

Grand Total: $15.40

Debit Card Remitted $15.40
Card Name: MasterCard
Account #: XXXXXXXXXXXX8962
Approval #: C05256
Transaction #: 275
Receipt #: 043156
Debit Card Purchase: $15.40
AID: A0000000042203          Chip
AL: Debit
PIN: Verified

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-12 17:11:59 UTC
**Body** And thank you! ░░

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-15 23:20:24 UTC
**Body** You sent the brain to ▮▮▮▮▮▮▮▮▮▮ yeah?

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-15 23:22:31 UTC
**Body** Yes!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-15 23:22:32 UTC
**Body** You sent a photo.
**Attachments** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Type** image/jpeg
**Size** 146084



**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
  **Sent** 2021-11-15 23:24:14 UTC
  **Body** I'm so sick of this new mailman. My couch was 6 feet from my
         open door, I get notified it's just been delivered. No box. Last two
         packages that required signatures he missed me and never took
         them back to the post office for me to pick up. Hopefully some one
         drops it off. 🤦‍♂️

**Author** Candace Chapman (Facebook: 70302803)
  **Sent** 2021-11-15 23:24:33 UTC
  **Body** Oh lord 🙄

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
  **Sent** 2021-11-15 23:25:30 UTC
  **Body** Let me know when more become available. If no one drops it off
         out of kindness wherever it ended up I'll just have to eat it.

**Author** Candace Chapman (Facebook: 70302803)
  **Sent** 2021-11-15 23:40:44 UTC
  **Body** That's insane. They are going to get an odd surprise when they
         open it if they are those kind of pieces of shit.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
  **Sent** 2021-11-15 23:40:51 UTC
  **Body** Reacted 😆 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
  **Sent** 2021-11-15 23:41:26 UTC
  **Body** That at the very least makes it feel better 😂 I'm going to see if they
         can gos track where it was scanned tomorrow. This shits ridiculous.

**Author** Candace Chapman (Facebook: 70302803)
  **Sent** 2021-11-15 23:42:13 UTC
  **Body** I can't stand the postal service of any kind. FedEx and ups are no
         better.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
  **Sent** 2021-11-15 23:42:24 UTC
  **Body** Oh I know! It's a shit show!

**Author** Candace Chapman (Facebook: 70302803)
  **Sent** 2021-11-16 17:32:28 UTC
  **Body** So...should I be concerned about the cops knocking on my door for
         this brain/skull combo that's missing in the oblivion of the post
         office? 😂

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
  **Sent** 2021-11-16 17:35:51 UTC
  **Body** I doubt it lol! They'd knock on my door before anything. 😂 plus with
         my museum paperwork, (even though it's already legal) it would

get put to bed rather quickly. And they all know me in town and what I do for a living. If anything they would probably return it for me �� waiting to see if it shows up today, hoping it was just scanned as delivered. It's happened a few times. And then if not I'm going to go talk to the post master. 🫠

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-16 17:38:30 UTC
**Body** Tell the postmaster I'm about to carry my ass up there to have a chat too. That shit is sacred

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-16 17:38:40 UTC
**Body** Reacted ❤ to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-16 17:39:51 UTC
**Body** He knows what I do for a living as well and thankfully takes it very serious. This mailman needs fired at this point. I've been more than patient because he was new. SMH...

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-16 17:42:08 UTC
**Body** I still have a package missing from June of 2021 of authentic pieces of the set from the original Friday the 13th. The postman who was too lazy to walk to my door claimed he dropped it off in the office of our complex. It was never delivered there and never been seen since. I can't express how hot I was over that.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-16 17:43:57 UTC
**Body** Christ.... Yeah I would have been! I still have a package that was sent out back in June to a client that's still "in transit" it was fully insure but denied my claim because "it's not lost, it's in transit". Talk about pissed when I had to refund it and lose the package. 🫠

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-16 17:45:21 UTC
**Body** That's such bullshit. Insurance may reimburse you, but it'll never replace those precious items.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-16 17:47:04 UTC
**Body** Exactly. And I couldn't even get that! Like what's the point? I usually drive high end items when it's within 4 hours or so to pick up or drop off, but sadly mail is a necessity. It's sad what I know has been lost over the years to end up who knows where.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-16 19:46:24 UTC
**Body** Got the brain!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-16 19:54:39 UTC
**Body** Omg yes!!!!!!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-16 19:54:47 UTC
**Body** The ear also there correct?!

**Author**
Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-16 19:58:03 UTC
**Body** I'll know soon as I unpack it here in a bit! But the box is unopened so should be. Dumbass delivered to the church across the street because it said chapel 🤣🤣

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-16 20:03:38 UTC
**Body** Oh my dear god. I'm an atheist, but Jesus would have been so mad at me if they'd opened it. 😂😂😂😂😂

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-16 20:03:49 UTC
**Body** Reacted 😂 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-16 20:03:59 UTC
**Body** I had the same thought hahahahaha!!!!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-17 23:29:40 UTC
**Body** Oh I have a question! If you slice the brain and sell pieces of it, would you sell me a slice to have?!

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-17 23:33:16 UTC
**Body** Not slicing this one up, BUT I'll gladly just give you one from the next brain I do! Or if plastination takes in this test run I have a chunk that will be plastinated that I'd be more than happy to send you. 😊

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-17 23:35:47 UTC
**Body** I'd love to have a piece. I don't need a whole brain, but I'd be completely satisfied with a little piece 😊😊

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-17 23:36:11 UTC
**Body** And no rush or anything, not like you don't get these often 😂😂

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-17 23:36:26 UTC
**Body** Soon as this plastination piece is done I'll see what you think of it! 😊😊

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-17 23:36:57 UTC
**Body** True 😂😂😂😂😂 by the way if there is any potential for more goodies in the pipeline, I just refilled my spend account 😊😊

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-17 23:38:00 UTC
**Body** 😂😂😂😂😂 I'll keep an eye out

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-17 23:39:45 UTC
**Body** 😊😊 anything really. Brains, hearts, skin, hands, feet, you name it I'll take it. Want to make a plastination exhibition for the museum to

travel with. 🤣🤣

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-17 23:40:59 UTC
**Body** Right now all I have is bodies to be cremated that aren't embalmed, but it's getting closer to the semester being over 😩😩😩😩😩😩😩😩😩

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-17 23:45:36 UTC
**Body** Sweeeeet! The nice thing with plastination is if they are all dissected it's perfect to plastinate and show the structure. Super excited to see where this next step goes. 🥳🥳

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-17 23:46:39 UTC
**Body** That will be so cool. Can't wait to see it

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-17 23:46:46 UTC
**Body** Reacted ❤ to your message

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-24 18:00:49 UTC
**Body** So. I have a fully in tact human skull from an unidentified murder victim in 2011. 🫣🫣

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-24 18:01:42 UTC
**Body** The coroner gave us the bones to cremate since they've been sitting at the medical examiner for 10 years and anthropologist in New York couldn't identify him.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-24 18:24:06 UTC
**Body** Woah that wild! Any trauma to the skull?

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-24 18:30:48 UTC
**Body** Just the original square cut at the top of the skull that was done for autopsy, but can easily be fixed into place. Good clean bone cut.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-24 18:31:07 UTC
**Body** Got pics? 🥺🥺

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-24 18:31:21 UTC
**Body** He had his femurs, hips, ribs, and scapulas but I didn't want to get greedy and my boss find out 😂😂😂😂😂

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-24 18:31:32 UTC
**Body** I will send some as soon as I get to the house for lunch!

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-24 18:33:41 UTC
**Body** Reacted 🤣🤣 to your message

**Author**
    Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-24 18:33:43 UTC
**Body** Reacted ❤ to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-24 18:33:51 UTC
**Body** Sounds good! 🙂🙂

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-24 19:05:14 UTC
**Body** You sent 3 photos.
**Attachments** ████████████████████

    **Type** image/jpeg
    **Size** 679397





**Type** image/jpeg
**Size** 710214



**Type** image/jpeg
**Size** 661371

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-24 19:05:27 UTC
**Body** The square of his skull is also with me, I just didn't include it in the pics

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-24 19:05:54 UTC
**Body** Oh what a beauty! I love the cut!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-24 19:07:06 UTC
**Body** Sorry about Draco and the weed tray in the background 🙈🙈🙈🙈🙈

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-24 19:07:41 UTC
**Body** Whatcha looking to get out of it?

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-24 19:07:41 UTC
**Body** Reacted 🙂 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-24 19:07:41 UTC
**Body** Reacted 🙂 to your message

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-24 19:09:27 UTC
**Body** I have no fucking idea 🤣🤣

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-24 19:09:46 UTC
**Body** Reacted 🙂 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-24 19:11:42 UTC
**Body** Well let me know what you think is fair. Wasn't in the market for a new skull since holding out for more wets but that cut would be spectacular to use in presentations! 🙂

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-24 19:12:19 UTC
**Body** Oh really? So the cut in his skull is more beneficial to you? I'd assume it would be a hinderance

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-24 19:13:14 UTC
**Body** Depending on what I'm lecturing about. This is a good example of a forensic autopsy vs a medical cut.

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-24 19:16:11 UTC
**Body** That is a pretty cool cut, not the typical autopsy cut we see from the medical examiner.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)

**Sent**
    2021-11-24 19:16:55 UTC
**Body**  Absolutely!

**Author**  Candace Chapman (Facebook: 70302803)
**Sent**  2021-11-24 19:25:00 UTC
**Body**  For real, don't feel obligated to buy it. I have another lady I can ask because she collects dry skeletons or I can add it to my shelf. I know you have limits on your collection.

**Author**  Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent**  2021-11-24 19:26:33 UTC
**Body**  Well I did just buy a skeleton of a preteen/teen so maybe I should pass lol! Save my Pennie's for specimens for plastination so the wife doesn't kill me. She doesn't know about the skeleton yet 🙈🙈

**Author**  Candace Chapman (Facebook: 70302803)
**Sent**  2021-11-24 19:32:42 UTC
**Body**  Better buy her something pretty right now before she finds out 🤣🤣

**Author**  Candace Chapman (Facebook: 70302803)
**Sent**  2021-11-24 19:33:25 UTC
**Body**  Thank god my boyfriend just buys disc golf shit and it's not super expensive 🤣🤣🤣🤣🤣🤣

**Author**  Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent**  2021-11-24 19:33:30 UTC
**Body**  Reacted 😂 to your message

**Author**  Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent**  2021-11-24 19:34:11 UTC
**Body**  🤣🤣🤣🤣🤣 already made sure she'll have a good Christmas hahahaha!!!! She's still in shock what I dropped on my elongated lol! She loves all of what we do but she is super money conservative and I'm just out here like "yeah I'll take it!" With everything 🤣🤣

**Author**  Candace Chapman (Facebook: 70302803)
**Sent**  2021-11-24 19:34:54 UTC
**Body**  God that's how I am. Meanwhile he's got 12k just sitting in his bank account without his savings. He amazes me every day with his self control 🤣🤣

**Author**  Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent**  2021-11-24 20:01:08 UTC
**Body**  Reacted 😂 to your message

**Author**  Candace Chapman (Facebook: 70302803)
**Sent**  2021-11-24 20:40:45 UTC
**Body**  I want to sell it on the oddities marketplace, but I don't want to use my damn name and Facebook because I don't trust people 🤣🤣

**Author**  Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent**  2021-11-24 20:46:18 UTC
**Body**  Reacted 😂 to your message

**Author**  Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent**  2021-11-24 20:46:36 UTC
**Body**  Definitely don't blame you 🤣🤣

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-24 20:47:45 UTC
**Body** I'm thinking of privately messaging a couple people I see bartering on the oddities pages. I see you're a mutual friend with ███████, would he have some interest since you can vouch for my reliability?

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-24 20:50:28 UTC
**Body** I honestly don't think we've ever spoken lol! If you wanted, I could broker it for you? If you send it to me and what you need out of it I can probably have it sold quickly. No commission.

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-24 20:51:33 UTC
**Body** I'll ask you honestly since this is your specialty. What would YOU sell it for? I just don't know much since I'm new at this game lol.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-24 20:53:49 UTC
**Body** Well, the market is ridiculously high right now on skulls. I personally always sell below market value because I usually get skulls cheap enough that I have no need to be greedy. Personally I'd sell it for 950-1100 max if it was something I owned.

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-24 20:54:42 UTC
**Body** I was going to sell it for 1k shipping included so I'm glad I was on the same page.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-24 20:54:53 UTC
**Body** Reacted ❤ to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-24 20:55:04 UTC
**Body** That's a good retail price. �D

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-24 20:55:38 UTC
**Body** Yea I noticed some of those prices were stupid high on there so I figured a grand would be solid for someone.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-24 20:56:29 UTC
**Body** Absolutely! The market has been ridiculous. I know for a fact certain people are getting skulls for 300-400 and charging 1500+. It's nonsense.

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-11-24 20:59:39 UTC
**Body** Yikes. So if I send this to you (if this girl I know passes on it), how bout I send you some cremation goodies with it since you won't take commission?

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-11-24 21:00:00 UTC
**Body** That would be cool with me! �D

**Author**    Candace Chapman (Facebook: 70302803)
**Sent**    2021-11-24 21:00:17 UTC
**Body**    Alright. I'll let you know what she tells me!

**Author**    Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent**    2021-11-24 21:00:33 UTC
**Body**    Reacted ❤ to your message

**Author**    Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent**    2021-11-24 21:00:36 UTC
**Body**    Sounds good!

**Author**    Candace Chapman (Facebook: 70302803)
**Sent**    2021-11-27 21:14:10 UTC
**Body**    Ok it looks like she's going to pass, so I'm going to try and get this
dude shipped to you Monday or Tuesday. Going to get some
goodies out of the cremation bucket to send you separately
because they'll be super heavy and don't want to risk cracking the
skull.

**Author**    Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent**    2021-11-28 00:57:09 UTC
**Body**    Sounds good! 🥰🥰

**Author**    Candace Chapman (Facebook: 70302803)
**Sent**    2021-12-02 23:02:01 UTC
**Body**    I swear I haven't forgotten about you. Work has been crazy and I'm
on a Facebook ban at the moment. 🙄🙄

**Author**    Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent**    2021-12-02 23:02:23 UTC
**Body**    No worries lol! Fucking Facebook! Hate that shit!

**Author**    Candace Chapman (Facebook: 70302803)
**Sent**    2021-12-02 23:02:53 UTC
**Body**    Mine are all 30 day bans because I can't keep my mouth shut 🤪🤪

**Author**    Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent**    2021-12-02 23:02:58 UTC
**Body**    Reacted 😂😂 to your message

**Author**    Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent**    2021-12-02 23:03:42 UTC
**Body**    Still want a piece of brain? It looks like I figured out plastination!
Would like to gift you the first successful piece as a token of
appreciation for our good business. 🥰🥰

**Author**    Candace Chapman (Facebook: 70302803)
**Sent**    2021-12-02 23:13:42 UTC
**Body**    Omg yes I'd love a piece! I'm going to look in the bucket and grab
some cremation artifacts too.

**Author**    Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent**    2021-12-02 23:13:50 UTC
**Body**    Reacted ❤ to your message

**Author**    Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent**    2021-12-02 23:14:24 UTC

**Body**

> Soon as I know it's stable I'll send it out! 🙌liters stoked to make a whole exhibit of plastination now 🙌

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-02 23:43:53 UTC
**Body** That will be so cool

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-02 23:45:01 UTC
**Body** Reacted ❤ to your message

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-06 19:27:39 UTC
**Body** You sent a photo.
**Attachments** █████████████████████

> **Type** image/jpeg
> **Size** 237495



**Author** Candace Chapman (Facebook: 70302803)
  **Sent** 2021-12-06 19:27:42 UTC
  **Body** Cadavers!

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
  **Sent** 2021-12-06 19:27:54 UTC
  **Body** Yaaaaay!!!!!!!

**Author** Candace Chapman (Facebook: 70302803)
  **Sent** 2021-12-06 20:10:58 UTC
  **Body** So what is the heart is cut in half? It's still whole, but cut down the middle

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
  **Sent** 2021-12-06 20:11:45 UTC
  **Body** Still perfect for plastination! 🙌🙌

**Author** Candace Chapman (Facebook: 70302803)
  **Sent** 2021-12-06 20:14:05 UTC
  **Body** Perfect. Haven't got the chance to dig around yet, but I did see that heart.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
  **Sent** 2021-12-06 20:14:32 UTC
  **Body** Beautiful! So excited to get more stuff in the lab. This is going to be a great exhibit! 🙌🙌

**Author** Candace Chapman (Facebook: 70302803)
  **Sent** 2021-12-06 20:33:40 UTC
  **Body** Lungs? 🫁🫁

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
  **Sent** 2021-12-06 20:34:11 UTC
  **Body** If they are in good shape absolutely! I think my chamber should be big enough! 🙌🙌

**Author** Candace Chapman (Facebook: 70302803)
  **Sent** 2021-12-06 20:34:42 UTC
  **Body** I also have a whole arm with hand attached from about mid bicep down. You said you like hands and feet right? Also a lot of skin.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
  **Sent** 2021-12-06 20:35:04 UTC
  **Body** Yup! Even if it's dissected that even better! 🙌🙌

**Author** Candace Chapman (Facebook: 70302803)
  **Sent** 2021-12-06 20:35:25 UTC
  **Body** It is! Just some hard, dry skin left over on it

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)

**Sent**
2021-12-06 20:35:43 UTC
**Body** Oh beautiful! That's exactly what I'm looking for to plastinate lol!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-06 20:37:52 UTC
**Body** So far I've seen 2 hearts, one cut, one lung cut down the middle, a missing skull cap and brain I'm sure I will find one I can look closer, and an arm. Oh! And I have some skin with fake boobies still attached.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-06 20:38:32 UTC
**Body** Fake boobs?! Oh I need to see lol! I probably need them 🫣🫣

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-06 20:39:04 UTC
**Body** Yes! They cut the 2 fake boobs off. I will take a pic here shortly lol

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-06 20:39:13 UTC
**Body** Reacted ❤ to your message

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-06 22:47:40 UTC
**Body** Alright, 3 hearts, 2 brains one with skull cap, lung, skin tiddies, one arm

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-06 22:47:57 UTC
**Body** Fucking sweeeeeeet

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-06 22:48:53 UTC
**Body** These brains are fucking gorgeous. I'll take pics when I get home

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-06 22:49:27 UTC
**Body** Awesome! Really want to plastinate a full one! It's a lengthy Process but it'll be so awesome lol!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-06 22:49:51 UTC
**Body** These are beautiful and in tact perfectly

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-06 22:50:07 UTC
**Body** Even better!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-07 00:58:39 UTC
**Body** Ok bless my sweet boyfriends heart for having to put up with me, but here's the final count. 2 brains, one with skull cap, 3 hearts one cut, 2 fake boobies, one large belly button piece of skin, one arm, one huge piece of skin, and one lung.

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-07 00:58:54 UTC
**Body** You sent 11 photos.

**Attachments**

**Type**  image/jpeg
**Size**  986724



**Type**  image/jpeg
**Size**  985886





**Type**  image/jpeg
**Size**  1132531



**Type** image/jpeg
**Size** 932641



**Type** image/jpeg
**Size** 1142794

Meta Platforms Business Record                    Page 5602

Meta Platforms Business Record    Page 5603



**Type** image/jpeg
**Size** 1175924





**Type** image/jpeg
**Size** 901849



**Type** image/jpeg
**Size** 1123500





**Type** image/jpeg
**Size** 1539279





**Type** image/jpeg
**Size** 1042943





**Type** image/jpeg
**Size** 1555583



**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-07 01:00:28 UTC
**Body** Splendid! What are you thinking on the lot?

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-07 01:04:15 UTC
**Body** I was thinking $1600 shipping included. Gonna have to ship this lot out in a couple boxes. Its super heavy.

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-07 01:04:47 UTC
**Body** Gonna ship you that skull to try and whore out for me too. And! Cremation artifacts lol. So basically a whole bunch of shit 🫶🏻

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-07 01:04:53 UTC
**Body** Reacted ❤ to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-07 01:05:33 UTC
**Body** Sounds fine by me! I'll gladly cover shipping if it get pricey with it being probably several boxes, so just let me know! And sweet! 🫶🏻

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-07 01:06:30 UTC
**Body** Awesome. I made it $1600 to cover shipping of around $100 so I'll see how much more it ends up being. I think if I keep the boxes small, it definitely helps.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-07 01:07:23 UTC
**Body** Reacted ❤ to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-07 01:07:34 UTC
**Body** What's the PayPal again and I'll send it right over. 🫶🏻

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-07 01:09:01 UTC
**Body** ███████████ @yahoo.com!

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-07 01:11:00 UTC
**Body** Just sent! Send friends and family to save you fees. 🫶🏻

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-07 01:12:55 UTC
**Body** Awesome! I work 24 hours tomorrow so if I get some time, I'll try and get everything packed up properly to send on Wednesday when I'm off for the day. Either way I'll have most, if not all sent out Wednesday!

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-07 01:13:54 UTC
**Body** All good! Just let me know! And thank you as always! 🫶🏻

**Author**
Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-07 01:21:19 UTC
**Body** No, thank you!

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-07 01:21:27 UTC
**Body** Reacted ❤ to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-07 01:21:30 UTC
**Body** 🔲🔲

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-07 19:09:38 UTC
**Body** Getting 4 more cadavers today 🔲🔲🔲🔲

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-07 19:10:52 UTC
**Body** Sweet! I was curious if there would be more because I'm buying some super high end piece but em wanted make sure I count my Pennie's right 🔲🔲

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-07 19:12:02 UTC
**Body** 🔲🔲🔲🔲🔲🔲 always prepared. But listen, if it comes down to it and you still want the pieces, I can go ahead and send them and you can pay me when your funds come in. We've done enough business and I trust you.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-07 19:18:48 UTC
**Body** I greatly appreciate it! I should be good but I also do have running tabs often so that works 🔲🔲

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-07 19:33:03 UTC
**Body** Fine with me. I'll be digging in as soon as they get here.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-07 19:33:28 UTC
**Body** Good deal! 🔲🔲

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-07 22:47:31 UTC
**Body** One box down. Huge piece of skin, one heart in tact, one brain with skull cap in tact. 🔲🔲

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-07 22:47:54 UTC
**Body** *rubs hands together with delight* 🔲🔲

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-07 22:48:48 UTC
**Body** Are there ever any heads? Bisected down the middle into halves? Definitely would take them 🔲🔲

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-07 22:52:27 UTC

**Body**
All the time. It's getting them off the neck that might propose a problem 🤣🤣

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-07 22:53:11 UTC
**Body** Ah damn it lol! I never thought of that. But it does explain why when I get them sometimes there's just all kind of meat hanging off the bottom lol!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-07 22:53:34 UTC
**Body** Yes! Especially when my only sharp object is a scalpel 🤣🤣

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-07 22:53:52 UTC
**Body** Yup, definitely explains how they look 🤣🤣

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-07 22:54:00 UTC
**Body** Never dawned on me lol!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-07 22:54:10 UTC
**Body** I had to cut one of those hearts out of someone yesterday and it was a TASK 🤣🤣

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-07 22:54:38 UTC
**Body** Oh I believe it! Just the work I do one some pieces I know it's not as easy as one would think lol!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-07 22:55:01 UTC
**Body** Shit if I had a bone saw, I'd get to work right now 🤣🤣

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-07 22:55:07 UTC
**Body** Reacted 😂😂 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-07 22:56:18 UTC
**Body** Well if one is ever not attached I'll take it! Or if you ever see a male genitalia that is removed for sure as well. 🤣🤣

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-07 22:56:36 UTC
**Body** 🤣🤣 you collect dicks too? 🤣🤣

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-07 22:56:41 UTC
**Body** Reacted 😂😂 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-07 22:57:57 UTC
**Body** A few hahahaha!!!!! And I also remove the testicles and mount them in jars for myself and clients. But now I want to plastinate a set 🤣🤣 only set to exist in private collection were from my own collection at one point that I had done and I regret passing them

along lol!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-07 22:58:58 UTC
**Body** Man. Just wait until I get an autopsied body that's for cremation. They do the job for me and pull the balls out of the sack and leave them outside the body.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-07 22:59:20 UTC
**Body** 　　　　　 holy shit!

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-07 22:59:29 UTC
**Body** That's amazing and shocking all at once 　　

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-07 23:01:02 UTC
**Body** The medical examiners don't give a flying FUCK about how these bodies look before they get to us. They cut their arteries into pieces and then people like me are looking crazy trying to figure out the best way to embalm them for a funeral.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-07 23:01:41 UTC
**Body** Wow.... That's a shame honestly. 　　

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-07 23:05:26 UTC
**Body** It's really unacceptable. Those were living people once.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-07 23:06:19 UTC
**Body** Seriously. Exactly. And knowing they have to be embalmed for the loved ones to say goodbye. I'd never had guessed there was such disrespect. 　　

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-07 23:13:20 UTC
**Body** To them it's just another homicide or suicide or unattended death. They only care about who's writing checks. I can't speak for every medical examiner, but here in Little Rock it's pitiful.

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-07 23:26:03 UTC
**Body** You're going to have lots of book binding materials. They've cut HUGE chunks off these bodies.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-07 23:31:43 UTC
**Body** Reacted 　　 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-07 23:31:46 UTC
**Body** Reacted ❤ to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-07 23:33:16 UTC
**Body** Oh that's perfect timing actually! I plan on making a public

statement soon, about as much as I enjoy seeing what everyone creates with my leather I won't be selling it commercially anyone, and will focus solely on book binding. I'd like my museum to have a collection of modern bindings that people can come and see long after I'm gone. And that takes a lot of material 🖤🖤

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-07 23:33:35 UTC
**Body** *anymore

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-07 23:40:33 UTC
**Body** Well you lucked out on these for sure!

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-07 23:42:43 UTC
**Body** Omg so excited! 🖤🖤

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-08 02:51:15 UTC
**Body** Ok. So as of right now I've dug through 3 of the bodies. I have 5 HUGE pieces of skin, 2 large pieces of skin with tiddy, 3 perfect brains, 3 hearts, 1 perfect lung, 1 dick, and 2 testicles 🖤🖤

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-08 02:52:26 UTC
**Body** Holy hell! At this rate I'll have to send you a Christmas gift! 🖤🖤

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-08 02:54:05 UTC
**Body** 🖤🖤🖤🖤🖤🖤🖤 they are in the skin unit in med school so there's a whole lot of untouched material!

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-08 02:54:54 UTC
**Body** Oh this simply made my whole year! 🖤🖤🖤🖤

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-08 02:56:11 UTC
**Body** I would guess there's about 30-40 pounds of just skin so far 🖤🖤

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-08 02:56:31 UTC
**Body** Fucking hell!!!! That's a library 🖤🖤

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-08 02:57:35 UTC
**Body** I need to run by an office supply store and get some small-medium size boxes. There's no way this will all fit in the few Amazon boxes at home. I regret not hoarding boxes at this moment.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-08 02:58:30 UTC
**Body** I'm always hoarding boxes lol! By all means tack on whatever costs are for supplies! I'll gladly cover expenses. 🖤🖤

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-08 03:00:09 UTC
**Body** Works for me! After I dig through this last body, I'll send you the

final count on everything and lay it out on the prep table so I can
just send one picture of it all!

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-08 03:00:25 UTC
**Body** Sweet! Sounds perfect!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-08 04:21:03 UTC
**Body** Ok. 7 huge pieces of skin, 2 large pieces of skin with tiddy, 4 brains
one with skull cap, 1 lung, one penis, 2 testicles, and 3 hearts.

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-08 04:21:35 UTC
**Body** You sent 5 photos.
**Attachments** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Type** image/jpeg
**Size** 1149483



**Type** image/jpeg
**Size** 1135911

Meta Platforms Business Record                    Page 5624



**Type** image/jpeg
**Size** 1150559





**Type** image/jpeg
**Size** 1142894





**Type**  image/jpeg
**Size**  1741444



**Author**  Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent**    2021-12-08 04:38:11 UTC
**Body**    Holy mother! So much yes! What a cute little peen 🙂🙂

**Author**  Candace Chapman (Facebook: 70302803)
**Sent**    2021-12-08 04:38:42 UTC
**Body**    Adorable, flaccid, and uncircumcised 🙂🙂

**Author**  Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent**    2021-12-08 04:38:47 UTC
**Body**    Reacted 🙂🙂 to your message

**Author**  Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent**    2021-12-08 04:38:49 UTC
**Body**    How much? I should have funds dropping tomorrow if nothing changes and have several skulls coming in Thursday to move. 🙂🙂

**Author**  Candace Chapman (Facebook: 70302803)
**Sent**    2021-12-08 04:41:50 UTC
**Body**    How does 2k sound, skin included?

**Author**  Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent**    2021-12-08 04:43:14 UTC
**Body**    Done! If supplies run it up more that's fine as well, just give me the difference. I can shoot over $300 I have free now and the remainder hopefully be end of week. 🙂🙂

**Author**  Candace Chapman (Facebook: 70302803)
**Sent**    2021-12-08 04:44:24 UTC
**Body**    Not a problem at all!

**Author**  Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent**    2021-12-08 04:46:00 UTC
**Body**    Just sent $300 🙂🙂

**Author**  Candace Chapman (Facebook: 70302803)
**Sent**    2021-12-08 04:46:58 UTC
**Body**    Thank you SO much for all your business. I'm going to start prepping everything for shipment tomorrow when I get outta this place.

**Author**  Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent**    2021-12-08 04:47:56 UTC
**Body**    Thank YOU! Soon as I recoup funds this week and next, I'll be ready to buy again, so if anything else comes down the pipeline you can count on me to take it 🙂🙂

**Author**  Candace Chapman (Facebook: 70302803)
**Sent**    2021-12-08 04:48:45 UTC
**Body**    You're my only under the table buyer so you got it 🙂🙂

**Author**  Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent**    2021-12-08 04:49:13 UTC
**Body**    I'm not going to complain with that, lol! I'll take everything so no need to sell to anyone else anyway 🙂🙂

**Author**
Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-09 03:54:22 UTC
**Body** Just sent over another $500! 1200 to go!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-09 03:56:38 UTC
**Body** It's no rush, I promise 🙏 I'm a piece of shit and managed to sleep all through the evening and Zach didn't wake me up before he went to work. 😭 So tomorrow I'm going to sneak off from work and go to Office Depot since it's literally like 2 blocks away from me.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-09 03:56:52 UTC
**Body** Reacted 😂 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-09 03:57:23 UTC
**Body** No worries at all! And thanks! I just try and pay my tabs down quickly. Because I have like 5 going at the same time usually 😂

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-09 03:58:18 UTC
**Body** A noble deed. Heavy duty packing coming tomorrow.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-09 04:04:36 UTC
**Body** Reacted ❤ to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-09 04:04:39 UTC
**Body** 🙌

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-09 16:48:58 UTC
**Body** But why are shipping supplies so expensive 😭

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-09 18:03:52 UTC
**Body** Oh trust me, I feel this 😂 that's why I offered to cover them lol! Let me know the damage and I got you! 🙌

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-09 18:06:39 UTC
**Body** You sent a photo.
**Attachments** ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
**Type** image/jpeg
**Size** 1331768

```
                You Pay              6.87SS
7230957  DUCK,KRFT,4CS         25.99 SS
578376   FILL,BIOPEANTS        11.49SS
Instant Savings                -1.75
                You Pay              9.74SS
8228507  DUCK,FOAM,WHT,        12.99 SS
343220   GLASS KIT             12.69 SS
         Subtotal:            126.95
         Sales Tax:            11.43
         Total                138.38
         Cash:               100.00

Debit Card 8962:               38.38

AUTH CODE 003735
```

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-09 18:06:49 UTC
**Body** I may have got too much, but I figure it'll get used at some point and sent to you 😂😂

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-09 19:37:36 UTC
**Body** Good god 😂😂😂😂😂 but yes, I foresee that future 😂😂

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-09 20:06:47 UTC
**Body** Also....I have 4 more hearts for you from cadavers today 😂😂

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-09 20:07:00 UTC
**Body** So putting those future supplies to use already

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)

**Sent**
2021-12-09 20:07:11 UTC
**Body** Holy hell lol! I'll take them and anything else you find 😂😂

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-09 20:07:44 UTC
**Body** I can't find any of these peoples brains 😭😭😭😭

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-09 20:08:01 UTC
**Body** Hahahahaha!!!! That's almost eerie 😂😂

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-09 20:15:32 UTC
**Body** Brains and skull caps are missing on all of them.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-09 20:16:03 UTC
**Body** That's so weird! Someone else is dipping into the cookie jar lol!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-09 20:17:23 UTC
**Body** The bastards. They are usually always in their own little black garbage bag separate from everything else and no luck. BUT 4 hearts is an ok score lol.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-09 20:17:39 UTC
**Body** Lol! Definitely!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-09 20:18:01 UTC
**Body** I will give you a holiday deal in time for Christmas. Those 4 hearts for $300 😜😜

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-09 20:18:19 UTC
**Body** Done! So that would put us at 1500 😁😁

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-09 20:18:31 UTC
**Body** Yes! No rush once again.

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-09 20:18:41 UTC
**Body** I'm going home and doing some serious packing today lol

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-09 20:19:32 UTC
**Body** Wonderful! Can't wait! 😁😁 do you think there will be more in the near future or is this the last of them until new semester?

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-09 20:20:44 UTC
**Body** I'm unsure. The embalmer in charge of the cadavers at uams actually works for us on the weekends so I'll nonchalantly say "omg ███ could you possibly have anymore bodies for us to cremate? I'm tired." And wait to hear his response 😂😂

**Author**
Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-09 20:20:56 UTC
**Body** Reacted 😍 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-09 20:21:03 UTC
**Body** That's beautiful lol!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-09 20:21:56 UTC
**Body** Gotta be discreet 😂😂

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-09 20:22:07 UTC
**Body** Absolutely lol!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-10 01:29:45 UTC
**Body** Ok I did a dumb thing because I was baked. I packed one brain and labeled it "skull cap brain" so you'd know which one fit in the cap. Then I remembered I had 2 in a skull cap so I'm going to write a #2 on the other brain and skull cap packaging. 😂😂

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-10 01:30:12 UTC
**Body** Obviously I'm still baked. I forgot to label the other skull cap.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-10 01:30:16 UTC
**Body** Reacted 😂 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-10 01:30:19 UTC
**Body** Lmfao! No worries!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-10 01:30:54 UTC
**Body** Christ 🤦🏻‍♀

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-10 01:31:07 UTC
**Body** Reacted 😂 to your message

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-10 01:31:21 UTC
**Body** Getting closer. All I have left to pack is the skin which is the true challenge lol

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-10 01:32:54 UTC
**Body** Oh I imagine! That's going to be a fun one to unpack 😂😂

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-10 01:33:42 UTC
**Body** Well I'm not going to ghetto wrap it this time with duct tape and bullshit, so hopefully it's easier.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)

**Sent**

2021-12-10 01:35:35 UTC
**Body** Lol! I just meant all that skin my kid will hate me. She doesn't mind anything else but skin gives her the willies

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-10 01:36:34 UTC
**Body** I can relate. My boyfriend was like "I didn't realize there was such a market for dried flesh"

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-10 01:39:45 UTC
**Body** Reacted to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-10 01:39:51 UTC
**Body** Hahahahaha!!!!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-10 02:36:20 UTC
**Body** The final count. 9 boxes

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-10 02:36:24 UTC
**Body** You sent a photo.
**Attachments**
**Type** image/jpeg
**Size** 436381



**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-10 02:36:32 UTC
**Body** God damn!!! 😍

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-10 02:37:08 UTC
**Body** 😍😍😍😍😍😍😍😍😍😍😍😍😍😍😍😍😍😍😍😍😍😍

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-10 02:37:34 UTC
**Body** 😂😂😂😂😂 yes, you are Santa Claus as far as I'm concerned 😍

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-10 02:37:51 UTC
**Body** I never want to pack that much again at once 😂😂

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-10 02:38:27 UTC
**Body** Lmfao!!!! I know that feeling!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-10 02:39:41 UTC
**Body** Im going to shove them all in my car tomorrow and after work at 4, I'll head straight to the PO, unless I can somehow manage to escape at work tomorrow.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-10 02:40:07 UTC
**Body** All good! No rush!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-10 02:41:05 UTC
**Body** Hard part is over for me! Now it's your turn 😂😂

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-10 02:41:12 UTC
**Body** Reacted 😂😂 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-10 02:41:24 UTC
**Body** I look forward and dread it at the same time lol!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-10 02:41:47 UTC
**Body** Happy thoughts. More projects!

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-10 02:41:58 UTC
**Body** Always projects! 😂😂

**Author**
Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-10 16:03:28 UTC
**Body** First 4 boxes are en route!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-10 16:03:32 UTC
**Body** You sent a photo.
**Attachments** ████████████████████████
                        **Type** image/jpeg
                        **Size** 842544



**UNITED STATES POSTAL SERVICE.**

STAR CITY
205 S JEFFERSON ST
STAR CITY, AR 71667-9998
(800)275-8777

12/10/2021                                    09:59 AM

| Product | Qty | Unit Price | Price |
|---------|-----|------------|-------|

USPS Retail Ground® 1                         $33.85
  Enola, PA 17025
  Weight: 12 lb 9.8 oz
  Estimated Delivery Date
    Thu 12/16/2021
  Tracking #:
    9534 6114 3766 1344 1247 58

USPS Retail Ground® 1                         $11.70
  Enola, PA 17025
  Weight: 1 lb 10.10 oz
  Estimated Delivery Date
    Thu 12/16/2021
  Tracking #:
    9534 6114 3766 1344 1247 65

Priority Mail® 2-Day 1                         $16.25
Med FR Box
  Enola, PA 17025
  Flat Rate
  Expected Delivery Date
    Mon 12/13/2021
  Tracking #:
    9505 5114 3766 1344 1247 73
  Insurance                                   $0.00
    Up to $50.00 included
Total                                         $16.25

USPS Retail Ground® 1                         $21.60
  Enola, PA 17025
  Weight: 7 lb 8.0 oz
  Estimated Delivery Date
    Thu 12/16/2021
  Tracking #:
    9534 6114 3766 1344 1247 89

Grand Total:                                  $83.40

Debit Card Remitted                           $83.40
  Card Name: MasterCard
  Account #: XXXXXXXXXXXX8962
  Approval #: 095929
  Transaction #: 936
  Receipt #: 936

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
   **Sent** 2021-12-10 18:00:57 UTC
   **Body** Sweeeeet! Thank you! 🙏🏻

**Author** Candace Chapman (Facebook: 70302803)
   **Sent** 2021-12-10 18:05:28 UTC
   **Body** I brought them to a post office 76 miles away where I had to bring
         a body 🤣🤣🤣🤷‍♀️🙌🏻

**Author** Candace Chapman (Facebook: 70302803)
   **Sent** 2021-12-10 18:05:29 UTC
   **Body** I'm gonna mail them in increments because I'm paranoid 🤣🤣🤣🤣🤣

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
   **Sent** 2021-12-10 18:06:00 UTC
   **Body** Reacted 😂😂 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
   **Sent** 2021-12-10 18:06:13 UTC
   **Body** Lol! All good! Can't be to careful! 🙏🏻

**Author** Candace Chapman (Facebook: 70302803)
   **Sent** 2021-12-10 18:06:40 UTC
   **Body** "Ma'am what the fuck are you mailing this man"

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
   **Sent** 2021-12-10 18:06:52 UTC
   **Body** 🤣🤣🤣🤣🤣🤣🤣

**Author** Candace Chapman (Facebook: 70302803)
   **Sent** 2021-12-10 18:07:40 UTC
   **Body** I mailed them under your name so we wouldn't have an issue like
         last time

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
   **Sent** 2021-12-10 18:11:16 UTC
   **Body** Thank you! Damn post man 🤣🤣

**Author** Candace Chapman (Facebook: 70302803)
   **Sent** 2021-12-10 19:45:21 UTC
   **Body** Do they like scan boxes like the TSA at airports does luggage? 🤣🤣

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
   **Sent** 2021-12-10 19:47:23 UTC
   **Body** I don't believe so lol! Not unless it's going out of country and they
         have reason to. I've been receiving stuff like this for more than a
         decade and no issue so far lol! Plus shipping human remains via
         usps is completely legal as long as the tissue isn't raw and viable. 🙌🏻

**Author** Candace Chapman (Facebook: 70302803)
   **Sent** 2021-12-10 19:48:09 UTC
   **Body** All I could think about was the fuckin arm wrapped in bubble wrap
         in a rectangular box by itself 🤣🤣🤣🤣🤣

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)

**Sent**

2021-12-10 19:49:03 UTC

**Body** Lmfao! I've shipped many like that along with femurs and long bits and always get a chuckle when I look at the box 😂😂

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-13 19:32:47 UTC
**Body** I'm about to throw on some clothes and take these last 5 to the post office!

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-13 20:04:32 UTC
**Body** Yay!!!! I should have you paid up by end of the week as well, so ready for more whenever the opportunity arises 😂😂

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-13 20:05:52 UTC
**Body** Awesome!

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-13 20:05:59 UTC
**Body** 😂😂

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-13 20:06:22 UTC
**Body** I got concert tickets to buy Friday so that'll come in handy 😂😂

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-13 20:06:35 UTC
**Body** 😂😂 perfect timing! 😂😂

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-13 20:19:24 UTC
**Body** Whew that shipping 😂😂

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-13 20:19:25 UTC
**Body** You sent a photo.
**Attachments**
**Type** image/jpeg
**Size** 217042



**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-13 20:26:47 UTC
**Body** I got this one covered! Just sent you $175 for the shipping! 🫶

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-13 20:26:59 UTC
**Body** Awesome!!!

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-13 20:27:30 UTC
**Body** Reacted ❤ to your message

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-14 17:34:07 UTC
**Body** Packages are in Memphis! For whatever reason I got a notification
for it 🤷

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-14 17:43:40 UTC
**Body** Lol! Two are out for delivery today! 🙌

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-14 20:02:09 UTC
**Body** 4 more cadavers today 🙌🙌🙌

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-14 20:03:34 UTC
**Body** *Happy Dance!* 🕺

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-14 20:11:55 UTC
**Body** And luckily it's the only coworker who knows I collect specimens
who's working the 24 today, and I work 24 tomorrow. Worked out
nicely.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-14 20:21:01 UTC
**Body** Fucking sweet! Omg I need to make some extra loot quick 😂

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-14 20:34:35 UTC
**Body** One of them I can tell is a bust. It stinks to high heaven and looks
like beef jerky.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-14 20:46:07 UTC
**Body** Reacted 😂 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-14 20:46:23 UTC

**Body**  Oh god! 🥺

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-14 20:48:16 UTC
**Body** Yea we gonna burn that one first 😂

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-14 20:49:27 UTC
**Body** Reacted 😂 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-14 21:08:28 UTC
**Body** All paid up!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-14 21:11:50 UTC
**Body** Thank you! When you receive that skull I need to sell, can you put it up for $1100? I can cover the shipping cost whenever you send it out also!

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-14 21:12:29 UTC
**Body** Most certainly can!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-14 21:14:05 UTC
**Body** Thank you!!!

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-14 21:14:19 UTC
**Body** My pleasure!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-14 22:19:40 UTC
**Body** Alrighty. They really tore these up, but I still managed to get 2 fully in tact brains!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-14 22:25:14 UTC
**Body** Couldn't find the 3rd brain.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-14 22:27:59 UTC
**Body** Yay! Love brains lol!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-14 22:34:40 UTC
**Body** $250 shipping included? 😊

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-14 22:35:40 UTC
**Body** Done!

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-14 22:36:34 UTC
**Body** And sent!

**Author** Candace Chapman (Facebook: 70302803)

**Sent**

2021-12-14 22:38:37 UTC
**Body** It'll be in the mail tomorrow!

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-14 22:41:20 UTC
**Body** Reacted ❤ to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-14 22:41:28 UTC
**Body** Awesome! You're the best! 🙏🏻

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-14 23:49:00 UTC
**Body** Skull sold! Sent payment to you! I'll cover shipping 🙏🏻

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-14 23:51:59 UTC
**Body** Holy shit that was quick. Thank you for your help! 🙏🏻🙏🏻🙏🏻🙏🏻🙏🏻

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-14 23:52:11 UTC
**Body** My pleasure!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-15 01:40:43 UTC
**Body** You're all packed up and ready to send. Make sure you get all TEN boxes 🙏🏻

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-15 01:44:59 UTC
**Body** Loll sweet! Two came today so eight to go!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-15 17:11:19 UTC
**Body** Number 10 is on the way.

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-15 17:11:35 UTC
**Body** You sent a photo.
**Attachments** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
                **Type** image/jpeg
                **Size** 964392



# UNITED STATES
# POSTAL SERVICE.

EL DORADO
550 S TIMBERLANE DR
EL DORADO, AR 71730-9998
(800)275-8777

12/15/2021                          11:04 AM
-------------------------------------------
Product            Qty    Unit        Price
                          Price
-------------------------------------------
Media Mail®          1               $6.34
    Enola, PA 17025
    Weight: 5 lb 14.90 oz
    Estimated Delivery Date
        Tue 12/21/2021
    Tracking #:
        9549 0116 2903 1349 5502 86

-------------------------------------------
Grand Total:                         $6.34
-------------------------------------------
Debit Card Remitted                  $6.34
    Card Name: MasterCard
    Account #: XXXXXXXXXXXXX8962
    Approval #: 010419
    Transaction #: 798
        #: 035649
        ard Purchase: $6.34
        000000042203          Chip
        bit
        Verified
-------------------------------------------

*************************************
USPS is experiencing unprecedented volume

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-15 18:14:33 UTC
**Body** Sweeeeeet! Thank you! 🙌🙌

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-15 21:06:48 UTC
**Body** Might have one more cadaver 👀👀

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-15 21:07:15 UTC
**Body** It's really is Christmas! 🎄🎄

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-15 21:07:26 UTC
**Body** Santa is real!

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-15 21:07:31 UTC
**Body** 🙌🙌🙌🙌🙌

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-15 21:09:41 UTC
**Body** I'll take anything that's good! 🙌🙌

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-15 21:11:41 UTC
**Body** This might be the last one this semester so I'll take a real good look since I'm the one working tonight.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-15 21:12:59 UTC
**Body** Okie dokie! So most likely nothing else for a few months then?

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-15 21:22:02 UTC
**Body** I never know! We got them for the past 3 this time!

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-15 21:22:25 UTC
**Body** Well that's a perk that it's always possible! 🙌🙌

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-15 21:29:24 UTC
**Body** I remember we got a lot spring semester too, I just had no idea there was such a market back then so I burned so many bodies 😫😫😫😫

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-15 21:29:43 UTC
**Body** Reacted 😆😆 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-15 21:30:02 UTC
**Body** Well now you know I'll buy anything and everything 🙌🙌

**Author** Candace Chapman (Facebook: 70302803)

**Sent**

2021-12-15 21:32:17 UTC

**Body** Sold! 🎉🎉

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-15 21:32:23 UTC
**Body** 🙌🙌🙌🙌🙌

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-15 22:52:39 UTC
**Body** 2 hearts, one brain with skull cap!

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-15 22:55:56 UTC
**Body** Sweeeeeet!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-15 22:58:31 UTC
**Body** And no cuts in any of these!

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-15 23:02:44 UTC
**Body** Oh beautiful!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-15 23:02:48 UTC
**Body** $350 shipping included?

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-15 23:03:01 UTC
**Body** Payment incoming!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-15 23:03:35 UTC
**Body** I'll likely have it out Friday. I'm off tomorrow and have a previous
engagement I regret saying yes to. 🙄🙄

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-15 23:04:01 UTC
**Body** No worries! That's totally fine! Payment sent! 🙌🙌

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-15 23:04:32 UTC
**Body** Ok so now 11 boxes total unless I need 2 small ones to put all this
in. I'll let you know lol

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-15 23:04:36 UTC
**Body** Any come today?

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-15 23:05:53 UTC
**Body** One is out for delivery so I'm just waiting lol! That will be three
delivered. 🙌🙌

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-15 23:06:31 UTC
**Body** Good deal. P.O. said theyd all be there by Thursday so we are on
track for the first batch.

**Author**
Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-15 23:07:16 UTC
**Body** I have so many plans lol! One I plastinate and mount some brain slices you are getting the first one! 🧠🧠

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-15 23:07:58 UTC
**Body** I can't wait to put it on my shelf! There's one tiny little heart and then quite a large heart. Brain looks great too.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-15 23:09:45 UTC
**Body** Reacted ❤ to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-15 23:10:09 UTC
**Body** If you ever want anything else done for you own collection just let me know! 🧠🧠

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-15 23:21:01 UTC
**Body** I know this is a true oddball question, but we get stillbirths all the time from uams and basically give the parents back a pinch of ashes from a whole person we cremated- do you collect fetuses?

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-15 23:22:21 UTC
**Body** Omg..... they are my favorite things in the world. I rarely will get rid of one! These are my babies! Most are "special" in some way but I restore them and give them great homes. 🧠🧠

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-15 23:22:41 UTC
**Body** Jeremy Lee sent a photo.
**Attachments** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Type** image/jpeg
**Size** 782956





**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-15 23:23:22 UTC
**Body** I'll send you examples of what we get. Literally they're like little jello molds so they aren't much of anything, but we do get them by the batches from the hospital.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-15 23:25:22 UTC
**Body** Definitely will take a look! Anything fetal or infant is my person favorite in collecting. I find them so serene and peaceful. In what little time they had, they had peace. Which we all spend out lives after birth trying to find. They are beautiful to me. 🖤🖤

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-15 23:31:09 UTC
**Body** You sent 2 photos.
**Attachments**
image/jpeg
**Size** 608682



**Type**  image/jpeg
**Size**  1042988





**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-15 23:32:16 UTC
**Body** Omg.... So precious! Would have have to preserve them as they would come raw I'm assuming?

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-15 23:32:53 UTC
**Body** I can always wrap them in formaldehyde cotton or alcohol before sending.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-15 23:34:30 UTC
**Body** That would be fine I think! I'd pay extra to overnight these just to ensure I can get them injected and in formalin time. But other than that, I will always take all of them, and give them new life in my own way. 🖤🖤

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-15 23:35:06 UTC
**Body** I will see what I can do!

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-15 23:35:27 UTC
**Body** Awesome! This is super exciting!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-15 23:35:42 UTC
**Body** Our forever secret 🖤🖤

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-15 23:37:01 UTC
**Body** 100%! I hate to know this precious little ones get incinerated. All the piece I have would have been destroyed because facilities didn't have room for them. 🖤🖤

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-15 23:48:11 UTC
**Body** Well I'll be glad to give them new "life"

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-15 23:48:48 UTC
**Body** 🖤🖤 they will be permanent fixtures that will be passed down with the rest of my prized pieces. 🖤🖤

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-17 19:54:52 UTC
**Body** How many boxes you up to now?

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-17 19:55:42 UTC
**Body** Just three that showed up. One has been stuck in Tennessee, and the rest are in Philly so close! 🖤🖤

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-17 19:57:16 UTC

**Body**
    I hope it's not the box I accidentally set in some water/alcohol and a corner of the box was wet. 😬

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-17 19:57:59 UTC
**Body** It should have dried by the time it got there. Says still in transit just running late. All my packages in and out are behind so I'm not worried to much. 😅

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-17 19:58:48 UTC
**Body** I haven't had a chance to get to the Po today. I had to go to Texas this morning for 2 bodies and I just got back with 3 embalmings to do. I may go tomorrow morning.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-17 20:00:01 UTC
**Body** No rush! Don't stress it! 😄

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-18 20:00:49 UTC
**Body** Another showed up! 4 total officially in!

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-19 04:43:02 UTC
**Body** This one was wet so you know, seemed like it was leaking. 😬 but they delivered it 😅 and the one that was stuck in Tennessee finally shook loose and is in Philly!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-19 04:43:27 UTC
**Body** I knew one of them was wet 😅

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-19 04:43:33 UTC
**Body** Reacted 😆 to your message

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-20 23:34:24 UTC
**Body** I have an odd collection of stickers I put on my shelves of weird things. I order them on Etsy all the time. I ordered 2 of these because I knew ▇▇▇▇ needed to have one. It came in the mail today, so I'm going to include it in this last box to you!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-20 23:34:37 UTC
**Body** You sent a photo.
**Attachments** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
            **Type** image/jpeg
            **Size** 94031

Meta Platforms Business Record                    Page 5659



**Sent** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-21 00:21:34 UTC
**Body** Awwww! Sweet! She'll love that! 😍

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-21 17:52:24 UTC
**Body** 5 boxes officially in! 😍

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-22 22:40:47 UTC
**Body** 2 more today! So 7 down! These both shows signs that they were leaking, the one I can't believe they delivered lol! They made though so it's a win! 😍

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-22 22:41:04 UTC
**Body** Jesus 😩😩😩😩😩😩

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-22 22:41:10 UTC
**Body** Reacted 😆 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-22 22:42:18 UTC
**Body** When I unpack them in a bit I'll see where the problem is and see if it's a freak accident or if we need to change something. It happens from time to time. 😍

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-22 22:51:09 UTC
**Body** If they would have delivered them sooner like they were supposed to, this wouldn't have happened 😩😩

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-22 23:01:20 UTC
**Body** Amen to that! 😩😩😩😩😩

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-24 18:52:10 UTC
**Body** Jeremy Lee sent a photo.
**Attachments**
**Type** image/jpeg
**Size** 219675



Meta Platforms Business Record                              Page 5663

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-24 18:52:24 UTC
**Body** Looks like this box was so damaged they repacked it 🫠

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-24 21:31:41 UTC
**Body** 🤦🤦🤦🤦🤦🤦🤦🤦🤦🤦🤦🤦🤦🤦🤦🤦🤦🤦🤦🤦🤦🤦🤦🤦🤦🤦🤦🤦🤦🤦🤦🤦🤦🤦🤦🤦🤦🤦🤦

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-24 21:33:05 UTC
**Body** Reacted 😂 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-24 21:33:20 UTC
**Body** Those bubble packers leak like a bitch apparently. 🫠

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-24 21:49:11 UTC
**Body** Can you fucking imagine their reaction when they repacked that. 🤣🤣🤣🤣🤣🤣🤣🤣🤣🤣🤣🤣🤣🤣🤣🤣🤣🤣

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-24 21:49:36 UTC
**Body** "What in the fuck are these people up to?"

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-24 21:49:53 UTC
**Body** 🤣🤣🤣🤣🤣 I was floored when I saw it 🫠

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-24 21:50:18 UTC
**Body** I'm gonna be floored if the cops don't come knocking on my door soon 🤣🤣🤣🤣

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-24 21:50:45 UTC
**Body** Lmfao! They wouldn't have delivered it if that was going to happen lol!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2021-12-24 21:51:24 UTC
**Body** You know, I'm chalking it up to how much shit I packed in one night 😂😂

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2021-12-24 21:51:24 UTC
**Body** So 6 boxes officially in! I lost the tracking for any others so now it'll be surprises 😂😂

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)

**Sent**

2021-12-24 21:51:31 UTC
**Body**  Reacted 🩷 to your message

**Author**  Candace Chapman (Facebook: 70302803)
**Sent**  2021-12-27 22:56:44 UTC
**Body**  I've been an absolute piece of shit slacker on getting to the post office because it's been insane at work the last week plus my start/stop switch in my car went out so ███ has been toting me around since Christmas Eve. I'm off tomorrow and if I can get my car fixed in some kind of timely manner, I'll head straight to the PO afterward.

**Author**  Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent**  2021-12-27 23:24:15 UTC
**Body**  All good! The holidays alone are chaos so I get it! Shit happens. Hope things straighten out for ya! 🩷🩷

**Author**  Candace Chapman (Facebook: 70302803)
**Sent**  2021-12-27 23:25:55 UTC
**Body**  Just your typical minor inconvenience my life tends to throw at me lol. I didn't put them in a box yet to try to alleviate mishaps. You got any more boxes in yet?

**Author**  Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent**  2021-12-27 23:26:36 UTC
**Body**  Nothing yet. Figured probably later this week as the holiday cools off though. 🩷🩷

**Author**  Candace Chapman (Facebook: 70302803)
**Sent**  2021-12-27 23:26:53 UTC
**Body**  Hope so. Always nervous til they arrive.

**Author**  Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent**  2021-12-27 23:27:49 UTC
**Body**  I haven't had an issue yet, so I'm sure it'll be okay 🩷🩷

**Author**  Candace Chapman (Facebook: 70302803)
**Sent**  2021-12-31 23:18:02 UTC
**Body**  Where's those other 4 boxes?🩷🩷🩷🩷🩷

**Author**  Candace Chapman (Facebook: 70302803)
**Sent**  2021-12-31 23:19:09 UTC
**Body**  Also I mailed that last one today and if that bitch leaks, I'll be fucking dumbfounded. I forgot the receipt at work for tracking but I'll send a pic of it when I get back Monday

**Author**  Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent**  2022-01-01 00:55:50 UTC
**Body**  Reacted ❤ to your message

**Author**  Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent**  2022-01-01 00:56:17 UTC
**Body**  No worries! Nothing more yet, but with the holiday a lot of my packages are still catching up so not to worries yet 🩷🩷

**Author**  Candace Chapman (Facebook: 70302803)
**Sent**  2022-01-03 19:23:37 UTC
**Body**  You sent a photo.

**Attachments**

**Type** image/jpeg
**Size** 348326



riority Mail® 2-Day 1                    $19.70
   Enola, PA 17025
   Weight: 6 lb 2.10 oz
   Expected Delivery Date
       Wed 01/05/2022
   Tracking #:
       9505 5108 6966 2003 7859 37
   Insurance                           $0.00
       Up to $50.00 included
Total                                 $19.70

**Author** Candace Chapman (Facebook: 70302803)
  **Sent** 2022-01-03 19:23:42 UTC
  **Body** My lizard brain forgot to send this earlier.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
  **Sent** 2022-01-03 20:38:17 UTC
  **Body** Reacted 👍 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
  **Sent** 2022-01-03 20:38:31 UTC
  **Body** Lol! All good!

**Author** Candace Chapman (Facebook: 70302803)
  **Sent** 2022-01-03 22:26:40 UTC
  **Body** So did you get the box with the arm yet? 😬

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
  **Sent** 2022-01-03 22:44:10 UTC

**Body**
Oh yeah! That one came a bit ago! 😄

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-01-03 22:50:25 UTC
**Body** Good. I feel like that's the most concerning box that could make it's way into the wrong hands 😬😬😬😬

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-01-03 22:50:35 UTC
**Body** Reacted 😂 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-01-03 22:50:41 UTC
**Body** Yup! That one is all good!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-01-08 19:41:20 UTC
**Body** So. I have a baby they were going to cremate and have the medical hospital destroy afterward.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-01-08 19:41:50 UTC
**Body** Awwww! May I see?

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-01-08 19:44:26 UTC
**Body** Well of course. I will send a pic when I get away from work. Too many eyes here right now. I know it's Saturday and the PO is closed now, but should I keep it in the fridge? It's 44 degrees here right now so I have it wrapped up in my car to stay cool.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-01-08 19:47:26 UTC
**Body** Yup!, the fridge for sure. It'll need to be cold packed and shipped overnight to make sure it can be preserved properly when it gets here. I'll cover the shipping and any expenses of course! 😊

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-01-08 19:48:36 UTC
**Body** *freezer double zip locked

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-01-08 19:51:53 UTC
**Body** Ok educate me on cold packing because this is absolutely a first for me lol. And what do I tell the PO?

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-01-08 20:00:01 UTC
**Body** No worries! You know those hard blue ice things at the grocery store that you put in lunchboxes? Have them in the bad with the specimen, wrap the bag in bubble wrap. Nothing is liquid or toxic or no special thing to tell the post office. Just need to tell them you want it overnighted (I believe it's called express shipping.) that will keep it until I can get it injected and fix in formalin. 😊

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-01-08 20:05:47 UTC
**Body** Oh yea can definitely do that. Ok so double ziploc the fetus and put

it in the freezer. Would wrapping it in paper towels before I bag it
be better or just place it directly in the bag?

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-01-08 20:06:32 UTC
**Body** Should be fine in just the bags 🥰

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-01-08 20:08:38 UTC
**Body** And put the ice packs into the bag with it once I take it out of the
freezer? Or should I put the packs between bags so it doesn't
squish anything?

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-01-08 20:09:57 UTC
**Body** In the bag is best and if there is any squishing I can fix it when I
preserve it 🥰

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-01-08 22:18:22 UTC
**Body** Gotcha. I'll take a pic as soon as I get home

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-01-08 22:20:11 UTC
**Body** Yay! 🥰

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-01-08 22:29:49 UTC
**Body** You sent 2 photos.
**Attachments** ████████████████████████████
**Type** image/jpeg
**Size** 1089923

**Photo ID**

**Type** image/jpeg
**Size** 917075



**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-01-08 22:30:39 UTC
**Body** Omg so precious 🥰🥰

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-01-08 22:31:17 UTC
**Body** You sent a photo.
**Attachments**

**Type** image/jpeg
**Size** 106290



**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-01-08 22:32:09 UTC
**Body** Beautiful!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-01-08 22:32:30 UTC
**Body** He's going in the freezer!

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-01-08 22:33:11 UTC
**Body** Sweet! What's the cost? I can pay now or wait until you have a grand total in supplies and shipping. Or pay separate payments. Either way is fine! 🙏🏼

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-01-08 22:34:21 UTC
**Body** We can just figure it all out when I ship him!

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-01-08 22:34:27 UTC
**Body** That works!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-01-10 03:02:33 UTC
**Body** Love it!

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-01-10 03:22:41 UTC
**Body** Reacted ❤ to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-01-10 03:22:57 UTC
**Body** I'm going to make you one! 🥰

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-01-10 04:35:17 UTC
**Body** Soooo excited

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-01-10 04:36:00 UTC
**Body** Could be a few weeks until the next one is done, but it's yours as a thank you for all you do. 🥰

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-01-10 04:46:33 UTC
**Body** That's so kind of you. I really appreciate that.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-01-10 04:46:54 UTC
**Body** One hand washes the other 🤝🏼

**Author**
Candace Chapman (Facebook: 70302803)
**Sent** 2022-01-11 02:37:28 UTC
**Body** Today has been insane. I didn't get off work at 7 am like I was supposed to. Instead, I just got home at 7pm and I am WRECKED from being up almost 2 days. I am going to get some ice packs tomorrow since our Walmart and dollar store was out by my house and hopefully get the little guy shipped tomorrow!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-01-11 02:38:02 UTC
**Body** Possibly Wednesday since those ice packs will have to freeze. Didn't think of that 🤦🏻

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-01-11 02:44:56 UTC
**Body** No worries! Just let me know what everything comes to when it's all done and I'll get you paid immediately 🙏🏻

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-01-11 03:49:32 UTC
**Body** You got it!

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-01-11 03:49:39 UTC
**Body** Reacted ❤ to your message

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-01-11 18:31:59 UTC
**Body** Ice packs are in the freezer! They are gel Igloos because that's literally all I could find. Should be ok?

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-01-11 18:32:22 UTC
**Body** Oh yeah, overnighted they should be fine! 🙌🏻

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-01-11 18:32:58 UTC
**Body** Awesome. I'll go to the post office about 10 am so he will be coming with me!

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-01-11 18:33:09 UTC
**Body** Yay! Can't wait! 🙌🏻

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-01-12 12:38:43 UTC
**Body** ███ is sick as a dog too. I could tell all night long he was radiating heat and his temp was 101.8 this morning. Do you want me to hold off on shipping the baby until you start to feel a little better?

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-01-12 16:20:26 UTC
**Body** No, it's okay, I can inject and get it soaking. After that it'll sit for awhile anyway. Oh man, I hope he feels better! This shit sucks!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-01-12 18:24:24 UTC
**Body** We just went to someone's house yesterday who had tested

positive for covid on Sunday and was dead in his bedroom floor by Tuesday 🤦‍♀️

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-01-12 18:29:09 UTC
**Body** Jesus fuck. That's terrifying

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-01-12 19:44:45 UTC
**Body** To be fair, he was about 450 pounds so I'm not shocked, but still.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-01-12 19:45:33 UTC
**Body** Yeah, that could have been a factor but damn that's scary!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-01-24 20:29:51 UTC
**Body** These are stunning. Great work.

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-01-24 20:29:52 UTC
**Body** You sent a photo.
**Attachments** ███████████████████████
                           **Type** image/jpeg
                           **Size** 284766

2:29                                    ...l 5G 🔋



**Jeremy Lee Pauley**                              •••
1h · 🌐

Slices of human brain plastinations, mounted and ready to go. Mounts are 5x5. Message to discuss or comment on the photo that is of interest. *Edit* I will delete pictures of those that have sold. Currently 4 left.



👍 Like           💬 Comment          ↪ Share

👍❤️😮 55

📷    Write a comment...        🧑 GIF 🙂

🏠        🛒9+     👥      📰4      🔔        ≡
Home   Marketplace  Groups  News  Notifications  Menu

| | |
|---|---|
| **Author** | Jeremy Lee Pauley (Facebook: 100063789302056) |
| **Sent** | 2022-01-24 20:30:17 UTC |
| **Body** | Reacted ❤ to your message |

| | |
|---|---|
| **Author** | Jeremy Lee Pauley (Facebook: 100063789302056) |
| **Sent** | 2022-01-24 20:30:45 UTC |
| **Body** | Thank you! Would you like one or do you want to wait for a full brain? I'll gladly gift you one! 🧠🧠 |

| | |
|---|---|
| **Author** | Jeremy Lee Pauley (Facebook: 100063789302056) |
| **Sent** | 2022-01-24 20:42:04 UTC |
| **Body** | Also! Little guy is fixing nicely!@@@ |

| | |
|---|---|
| **Author** | Jeremy Lee Pauley (Facebook: 100063789302056) |
| **Sent** | 2022-01-24 20:42:12 UTC |
| **Body** | Ignore the @ 🧠🧠 |

| | |
|---|---|
| **Author** | Jeremy Lee Pauley (Facebook: 100063789302056) |
| **Sent** | 2022-01-24 20:42:18 UTC |
| **Body** | Jeremy Lee sent a photo. |
| **Attachments** | |
| **Type** | image/jpeg |
| **Size** | 826190 |

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-01-24 20:45:06 UTC
**Body** He looks amazing! What a difference. His little nose 🥹. And you know I'm thinking whether I might want a brain slice instead. That would be a cool display. I'll let you know. I'm sure you've got more coming.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-01-24 20:49:52 UTC
**Body** Reacted ❤ to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-01-24 20:51:10 UTC
**Body** Just let me know! If any of the ones available grab you, I'll pull it. But working on more, and larger ones as well! 🖤 Also I'm stacking cash for the next load 🖤

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-01-24 20:54:13 UTC
**Body** I was devastated last week when me and ████ got covid and I missed 2 days of work which happened to be 2 medical bodies being burned 😭😭😭😭😭😭 but luckily they were old and from 2 semesters ago so hopefully didn't miss anything too good. Still waiting on more babies also.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-01-24 20:54:26 UTC
**Body** Reacted ❤ to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-01-24 20:56:37 UTC
**Body** How you guys feeling?! I'm still dealing with residual effects but am negative. Shit sucked! Excited for more babies! 🖤 actually going to be looking at some more antique deformities soon hopefully to add to the cabinet. 🖤

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-01-24 20:57:42 UTC
**Body** We've still got lingering symptoms. I was vaccinated so I mainly just got congestion and cough. ████ isn't vaccinated and had it way worse and kept spiking fevers, but he recovered quicker than me. It was a weird 3-4 days.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-01-24 20:58:57 UTC
**Body** Damn. I'm vaccinated and it destroyed me lol! Glad you two are on the mend though! I shipped ████ off to her parents for two weeks since she's ███████████████████. And kiddo off to her mom. So I sat here in a fever dream for a few days just me and the frenchie lol!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-01-24 21:01:04 UTC
**Body** Good on you for keeping her safe! She should be getting that meaningless sticker in the mail from me soon. Sent it out Saturday.

I didn't know she had MS! Bless her heart. I never even ran a fever. It was wild. I was just exhausted. Hell I was back at work in 3 days total though. Can't stay away. It's been crazy busy up there.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-01-24 21:01:35 UTC
**Body** Reacted ❤ to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-01-24 21:03:13 UTC
**Body** Yeah, she gets infusions every 6 months and it completely destroys her immune system. But she's a trooper! I make sure I cover bills and let her make her money modeling when she feels up to it. 🫶
Damn, it gets like that huh? I guess there's always someone dying so makes sense 😭

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-01-24 21:05:27 UTC
**Body** Lucky girl! I'm pretty positive if we could swing it, ▇▇ would never let me work. He already says I work entirely too hard now. We are trying to buy a house at the end of the year so we are really hustling to make that happen.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-01-24 21:06:43 UTC
**Body** Reacted ❤ to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-01-24 21:07:47 UTC
**Body** Well I'm here to find that as much as possible 😭 I also want to buy a house, selling the one I bought that I started remodeling but want to find a big Victorian since they go for cheap around here 🫶

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-01-24 21:08:10 UTC
**Body** *fund

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-01-24 21:09:11 UTC
**Body** It's dirt cheap to live in Arkansas. That's the only upside.

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-01-24 21:09:34 UTC
**Body** Granted y'all have higher wages and shit up on those northern parts, but truly it's dirt cheap to live here.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-01-24 21:09:40 UTC
**Body** So I've heard lol! I can't do the southern heat though 😭

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-01-24 21:11:15 UTC
**Body** You learn to get used to it or die. That's the only option. 😭

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-01-24 21:11:20 UTC
**Body** Reacted 😭 to your message

**Author** Candace Chapman (Facebook: 70302803)

**Sent**

2022-01-24 21:11:36 UTC

**Body** It's fuckin 66 degrees here today in fact 😂😂

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-01-24 21:11:51 UTC
**Body** Holy fuck! It's 28 here right now 😂😂

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-01-24 21:11:58 UTC
**Body** And it'll get down to 25 tonight. Makes no sense at all

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-01-24 21:12:16 UTC
**Body** Damn how the hell can people know how to dress 😂😂

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-01-24 21:12:40 UTC
**Body** We carry clothes in the car. We bundle up in the morning but wear shorts underneath for the afternoon.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-01-24 21:13:00 UTC
**Body** Omg.... 😂😂

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-01-24 21:13:27 UTC
**Body** I turned the air on this morning and have to turn the heat on before i leave today 😂😂

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-01-24 21:13:33 UTC
**Body** Reacted 😂😂 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-01-24 21:13:52 UTC
**Body** That's insane to me lol! I have this heat pumping 24/7 here 😂😂

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-01-24 21:14:07 UTC
**Body** Severus doesn't appreciate the temperature change, as his quiet closet I keep him in gets chilly.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-01-24 21:15:22 UTC
**Body** I bet! Yeah the gator doesn't care for these temps and I have to keep her room cranked lol!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-01-24 21:16:14 UTC
**Body** Omg I forgot about her 😂😂

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-01-24 21:16:40 UTC
**Body** She gets moody in the winter lol! Heats a shit ton more too.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-01-24 21:16:44 UTC
**Body** Eats

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-01-24 21:18:56 UTC
**Body** See that's when Sev goes on a hunger strike is during the winter lol. He hasn't eaten since November because he's a drama queen �shift

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-01-24 21:19:30 UTC
**Body** Last year he didn't eat from November to July, then he was ravenous for the next 4 months 🫣

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-01-24 21:19:57 UTC
**Body** 🤣🤣🤣🤣🤣 yup, I've had snakes like that! It's crazy!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-01-24 21:20:35 UTC
**Body** He's sweet and docile as can be, but he's a little shit about food sometimes.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-01-24 21:20:48 UTC
**Body** Reacted 😂 to your message

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-01-27 00:52:20 UTC
**Body** Ok I feel like I should get the privilege of knowing what exciting thing you're building?!

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-01-27 00:53:57 UTC
**Body** Reacted ❤ to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-01-27 00:54:46 UTC
**Body** Our own convention! Vendors, guest speakers, sideshow entertainment, one giant show to end all shows once a year. The first annual Grand Wunderkammer! 🖤

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-01-27 00:55:24 UTC
**Body** Omggggg bring it to Arkansas

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-01-27 00:55:52 UTC
**Body** We had HUGE success when the oddities and curiosities convention came. We have weirdos here!

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-01-27 00:56:01 UTC
**Body** Reacted ❤ to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-01-27 00:57:18 UTC
**Body** Sadly we are keeping it to one show, one location. Want to bring the crowd to us. Last show I hosted people came from as far as Oregon, and the one before that Washington state! So it'll be held every year in Gettysburg. BUT if you and your man make a trip, I'd comp you a room and free passes! 🖤

**Author**
Candace Chapman (Facebook: 70302803)
**Sent** 2022-01-27 00:57:42 UTC
**Body** Man, that would be a dream.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-01-27 00:59:32 UTC
**Body** Reacted ❤ to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-01-27 00:59:45 UTC
**Body** All you got to do is make the trip, and I got you. 🫶

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-01-27 01:03:13 UTC
**Body** Why was I sitting here like damn Virginia ain't that far. Jesus Christ 🤣🤣🤣🤣🤣 I'm stoned sorry.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-01-27 01:04:55 UTC
**Body** Reacted 😂 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-01-27 01:05:01 UTC
**Body** It's happens 😂

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-02-03 18:53:10 UTC
**Body** Fyi, we had an ice storm here that's still kicking our ass. The whole fucking state is shut down 🤣🤣🤣🤣🤣

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-02-03 18:54:02 UTC
**Body** You sent a photo.
**Attachments** ▮▮▮▮▮▮▮▮▮▮
image/jpeg
**Size** 137335

Meta Platforms Business Record                    Page 5684



**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-02-03 18:54:08 UTC
**Body** It's all ice. No snow 🥶🥶

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-02-03 18:57:13 UTC
**Body** What the fuck? 🤣🤣 down south? It's the end of times! 🤣🤣

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-02-03 18:58:05 UTC
**Body** You ought to see our grocery stores. There is literally not one food item on the shelf and it's gonna melt tomorrow 🤦🤦🤦🤦

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-02-03 18:58:13 UTC
**Body** Reacted 😂😂 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-02-03 18:58:37 UTC
**Body** Sounds like PA when they say we're getting snow. Like y'all do this every year, the fuck 🤣🤣

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-02-03 18:59:02 UTC
**Body** It's stupid people steadily breeding.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-02-03 18:59:06 UTC
**Body** Reacted 😂😂 to your message

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-02-04 22:28:58 UTC
**Body** Looks familiar 🤣🤣

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-02-04 22:28:59 UTC
**Body** You sent a photo.
**Attachments**
**Type** image/jpeg
**Size** 276743

4:28                                    .ıl 5G 🔋

🖒 Like          💬 Comment          ↪ Share

**Oddities Warehouse**                   •••   ✕
· 21m · 🖼

Hooman lung wet specimen. Retired medical
teaching aid.

2 0 0 0 tyd

No go to LA, TN or GA.
Located in West Virginia. DM with any questions! 🙂



👍😲 7

🏠 Home    ▶ Watch    🛒 Marketplace    📰 News    🔔 Notifications    ☰ Menu

**Photo ID**

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-02-04 22:29:06 UTC
**Body** 🔲🔲🔲🔲🔲

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-02-04 22:31:08 UTC
**Body** He's insane. He keeps trying to ask me why nothing sells. I'm like when I buy something for 100 I sell it for 200. That person sells it for 400 and so on. You're trying to get rich over night. If he wasn't so good at his web job I don't think we'd be working together 🔲🔲

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-02-04 22:31:43 UTC
**Body** Trying to raise money for the show. And I see that shit. 🔲🔲

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-02-04 22:31:50 UTC
**Body** 2000 is so fucking pricey, like what?

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-02-04 22:33:03 UTC
**Body** Yeah. It's nuts. Like a can sell a full dissected hand for 750. No wonder no one buying this. I get making your money but come on.

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-02-04 22:34:11 UTC
**Body** Human remains aren't that hard to come by lol

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-02-04 22:34:17 UTC
**Body** 🔲🔲🔲🔲🔲🔲🔲

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-02-04 22:36:37 UTC
**Body** Right? Well I guess some of the newbs don't get that. Shits not rare. I just got in a brain with full spinal cord for 350. These kids just want to inflate the market. Granted when I sell publicly I try and stay just below the market but no need for this amount of inflation. Same shit with skulls. I get them overseas for like 450-570. And I see 1800 on something with no fucking mandible 🔲🔲

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-02-04 22:39:49 UTC
**Body** That's why I always try and get you a good deal. I have no knowledge of preservation like you but know they deserve that for education purposes. I'm glad to have found you on these oddities groups.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-02-04 22:40:18 UTC

**Body**
Reacted ❤ to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-02-04 22:42:18 UTC
**Body** I appreciate it! I sell just to keep the gears turning lol! I am getting a little sad watching people that just want stuff for the clout factor though. It's why I want to start plastinating a LOT. Only people that can really appreciate such pieces will want them. Less clout chasers lol! Excited to get this hand done and mounted 🖤🖤

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-02-05 01:48:15 UTC
**Body** It looks so good! Let me know when you palatinate more brains. I kind of want a mounted slice that is almost in the shape of the brain if you get what I mean. That would be dope.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-02-05 02:03:13 UTC
**Body** Like this but just a slice?

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-02-05 02:03:23 UTC
**Body** Jeremy Lee sent a photo.
**Attachments** ▇▇▇▇▇▇▇▇▇▇▇
**Type** image/jpeg
**Size** 283492



**Author**
Candace Chapman (Facebook: 70302803)
**Sent** 2022-02-05 02:03:34 UTC
**Body** Yes! Exactly that!

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-02-05 02:03:43 UTC
**Body** Can do! 🙌🏻

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-02-05 02:03:50 UTC
**Body** Like the middle slice of the meatloaf 🥰

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-02-05 02:03:58 UTC
**Body** 🤣🤣🤣🤣🤣

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-02-05 21:21:28 UTC
**Body** Just got some interesting news.


**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-02-05 21:22:55 UTC
**Body** 🤣🤣🤣🤣🤣🤣I need to put on payroll 🤣🤣

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-02-05 21:26:38 UTC
**Body** I was like "whew, Jeremy is going to be salivating" 🤣🤣🤣🤣🤣

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-02-05 21:27:45 UTC
**Body** Reacted 😍 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-02-05 21:28:07 UTC
**Body** I need bigger plastination chambers 🤣🤣

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-02-05 21:53:12 UTC
**Body** Get on it, gonna have some good shit soon 🤣🤣

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-02-05 21:56:53 UTC
**Body** Already on it! The wife is going to shoot me for what this equipment costs 🤣🤣

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-02-05 21:57:13 UTC
**Body** She's going to come after me next 🤣🤣

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)

**Sent**

2022-02-05 21:57:21 UTC

**Body** 🔲🔲🔲🔲🔲🔲🔲🔲🔲🔲

**Author** Candace Chapman (Facebook: 70302803)

**Sent** 2022-02-10 01:03:48 UTC

**Body** I got this little surface embalmed bebe

**Author** Candace Chapman (Facebook: 70302803)

**Sent** 2022-02-10 01:03:56 UTC

**Body** You sent a photo.

**Attachments**

**Type** image/jpeg

**Size** 860249



**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-02-10 01:46:48 UTC
**Body** Awwww!!!! The other one is almost done fixing! Surface embalmed? Like just soaked?

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-02-10 01:47:50 UTC
**Body**

He's been wrapped in a formaldehyde fluid pack for days basically, so he's fully embalmed.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-02-10 01:49:05 UTC
**Body** Reacted 🔨 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-02-10 01:50:16 UTC
**Body** Oh my. Poor mother. I'll of course take him! I can fix him up a bit with some hydration as well and make him stunning. How much lol!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-02-10 01:52:00 UTC
**Body** Since he's not in great shape, I'll sell him for 50% off so $300 shipping included?

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-02-10 01:52:21 UTC
**Body** Payment incoming! I'll have to send you pics when he's all done!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-02-10 01:52:33 UTC
**Body** Yes please. I'd love to see what you can do with him!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-02-10 01:53:14 UTC
**Body** I'll pack him like I did the hearts and brains in alcohol since he's essentially preserved. So no overnight concerns.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-02-10 01:53:49 UTC
**Body** Sent! And perfect! Can't wait to work on him! 🔨🔨

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-02-10 01:54:13 UTC
**Body** I'm excited about this one considering his condition.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-02-10 01:55:11 UTC
**Body** Same! A nice rehydration bath, and formalin injection to be safe, then a slow alcohol ladder and he will look worlds different!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-02-10 02:11:28 UTC
**Body** Amazing. I have all the faith in the world you'll make him perfect

again.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-02-10 02:11:48 UTC
**Body** I do my best for the little ones 🖤🖤🖤

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-02-10 02:14:11 UTC
**Body** ███████████████

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-02-10 02:14:25 UTC
**Body** Reacted ❤ to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-02-10 02:14:35 UTC
**Body** My heart! 🖤🖤

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-02-10 02:16:33 UTC
**Body** ██████████████████

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-02-10 02:18:37 UTC
**Body** Reacted ❤ to your message

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-02-14 15:19:55 UTC
**Body** For the love of god, send me your address again because my brain is absolutely sloshed and can't remember it for the life of me. I remember ███████ and enola, PA 17025. It's your damn house number that my brain can't remember 🖤🖤

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-02-14 15:49:50 UTC
**Body** Never mind I found it!

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-02-14 19:28:29 UTC
**Body** Reacted 🖤🖤 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-02-14 19:28:33 UTC
**Body** Reacted ❤ to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-02-14 19:28:42 UTC
**Body** Lol! ████ just in case 🖤🖤

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-02-18 08:34:22 UTC
**Body** I have another baby. We are waiting on paperwork to cremate it, but I'm trying to snatch it for you. This one is actually pretty cute and I don't even like babies or kids 🖤🖤

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-02-18 08:34:58 UTC
**Body** Reacted 🖤🖤 to your message

**Author**
Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-02-18 08:35:11 UTC
**Body** Ooooooo!!!!!! Yay babies!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-02-18 08:35:34 UTC
**Body** Your other made it there yet?

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-02-18 08:35:53 UTC
**Body** Not yet! When did you send it out?

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-02-18 08:36:12 UTC
**Body** Should be any day if not, post office said they've been super behind lately. I sent it priority though.

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-02-18 08:36:30 UTC
**Body** Monday? Tuesday? Hell I don't know they all run together and I lost the damn receipt.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-02-18 08:36:46 UTC
**Body** Reacted 🤣 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-02-18 08:37:18 UTC
**Body** Hopefully tomorrow or Saturday! 🤞

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-02-18 08:38:29 UTC
**Body** I hope so. We've been so busy at work I can't even keep track of the days. I just embalmed the 6th body I've had to pick up since just 6 pm.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-02-18 08:39:03 UTC
**Body** Holy shit! That's insanity. I can't believe the hours you work 🤯

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-02-18 08:39:54 UTC
**Body** Also I thought I'd mention, at 7:00 this morning it was 76 degrees and one thunderstorm and 5 hours later it was 34. It's down to 27 now with 45mph winds. Arkansas is wild.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-02-18 08:40:23 UTC
**Body** 😂😂😂😂😂 it's the damn apocalypse 😂😂

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-02-18 08:40:43 UTC
**Body** If it was, we'd never know it here. That's a normal day for us.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-02-18 08:40:53 UTC
**Body** Good Christ 😂😂

**Author**

Candace Chapman (Facebook: 70302803)

**Sent** 2022-02-18 08:41:28 UTC

**Body** I hope sky daddy takes us out first. I don't want to have to search for weed and bottled water.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)

**Sent** 2022-02-18 08:41:38 UTC

**Body** 🤣🤣🤣🤣🤣

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)

**Sent** 2022-02-20 00:57:44 UTC

**Body** Little guy showed up! ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮ 🤣🤣

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)

**Sent** 2022-02-20 00:57:51 UTC

**Body** Jeremy Lee sent a photo.

**Attachments** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Type** image/jpeg
**Size** 584026



**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-02-20 01:03:32 UTC
**Body** I'll send a pic of that other baby tomorrow. I have him in the cooler because we are waiting on fetal death paperwork.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-02-20 01:03:55 UTC
**Body** I'll show you when he's all done! No worries! Can't wait to see the little guy 🙂🙂

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-02-20 01:04:33 UTC
**Body** He's got the cutest little nose

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-02-20 01:04:42 UTC
**Body** 🙂🙂

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-02-20 01:06:34 UTC
**Body** Oh I just remembered! Any word on those whole parts that were going to come through? Want to make sure I have my money right since winter has been shit lol! Sales always are this time of year.

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-02-20 01:07:11 UTC
**Body** No word yet. He's in New York on vacation. BUT, you know I take credit because we do plenty of business so don't ever worry about that

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-02-20 01:07:23 UTC
**Body** Reacted ❤ to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-02-20 01:07:30 UTC
**Body** Always appreciated 🙂🙂

**Author**

Candace Chapman (Facebook: 70302803)

**Sent** 2022-02-22 04:38:34 UTC

**Body** So they decided to direct bury that fetus 🙄😒😒😒

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)

**Sent** 2022-02-22 05:05:28 UTC

**Body** 😂😂😂😂😂 well at least they opted for something better than the furnace. 😂😂

**Author** Candace Chapman (Facebook: 70302803)

**Sent** 2022-02-26 23:55:41 UTC

**Body** Ok he came out incredible. ██████████████ .

**Author** Candace Chapman (Facebook: 70302803)

**Sent** 2022-02-26 23:55:45 UTC

**Body** You sent a photo.

**Attachments** ██████████████████

**Type** image/jpeg

**Size** 244119



Peaceful little guy. Mummified overtime from drying out unfortunately. Still a beautiful specimen.





**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-02-26 23:55:56 UTC
**Body** Love it! His little hands! 🖤🖤

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-02-26 23:56:51 UTC
**Body** I think he looks better like that than actually preserved. This is a super cool piece.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-02-26 23:57:05 UTC
**Body** Reacted ❤ to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-02-26 23:57:21 UTC
**Body** I agree! More personality 🖤🖤

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-03-04 00:25:49 UTC
**Body** So I'll be getting a baby back from a funeral home Monday. Looks to be super close to full term. It actually lived a month, but you can tell there was abnormalities. His face isn't fully developed and neither are his genitals. He's very swollen and full of edema. Very interesting baby.

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-03-04 00:25:56 UTC
**Body** I'll get a pic tomorrow before she picks him up.

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-03-04 00:26:27 UTC
**Body** He's surface embalmed and took fluid real well so I think he will last.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-03-04 00:27:20 UTC
**Body** Omg!!!! This made my night!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-03-04 00:28:13 UTC
**Body** I'm going to try my best to snag him. We just moved into a new mortuary and literally went from something like 600 square feet to a fucking warehouse so I'll have to be sneaky.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-03-04 00:28:24 UTC
**Body** Reacted 🖤🖤 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-03-04 00:28:49 UTC

**Body**
    Just let me know! I'm all about it! Will that make spring semester difficult?

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-03-04 00:29:40 UTC
**Body** I don't think so because the prep room and cooler are connected in their own room and that's where we keep all the bodies until it's time to cremate. There's a whole lot more places for me to hide something there real quick like 🫠🫠

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-03-04 00:30:06 UTC
**Body** Reacted 🫠🫠 to your message

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-03-04 00:30:08 UTC
**Body** And a back door I can sneak out of with shit and they won't see me go to my car

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-03-04 00:30:15 UTC
**Body** Oh beautiful hahahahaha!!!!

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-03-09 20:26:01 UTC
**Body** So tell me. How much was it?

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-03-09 20:26:24 UTC
**Body** I picked this one up for 3k which was a steal 🫠🫠

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-03-09 20:26:40 UTC
**Body** God I'm so fucking jealous I'm seething 🫠🫠🫠🫠🫠

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-03-09 20:27:16 UTC
**Body** Reacted 🫠🫠 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-03-09 20:27:53 UTC
**Body** I can find other pieces by him that are authentic for better than retail if you're ever looking. I'll take care of you 🫠🫠

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-03-09 20:28:49 UTC
**Body** Any news on little no face boy? 🫠🫠

**Author** Candace Chapman (Facebook: 70302803)
**Sent** 2022-03-09 20:32:23 UTC
**Body** God I don't know when I'd ever have 3k laying around but I will keep that in mind 🫠🫠

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-03-09 20:32:32 UTC
**Body** Reacted ❤ to your message

**Author** Candace Chapman (Facebook: 70302803)

**Sent**

2022-03-09 20:32:45 UTC

**Body** Funeral home never brought him back Monday. So there's no telling what they actually did with that baby. 🙂

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-03-09 20:32:53 UTC
**Body** Reacted 🙂 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-03-09 20:33:34 UTC
**Body** Maybe one day I'll have to do a trade with you 🙂 I have my sight on another one I was planning to sell. Would be a bit but if I get it I'm sure we could work it out 🙂

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-03-09 20:33:44 UTC
**Body** Ah man. That sucks 🙂

