**Body**
Reacted ❤ to your message

**Thread** (378921467577494)
**Current** 2022-07-12 20:11:16 UTC
**Participants** Jeremy Lee Pauley (Facebook: 100063789302056)
Candace Scott (Facebook: 100079442679462)

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-04-02 01:10:31 UTC
**Body** I LOVE THIS!

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-04-02 01:11:01 UTC
**Body** Reacted ❤ to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-04-02 01:11:12 UTC
**Body** Available 🙌

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-04-02 01:11:22 UTC
**Body** Ohhhhh how much?

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-04-02 01:11:56 UTC
**Body** 2500 shipped. Came directly to me from the grandson of the
founder of Carolina biological and has the original canvas bag. 🙌

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-04-02 01:21:14 UTC
**Body** That's rich people prices. You knew better. 🤣🤣

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-04-02 01:22:02 UTC
**Body** Reacted 😂 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-04-02 01:22:13 UTC
**Body** Trade credit is always a possibility 😂

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-04-02 01:23:47 UTC
**Body** Listen, after getting married on a whim, him having to buy an
engagement and wedding ring, and buying a house at the end of
the year. I'm keeping Pennie's in a ziploc in my car that I find on
the ground. 🤣🤣🤣🤣🤣 and I'm impatiently waiting on ███ to bring me
some medical victims when they're done.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-04-02 01:24:16 UTC
**Body** Reacted 😂 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-04-02 01:25:41 UTC
**Body** I mean you know I'll always buy as well! 🙌I have a lot of ideas for

plastination projects! Just sold my soul for this huge bone lot, but that will help float me while I plastinate stuff 🙂🙂

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-04-02 01:25:59 UTC
**Body** Jeremy Lee sent 4 photos.
**Attachments** ████████████████████████████

**Type** image/jpeg
**Size** 1110649





**Type** image/jpeg
**Size** 1241218



**Type** image/jpeg
**Size** 1036469

**Type** image/jpeg
**Size** 1039660



**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
  **Sent** 2022-04-02 01:26:08 UTC
  **Body** And that's not even half of it 😂😂

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
  **Sent** 2022-04-02 01:27:01 UTC
  **Body** But soon as you're a go, I can definitely make some big purchases 😂😂

**Author** Candace Scott (Facebook: 100079442679462)
  **Sent** 2022-04-02 01:27:44 UTC
  **Body** Jesus fucking Christ Jeremy. Did they dig up a fucking cemetery? 😂😂

**Author** Candace Scott (Facebook: 100079442679462)
  **Sent** 2022-04-02 01:28:37 UTC
  **Body** Ok but I'm definitely patiently waiting on that framed brain piece

and I'm dead ass curious about one of those raggedy old skulls you'd sell for the low low 💀💀

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-04-02 01:32:39 UTC
**Body** Reacted 😂😂 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-04-02 01:33:33 UTC
**Body** I can definitely hook you up with a skull! And I'm working on some lol! There about 60 full skull coming that I'll be selling like 750-850 but I can throw one your way as a "tip" 😉😉

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-04-02 01:34:20 UTC
**Body** He's been collecting for 30 years, wanted to build his own ossuary. Overseas, hundreds of graves get dig up for not paying for the lot and thrown away. That's where they all come from 💀💀

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-04-02 01:35:53 UTC
**Body** Holy shit. I didn't expect to actually be half right. That's wild. I would love a gnarly old raggedy foreign skull for the collection. Fingers crossed next month the bodies start rolling in.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-04-02 01:36:09 UTC
**Body** Reacted ❤ to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-04-02 01:36:34 UTC
**Body** So May is prime time huh? That's actually perfect. I couldn't remember

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-04-02 01:36:35 UTC
**Body** 😂😂

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-04-02 01:37:05 UTC
**Body** Oh yea it's April. Possibly later this month AND next month.

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-04-02 01:37:15 UTC
**Body** Fuck sake. I lose track of days.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-04-02 01:38:30 UTC
**Body** Oh! 😂😂 well even better lol!

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-04-02 01:39:26 UTC
**Body** They all run together when you work 60-70 hour weeks 😂😂

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-04-02 01:39:37 UTC
**Body** You are a robot I swear 😂😂

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)

**Sent**  2022-04-02 01:39:58 UTC
**Body**  But congrats on the marriage! I kept forgetting to say something 🙈

**Author**  Candace Scott (Facebook: 100079442679462)
**Sent**  2022-04-02 01:43:39 UTC
**Body**  It went by so quick and movie style, it felt like it never happened 😅 Only I could pull that off. Thank you though. Nothing feels different.

**Author**  Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent**  2022-04-02 01:44:12 UTC
**Body**  Reacted 😂 to your message

**Author**  Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent**  2022-04-02 01:44:32 UTC
**Body**  That's the best though! Everything just feels like it always has. Just right. 🥰

**Author**  Candace Scott (Facebook: 100079442679462)
**Sent**  2022-04-02 01:48:13 UTC
**Body**  Yes! That's it. We went to bed at like 8:30 because we were exhausted and he got up to play a disc golf tournament while I cleaned the house. 😂 ridiculous

**Author**  Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent**  2022-04-02 01:48:24 UTC
**Body**  Reacted 😂 to your message

**Author**  Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent**  2022-04-02 01:48:36 UTC
**Body**  That domestic life 😂😂

**Author**  Candace Scott (Facebook: 100079442679462)
**Sent**  2022-04-02 01:49:44 UTC
**Body**  But you know what. I'd do this every day the rest of my life in utter bliss before I'd sit here one day with some dramatic moron who wants to argue about everything and be a fucking douche. I am too old and tired for that shit and some people just thrive on it.

**Author**  Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent**  2022-04-02 01:50:53 UTC
**Body**  Oh 100%! The things I thought I'd never do, like have a conversation about an electric tea kettle for example, now are some of my happiest moments because of who I'm with 🥰

**Author**  Candace Scott (Facebook: 100079442679462)
**Sent**  2022-04-02 01:51:42 UTC
**Body**  That's it right there. That's all that matters. Also bless her and that damn tea kettle because we only drink sweet in the south so we don't know how those work 😂😂

**Author**  Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent**  2022-04-02 01:51:52 UTC
**Body**  Reacted 😂 to your message

**Author**  Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent**  2022-04-02 01:52:19 UTC
**Body**  Oh don't get her started about the tea kettle, she'll convert you 😂😂

**Author**   Candace Scott (Facebook: 100079442679462)
**Sent**     2022-04-02 01:53:07 UTC
**Body**     I just can't do hot drinks man. I'd love to love hot coffee and tea, but alas the cold it is.

**Author**   Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent**     2022-04-02 01:53:36 UTC
**Body**     Yeah especially with that heat! I'd die lol!

**Author**   Candace Scott (Facebook: 100079442679462)
**Sent**     2022-04-02 01:54:48 UTC
**Body**     I swear to god. My dad used to literally drink hot coffee with zero sugar or anything in it all day at work all year round and I didn't get it. It's beyond me. My boss does it now at work. I start sweating just looking at him in the summer.

**Author**   Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent**     2022-04-02 01:55:37 UTC
**Body**     Ewwwww….. I can't do it in like July here, and that nothing compared to your temperatures. A different breed over there or something lol!

**Author**   Candace Scott (Facebook: 100079442679462)
**Sent**     2022-04-02 01:56:04 UTC
**Body**     We are born in saunas to prepare us for life in the south.

**Author**   Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent**     2022-04-02 01:56:10 UTC
**Body**     🤣🤣🤣🤣🤣

**Author**   Candace Scott (Facebook: 100079442679462)
**Sent**     2022-04-02 01:56:17 UTC
**Body**     Because that's the best way I can describe summer here.

**Author**   Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent**     2022-04-02 01:56:46 UTC
**Body**     I couldn't do it lol! I'd never make it 🤣🤣

**Author**   Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent**     2022-04-02 07:56:52 UTC
**Body**     So crazy question. I'm trying to make some plastination displays of heads and hands, that I want to dissect down to different levels, with anatomical labels for a big exhibition. My question is, if I bought an electric bone saw and sent it to you, would it then be possible to acquire such pieces since you only have a scalpel on hand? If not that fine, just figured it didn't hurt to ask 🤣🤣

**Author**   Candace Scott (Facebook: 100079442679462)
**Sent**     2022-04-02 11:07:32 UTC
**Body**     I could definitely make an attempt at it.

**Author**   Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent**     2022-04-02 18:02:11 UTC
**Body**     Well then I should get to shopping 🤣🤣

**Author**   Candace Scott (Facebook: 100079442679462)
**Sent**     2022-04-02 18:52:47 UTC
**Body**     Yea I'm not opposed at all to it. Shit I can cut embalmed hands off

before I throw them in the crematory if you want.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-04-02 20:11:41 UTC
**Body** Reacted ❤ to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-04-02 20:11:44 UTC
**Body** I'm game 🔪🔪

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-04-02 20:19:08 UTC
**Body** Okay so these damn saws start at like 2k 🔪🔪 any objection to a manual one? 🔪🔪

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-04-02 21:32:57 UTC
**Body** How hard would it be? 🔪🔪 I'm pretty fuckin strong for a chick

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-04-02 23:18:18 UTC
**Body** Reacted 🔪🔪 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-04-02 23:19:02 UTC
**Body** I imagine similar or easier to sawing a 2x4 would be my guess. I've sawed through bone for projects and it's never been crazy difficult. 🔪🔪

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-04-03 15:18:30 UTC
**Body** I could give it a whirl 🔪🔪

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-04-03 15:39:14 UTC
**Body** Ordered! 🔪🔪

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-04-03 17:07:26 UTC
**Body** So whatcha thinking you may want from embalmed bodies?

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-04-03 17:09:30 UTC
**Body** Anything really lol! For my projects heads and hands, brains are great for testing different protocols in plastination since if it works on a brain it'll work on anything. They are the most fickle. Skin for tanning, but pretty much open to anything as usual. 🔪🔪

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-04-04 01:07:28 UTC
**Body** Also I forgot to show you!

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-04-04 01:07:37 UTC
**Body** Jeremy Lee sent a photo.
**Attachments** ███████████████████████
                        **Type** image/jpeg
                        **Size** 867320
                ████████████████████████





**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-04-04 01:08:04 UTC
**Body** Little guy is all done fixing and has been worked up to 70% ethanol so no dehydration 🙂🙂

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-04-04 12:08:51 UTC
**Body** I'll see what I can do without looking like an actual serial killer.

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-04-04 12:09:11 UTC
**Body** He looks awesome!!!!

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-04-04 16:29:23 UTC
**Body** Reacted 🙂🙂 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-04-04 16:29:39 UTC
**Body** Thanks! He's perfect! 🙂🙂

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-04-04 18:23:11 UTC
**Body** Jeremy Lee sent a photo.
**Attachments**
     **Type** image/jpeg
     **Size** 113968



**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-04-04 18:23:17 UTC
**Body** Tada!

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-04-04 21:03:57 UTC
**Body** Lmaooo I had one in my collection but I didn't want to use it for personal business 🤣🤣

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-04-04 21:11:18 UTC
**Body** Reacted 🤣🤣 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-04-04 21:11:31 UTC
**Body** You can beat the hell out of this one 🤣🤣

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-04-04 21:47:04 UTC
**Body** I can't wait.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-04-04 21:47:15 UTC
**Body** Reacted ❤ to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-04-04 21:47:27 UTC
**Body** What's the address and I'll ship it out tomorrow 🤣🤣

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-04-04 21:48:05 UTC
**Body** Don't mail it yet because we are leaving for st Thomas tomorrow and I don't trust USPS to actually leave it in my mailbox. Send it out Saturday or Monday. We will be back next Tuesday night late.

██████████████████
Little Rock, ar 72227

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-04-04 21:48:25 UTC
**Body** Can do! 🤣🤣

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-04-09 01:23:31 UTC
**Body** Jeremy Lee sent a photo.
**Attachments** ████████████████████████

**Type** image/jpeg
**Size** 121848





**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-04-09 01:23:52 UTC
**Body** Headed out tomorrow so probably will arrive Wednesday 🚚🚚

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-04-09 01:24:09 UTC
**Body** Good deal!

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-04-09 01:26:39 UTC
**Body** Reacted ❤ to your message

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-04-14 02:44:01 UTC
**Body** This box says don't open with sharp object so wtf they want me to open it with? 🤔🤔

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-04-14 02:44:23 UTC
**Body** Hopes and prayers? Because I don't believe in that nonsense 🙏🙏

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-04-14 02:45:03 UTC
**Body** The box I sent you?

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-04-14 02:45:09 UTC
**Body** Yes lol

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-04-14 02:45:20 UTC
**Body** The fuck? 🤣🤣

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-04-14 02:45:35 UTC
**Body** I have no idea why lmfao!

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-04-14 02:45:50 UTC
**Body** It's just the saw right? I don't want to cut up anything important because I'm rather clumsy in general.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-04-14 02:46:07 UTC
**Body** Just the saw lol! That's why I'm so confused 🤣🤣

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-04-14 02:47:43 UTC
**Body** Post office is wild.

**Author**
Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-04-14 02:48:13 UTC
**Body** Reacted 🩷 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-04-14 02:48:21 UTC
**Body** Glad it got there hahahaha!

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-04-14 02:48:45 UTC
**Body** It was waiting at our door when we got home from the airport!

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-04-14 02:48:55 UTC
**Body** Nice! 🙌

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-04-14 02:49:13 UTC
**Body** Glad you guys and the saw got home safe!

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-04-14 02:51:00 UTC
**Body** Man we've had some insane weather here the last 3 days. We flew straight into a tornado warned storm. The bottom fell out while we were at baggage claim. 😩😩😩😩😩

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-04-14 02:51:26 UTC
**Body** Oh fuck that. Nope. 🙅‍♂️

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-04-14 02:51:36 UTC
**Body** Every storm chaser in the nation were booked in every hotel around Arkansas today because we had a tornado outbreak.

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-04-14 02:51:53 UTC
**Body** It's storm season here for sure.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-04-14 02:51:55 UTC
**Body** I swear you live in some circle of hell 😂😂

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-04-14 02:52:09 UTC
**Body** That's just summer, Jeremy.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-04-14 02:52:14 UTC
**Body** Reacted 😂😂 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-04-16 01:45:16 UTC
**Body** Jeremy Lee sent a photo.
**Attachments** ███████████████████████
**Type** image/jpeg
**Size** 167033
███████████████████████████





**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-04-16 01:45:16 UTC
**Body** I have a shit ton of money out waiting for bones to get here and the insurance company decided they aren't going to cover all of █████s next infusion for her MS. So while I wait for money to flow and fight with these fucks, she still needs her infusion. So letting this little lady go to make sure she stays on her schedule. 🙏🏻

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-04-16 01:45:46 UTC
**Body** Jeremy. That little fucker is terrifying. And I see some wild ass shit.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-04-16 01:46:00 UTC
**Body** Reacted 😂 to your message

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-04-16 01:46:22 UTC
**Body** But I can totally understand why you're selling her. Luckily you have tons of cool stuff for emergency situations like that.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-04-16 01:47:09 UTC
**Body** I have a full term one so since it's "doubles" I figured it was the best option for such an emergency. They did this shit last time but we had time to fight them on it. This time they gave it two weeks knowing damn well we couldn't appeal in time 🙄😤

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-04-16 01:47:33 UTC
**Body** Americas healthcare is such a fucking joke.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-04-16 01:48:54 UTC
**Body** It fucking is man. It's ridiculous. She's all upset because I said I'll do what it takes but honestly I'd do anything to keep her well. And in a few weeks when I start moving all the product that I'm waiting on, life will be fine. A sudden 10k just things things out of wake for a minute 🤷🏻‍♂️

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-04-16 02:14:58 UTC
**Body** Listen, you could sell everything and be a millionaire if you needed to. You do what you gotta do for your partner. Any good person would for their partner. Bravo. Those are just things.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-04-16 02:15:19 UTC
**Body** Reacted ❤ to your message

**Author**
    Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-04-16 02:15:59 UTC
**Body** Exactly! I tell her that all the time. I'm like I love this stuff. I want to pass it down. But it's just stuff. I'd cut it all for her or my daughter in a heartbeat if needed. 🖤

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-04-16 02:17:16 UTC
**Body** We never want to think we have to make the person we love give up something they love. That's what bothers her. I totally get it. I'd feel awful too. But she also knows you care about her health more deep down.

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-04-16 02:18:22 UTC
**Body** Women. We are finicky creatures.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-04-16 02:18:29 UTC
**Body** Reacted ❤ to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-04-16 02:18:32 UTC
**Body** Reacted 😂 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-04-16 02:18:51 UTC
**Body** That's exactly what she said lol! But I tell her not to worry, it's totally fine 😂😂

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-04-16 02:19:31 UTC
**Body** We like to think with our hearts and not our noggins sometimes.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-04-16 02:19:47 UTC
**Body** And that's okay too 😂😂

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-04-19 00:12:10 UTC
**Body** What's the deal with oddities marketplace and people boycotting it for unethical things? 🤔🤔🤔🤔🤔

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-04-19 00:14:35 UTC
**Body** Well there's been a shit of ton people bitching about how they delete posts, favoritism, allowing sales of illegal animals and not blocking scammers. But apparently the admin had it out with ███████████ who own full Monty oddities. They literally bought the domain name fullmontyoddities.com and have it going to their group page just to fuck with him.
**Share**    **Date Created** 2022-04-19 00:14:23 UTC
        **Title** The Full Monty
        **Url** https://www.facebook.com/thefullmontyoddities/

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-04-19 00:15:44 UTC

**Body**
Yikes. That's some shady shit

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-04-19 00:16:33 UTC
**Body** Yeah, I was like damn man, that's fucking petty. I'm cool with the admins, and the group is great for selling but shit. That's a bit much.

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-04-19 00:17:08 UTC
**Body** I did see some girl selling illegal eagle feathers the other day and was like 🙅‍♀️🙅‍♀️🙅‍♀️🙅‍♀️🙅‍♀️

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-04-19 00:17:49 UTC
**Body** For fucks sake...... people need to know there laws or at the very least be discreet. Christ 🤦

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-04-19 00:19:35 UTC
**Body** People were brutalizing her in the comments, as they should. 🤣

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-04-19 00:20:56 UTC
**Body** Oh I bet! To many newbies coming in and just posting all willy nilly is going to get groups shit down again 🤦

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-04-21 04:10:14 UTC
**Body** Thought you'd appreciate this as much as me.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-04-21 04:10:26 UTC
**Body** Jeremy Lee sent a photo.
**Attachments**
**Type** image/jpeg
**Size** 641753

Meta Platforms Business Record                    Page 5399



**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-04-21 11:47:25 UTC
**Body** Whew that is wild

**Author**
Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-04-21 17:46:03 UTC
**Body** Reacted ❤ to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-04-21 17:46:33 UTC
**Body** From the Chicago world fair. Been working on restoring them for a few weeks 🙏🏻

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-04-21 18:03:41 UTC
**Body** Insane. Yours now?

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-04-21 19:36:46 UTC
**Body** Yup! Has been for several weeks 🙏🏻

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-04-21 20:32:25 UTC
**Body** Best collection ever. Love it,

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-04-21 21:19:00 UTC
**Body** 🙏🏻

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-01 17:26:30 UTC
**Body** I know you deal in oddities so I'm gonna ask you first. Know anyone that would be interested in a metal Nazi soldier helmet worn in WW2?

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-01 17:28:49 UTC
**Body** I've sold quite a few of them, with skulls, so most of my clientele that would be into it, have one but I can definitely check around! There is definitely a market for them though!

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-01 17:29:12 UTC
**Body** Can you tell me if the one my coworker has is authentic?

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-01 17:29:17 UTC
**Body** I'll send pics

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-01 17:29:25 UTC
**Body** I can definitely take a look!

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-01 17:30:47 UTC
**Body** You sent 4 photos.
**Attachments** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Type** image/jpeg
**Size** 794760



















**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
  **Sent** 2022-05-01 17:31:52 UTC
  **Body** If it's not legit it's the best replica I've ever seen. But I'd definitely say authentic

**Author** Candace Scott (Facebook: 100079442679462)
  **Sent** 2022-05-01 17:31:58 UTC
  **Body** It's numbered inside the helmet but I can't remember the number off the top of my head

**Author** Candace Scott (Facebook: 100079442679462)
  **Sent** 2022-05-01 17:32:16 UTC
  **Body** It's heavy as fuck that's why I thought it was completely authentic.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
  **Sent** 2022-05-01 17:33:58 UTC
  **Body** Definitely looks good! I've sold rusted to shit ones dig up for 400+ so it's a great find!

**Author** Candace Scott (Facebook: 100079442679462)
  **Sent** 2022-05-01 17:34:21 UTC
  **Body** He found it in his dead uncles attic 🤷🏼‍♀️🤷🏼‍♀️

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
  **Sent** 2022-05-01 17:34:33 UTC
  **Body** Woooahhh 😍

**Author** Candace Scott (Facebook: 100079442679462)
  **Sent** 2022-05-01 17:34:53 UTC
  **Body** I was like "I know a guy" and took pics 🤣🤣🤣

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
  **Sent** 2022-05-01 17:35:00 UTC
  **Body** Reacted 😂 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
  **Sent** 2022-05-01 17:35:13 UTC
  **Body** To a proper ww2 collector it's definitely worth some money 😍

**Author** Candace Scott (Facebook: 100079442679462)
  **Sent** 2022-05-01 17:35:57 UTC
  **Body** That's what he wanted to know for sure. He will be pleased. I think it's cool as fuck but when I pick it up I get real bad vibes so I didn't want to bring it in my house 😂

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
  **Sent** 2022-05-01 18:36:08 UTC
  **Body** Reacted ❤ to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
  **Sent** 2022-05-01 18:37:00 UTC
  **Body** I don't blame you lol! I have a full skull helmet and dog tag in its own glass case and that thing is it's own fucking bad vibe 😂

**Author** Candace Scott (Facebook: 100079442679462)

**Sent**

2022-05-01 18:40:42 UTC

**Body** Omfg send me a pic

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)

**Sent** 2022-05-01 18:45:20 UTC

**Body** Jeremy Lee sent a photo.

**Attachments**

**Type** image/jpeg

**Size** 201381



**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-01 18:45:52 UTC
**Body** That's so god damn cool

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-01 18:46:18 UTC
**Body** Duh up where the battle of Kiev took place. There were dozens of them. Even found a chest of nazi silver but I passed on owning one of the bars. Was to dark for me. But this guy is amazing.

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-01 19:07:46 UTC
**Body** Whew those bad vibes again lol

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-01 19:08:02 UTC
**Body** Right?!

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-01 19:27:58 UTC
**Body** 

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-01 19:43:40 UTC
**Body** Reacted 🔥 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-01 19:44:26 UTC
**Body** I officially have a pogo, patches, goodbye pogo, a sad sap, Hitler, and a Dillinger, and one off JFK officially on the way as well 🔥🔥

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-01 19:45:02 UTC
**Body** Stopppppp 🔥🔥 I dislike you so much

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-01 19:45:07 UTC
**Body** Reacted 🔥 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-01 19:45:31 UTC
**Body** One day I'll definitely trade a piece of you want! 🔥🔥

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-01 19:45:34 UTC
**Body** *if

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-01 20:07:18 UTC

**Body**
It would be a grail item for me. You have no idea lol

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-01 20:08:20 UTC
**Body** I can definitely make it happen. 🙌 next pogo that comes up I'll snag it and sit on it for a time you prefer trade to cash 🙌

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-01 20:11:49 UTC
**Body** You're the best

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-01 20:14:33 UTC
**Body** 🙌

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-09 07:39:33 UTC
**Body** Hey hey! Just touching base on if any goodies in the pipeline soon. I'm opening a shop (currently stockpiling stuff) and would love to create some plastinate/wax injection pieces for display, as well as make sure I'm not broke as hell when things come in 🙌 Also I may be paring with a Gacy, it's not a pogo but one of his other clown pieces, far more rare and has an original notarized bill of sale from the guy who Gacy left the rights to his estate after his execution. So it's being that it would have came from his sell, it's one of the last pieces he would have done. Would be open to trade if it's of interest 🙌

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-09 07:39:54 UTC
**Body** *parting

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-09 07:40:13 UTC
**Body** *cell

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-09 07:40:25 UTC
**Body** Good Christ typos 🙌

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-09 16:51:42 UTC
**Body** Jesus I read this earlier and forgot to reply because I'm habitually late in the morning. So far I haven't heard anything about any medicals, but then again he's never in any rush to bring them over here so it's always on his time unfortunately. We've actually been super slow the last 2 weeks so we've barely had any bodies come through. It's always slow this time of year. Once it starts getting real hot, they'll drop like flies. I am still super interested in a gacy painting so I'll keep that in mind for sure!

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-09 17:52:09 UTC
**Body** Good deal! I'll hang on to it then! Wanted to touch base before offering it to anyone else since I figured it be a win win. What is life these days? 🙌

**Author** Candace Scott (Facebook: 100079442679462)

**Sent**

    2022-05-09 17:52:50 UTC

**Body** Just chaotic and flying by quicker as I get older lol

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)

**Sent** 2022-05-09 17:53:11 UTC

**Body** Same. Couldn't have said it better 😂😂

**Author** Candace Scott (Facebook: 100079442679462)

**Sent** 2022-05-11 17:16:42 UTC

**Body** Heart just dropped into the pit of my ass just now when I get back to work and realize yesterday while I had to take a 5 hour trip, they burned 5 medical bodies throughout the night 😭😭😭😭😭😭😭

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)

**Sent** 2022-05-11 17:17:14 UTC

**Body** Oh no! Will there be more?! 😩😩

**Author** Candace Scott (Facebook: 100079442679462)

**Sent** 2022-05-11 17:17:34 UTC

**Body** I'm sure there will but man that fucked me up. 😩😩

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)

**Sent** 2022-05-11 17:17:52 UTC

**Body** That sucks 😩😩

**Author** Candace Scott (Facebook: 100079442679462)

**Sent** 2022-05-11 19:26:58 UTC

**Body** Aspirating brains from big suicide dummies

**Author** Candace Scott (Facebook: 100079442679462)

**Sent** 2022-05-11 19:27:03 UTC

**Body** You sent a photo.

**Attachments**

    **Type** image/jpeg

    **Size** 1122641



**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-11 19:27:27 UTC
**Body** That's wild! So it's like mush and has to be sucked out?

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-11 19:29:22 UTC
**Body** Well he made it into mush and to prevent leakage in his casket, I'm gonna try to suck all i can out and then sew the hole since it's so big.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-11 19:30:10 UTC
**Body** It's so amazing what you do! I learned something new 🙂🙂

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-11 19:56:43 UTC
**Body** I might have a heart that's perfectly cut in half

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-11 19:57:01 UTC
**Body** 🙂🙂

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-11 19:59:20 UTC
**Body** Interest in a liver? It's beautifully preserved with not a mark on it

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-11 20:10:05 UTC
**Body** Oh absolutely!

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-11 20:47:08 UTC
**Body** Alright I got a liver and a heart cut in half for ya!

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-11 20:47:35 UTC
**Body** 🙂🙂🙂🙂🙂🙂🙂

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-11 21:37:03 UTC
**Body** You sent a photo.
**Attachments**
**Type** image/jpeg
**Size** 250335



**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-11 21:37:13 UTC
**Body** Super fatty heart

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-11 21:37:43 UTC
**Body** Beautiful!

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-11 21:37:50 UTC
**Body** That liver is pristine!

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-11 21:38:30 UTC
**Body** It is! And it's got the gall bladder attached too!

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-11 21:38:56 UTC
**Body** Sweeeeeeet!!!!! More in the pipeline or want to square up today?

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-11 21:39:28 UTC
**Body** Don't know about any others yet but we never really know for sure anyway. We can square up if I get some more goodies this week.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-11 21:39:44 UTC
**Body** Perfect!

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-11 21:39:53 UTC
**Body** I'll go ahead and box these for shipping so I don't shove so much in one box

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-11 21:40:52 UTC
**Body** Works for me 🤙🏻

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-11 21:42:57 UTC
**Body** Finally starting to get busy again and I'm on call tomorrow night so I will see what I can nose around and find.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-11 21:45:03 UTC
**Body** Sweet! I got big ideas for shop displays 🤙🏻

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-11 21:47:51 UTC
**Body** One of these days I will come to see the shop/museum/weirdo

palace. 🏰

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-11 21:49:04 UTC
**Body** I'd love that! Planning something huge for Gettysburg to really put a shop on the map! Combined with the annual event, I'm planting my flag in the area 😈

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-11 21:49:50 UTC
**Body** Also I will pay extra to have any heads/bisected heads/hands overnighted. Just because if for some reason the package gets damage we don't need them find info that 🤷

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-11 21:51:47 UTC
**Body** Man, this body has a bisected head but I didn't have my saw with me and our manager was the one on call tonight or I could have pulled it off

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-11 21:52:18 UTC
**Body** We have a lady that's already embalmed and waiting to be cremated, I could probably snag her hands if it's the right moment.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-11 21:52:44 UTC
**Body** Dammit 😭 those are my favorites for wax injection and labeling

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-11 21:52:51 UTC
**Body** Oooooooooooo😍😍

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-11 21:53:50 UTC
**Body** Well it's looking like the students are learning about the muscles more this semester because the body was literally skinned.

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-11 21:54:13 UTC
**Body** There was a huge bag of skin but they cut it up so small. It wasn't tan worthy

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-11 21:54:32 UTC
**Body** Dissected bits make my job easier for wax injection so that's actually great! Dammit about the skin though 😭

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-11 21:54:56 UTC
**Body** I wish I could send you the whole fuckin skilled skeleton 😭😭

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-11 21:55:00 UTC
**Body** Skinned

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-11 21:55:19 UTC
**Body** I'd be all over it if possible 😍😍

**Author**
    Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-11 21:55:37 UTC
**Body** This guy got embalmed in 2017 so he held up real well. Especially that liver

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-11 21:56:19 UTC
**Body** Holy hell I'd say so! That thing is amazing!

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-11 21:56:58 UTC
**Body** His lungs I can't say the same for. He smoked those poor things to death. They were horribly black. Probably the worst I've ever seen.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-11 21:57:56 UTC
**Body** I love smokers lungs lol! I only have one. 🫁

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-11 21:58:34 UTC
**Body** Man these were so shrunk up and in horrible shape. He was fucked as far as breathing is concerned 🫁

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-11 21:59:12 UTC
**Body** Reacted 🫁 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-11 21:59:30 UTC
**Body** They can't all be winners I guess 🫁

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-11 21:59:58 UTC
**Body** Surely makes me glad I quit the cigarettes almost a year ago lol.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-11 22:00:29 UTC
**Body** I need to quit again 🫁

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-11 22:01:18 UTC
**Body** I just decided one day during the middle of my work day. Dropped it like it was nothing and I smoked for 20 years straight. Best thing I ever did.

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-11 22:02:41 UTC
**Body** I meant to ask you, do you currently have any tarantulas? I can't remember if you did or not

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-11 22:03:35 UTC
**Body** Reacted ❤ to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-11 22:03:53 UTC
**Body** My daughter do until recently. Old boy passed away

**Author**
    Candace Scott (Facebook: 100079442679462)
   **Sent** 2022-05-11 22:04:17 UTC
  **Body** Mature male?

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
   **Sent** 2022-05-11 22:04:44 UTC
  **Body** Yeah he was older when we got him

**Author** Candace Scott (Facebook: 100079442679462)
   **Sent** 2022-05-11 22:05:05 UTC
  **Body** I just got a sling and I'm fucking terrified to kill it 🫣

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
   **Sent** 2022-05-11 22:05:18 UTC
  **Body** Reacted 🫣 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
   **Sent** 2022-05-11 22:05:54 UTC
  **Body** As long as it's atmosphere is good, you'll be fine 🙂

**Author** Candace Scott (Facebook: 100079442679462)
   **Sent** 2022-05-11 22:06:44 UTC
  **Body** It's nice and arid as he likes so we shall see how it goes. Keeping these fuckin roaches alive is a whole other ballgame

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
   **Sent** 2022-05-11 22:07:16 UTC
  **Body** Lmfao!!!! Never dealt with them. That bad?

**Author** Candace Scott (Facebook: 100079442679462)
   **Sent** 2022-05-11 22:08:04 UTC
  **Body** They are dubia roaches and the little assholes play dead. They honestly freak me out more than the spider, who I have a healthy fear of

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
   **Sent** 2022-05-11 22:09:16 UTC
  **Body** Reacted 😂 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
   **Sent** 2022-05-11 22:09:29 UTC
  **Body** I love bugs lol! 🐛

**Author** Candace Scott (Facebook: 100079442679462)
   **Sent** 2022-05-11 22:11:30 UTC
  **Body** I love bugs too, I got the spider to further escape my fear I've had my whole life. And I love the little shit. 🕷️

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
   **Sent** 2022-05-11 22:11:47 UTC
  **Body** Reacted ❤ to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
   **Sent** 2022-05-11 22:12:22 UTC
  **Body** They can be great pets! I want a Goliath but ███████ says no because their mean bastards 😂

**Author** Candace Scott (Facebook: 100079442679462)

**Sent**

2022-05-11 22:21:31 UTC

**Body** You're fuckin right they are. Plus kicking those hairs? No sir.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-11 22:22:44 UTC
**Body** Yeah I've been bit by one before as well. Shit was NO fun

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-11 22:24:05 UTC
**Body** WHEWWWWW, and they don't even have significant venom. 🫠

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-11 22:24:25 UTC
**Body** It felt like the worst wasp sting in the world 😅

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-11 22:25:05 UTC
**Body** Those fangs are over an inch long. I fuckin bet it did

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-11 22:25:39 UTC
**Body** Right in the hand too 😅 swelled like an eggplant for a few hours lol!

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-11 22:25:54 UTC
**Body** Yikes. Was it an adult?

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-11 22:26:53 UTC
**Body** I don't see myself ever holding my tarantula. They are too hair trigger and if it runs, I'm likely to have a natural terrified reaction. We have a mutual respect for each other and keep our distance. 😅

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-11 22:27:12 UTC
**Body** Reacted 😅 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-11 22:27:49 UTC
**Body** Yup, full grown female. Just over a foot leg span. And oh yeah they are fucking QUICK when they want to be.

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-11 22:28:34 UTC
**Body** Omg I bet she was a monster of a spider. Holy shit

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-11 22:30:02 UTC
**Body** Oh yeah. She was usually pretty chill, but sometimes would try and take off. Used to scare the shit of me when she's bolt. Another one a I had years ago was a blue cobalt. Gorgeous species. Mean as fuck. Would bite anything you stuck in the tank when it wasn't burrowed hiding.

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-11 22:31:40 UTC
**Body** I have a green bottle blue. There is no fuckin way I'm getting an old world 😅

**Author**
Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-11 22:31:53 UTC
**Body** Reacted 🥰 to your message

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-12 22:24:28 UTC
**Body** Ok so you want the smokers lungs? A kidney? Maybe a bisected head with half a brain? I may be able to pull it off today.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-12 22:25:25 UTC
**Body** Yes to all of it 🙌

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-12 22:31:36 UTC
**Body** I'll see what I can get off him. Also can go through another bag of skin I found. 🤪

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-12 22:32:27 UTC
**Body** Ooooooooooo!!!!!!!! Yay! Feels like Christmas! 🤣

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-12 22:33:07 UTC
**Body** I only have the one body that we never got around to cremating yesterday because we had so many others ahead of it.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-12 22:33:35 UTC
**Body** I'm not complaining, I'll take what I can get lol!

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-12 23:24:28 UTC
**Body** I forgot my damn saw again, but I found another saw in this toolbox we have up here so I'm gonna wing it 🤪

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-12 23:24:40 UTC
**Body** 🤣🤣🤣🤣🤣🤣

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-12 23:24:50 UTC
**Body** If not there's some bolt cutters and I know those bad boys will cut

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-12 23:25:15 UTC
**Body** This makes my day for so many reasons 🥰

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-12 23:25:37 UTC
**Body** If only a fly on the wall could see this

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-12 23:25:57 UTC
**Body** Reacted 🤣 to your message

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-12 23:30:25 UTC

**Body**

Ah shit my coworker has an angular saw, it's on now. 🔪🔪🔪🔪🔪

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-12 23:30:55 UTC
**Body** ████████████████████████████████
🔪🔪🔪🔪🔪🔪

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-12 23:31:57 UTC
**Body** I wish I were joking

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-12 23:31:59 UTC
**Body** You sent a photo.
**Attachments** ████████████████████████

**Type** image/jpeg
**Size** 404443



**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-12 23:32:28 UTC
**Body** Reacted 🥰 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-12 23:32:43 UTC
**Body** Omg 😭😭😭😭😭😭😭 that's awesome though!

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-12 23:32:56 UTC
**Body** We are real fuckin special up here, that's for sure 😂😂

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-13 01:41:39 UTC
**Body** Alright that was half a disaster but I got half a brain, 2 smoker lungs, one kidney, one lower pubic chunk of skin with peen and sack attached, 2 larger pieces of skin, and one smaller piece with a nip

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-13 01:41:57 UTC
**Body** That saw was not strong enough for bone unfortunately

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-13 01:53:18 UTC
**Body** Oooooo! A nip! 😍😍shame about the saw 😭😭 but I'll take it all! Super stoked!!!!

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-13 01:57:34 UTC
**Body** I'll remember to keep my saw you got me in my car now for next time.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-13 01:58:17 UTC
**Body** Reacted ❤ to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-13 01:59:05 UTC
**Body** Just let me know when you think you want to square up and I'll keep my fingers crossed for more goodies 😍😍

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-13 02:02:05 UTC
**Body** If they are starting to come now, that's a good sign for more to come. How about $850 for the lot of a heart, 2 lungs, half a brain, 1 kidney, 1 liver, 1 peen, and the skin pieces with shipping included.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-13 02:02:29 UTC

**Body**
Can do! I'll send it over! 📦📦

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-13 02:03:11 UTC
**Body** I'm off tomorrow at 7 so I'll get some rest and then box everything up in the afternoon!

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-13 02:04:10 UTC
**Body** Works for me! Just send money over 📦📦

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-13 02:04:30 UTC
**Body** Pleasure being back in business 📦📦

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-13 02:04:37 UTC
**Body** Same 📦📦

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-16 23:55:59 UTC
**Body** If all goes according to plan, I'm shipping out tomorrow!

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-16 23:57:07 UTC
**Body** All good! Just made some good sales, so I have money to burn this week if anything comes in 📦📦

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-17 00:05:53 UTC
**Body** Since we've moved, we are by this little podunk post office who's hours are literally 8:17 in the morning until 12:11 pmI don't know what drugs they're on over there but that shit must be potent. So since I'm off tomorrow I'm using a real post office 📦📦

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-17 00:06:56 UTC
**Body** Lmfao!!! Got to love those small town ones! Dealt with that before!

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-17 00:07:23 UTC
**Body** I'm just so confused on the times that I can't even bring myself to walk in there.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-17 00:24:13 UTC
**Body** Reacted 😂😂 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-17 00:24:22 UTC
**Body** Yeah that's super fucking odd 📦📦

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-18 20:12:02 UTC
**Body** You ever dealt with ███████?

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-18 20:12:10 UTC

**Body**

You sent a photo.

**Attachments**





**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
  **Sent** 2022-05-18 20:12:58 UTC
  **Body** Doesn't ring any bells. 🫤🫤

**Author** Candace Scott (Facebook: 100079442679462)
  **Sent** 2022-05-18 20:13:30 UTC
  **Body** She was a mutual friend so I wanted to check. I'm buying a strung boa vertebrae from her and wanted to make sure she wasn't being scammy lol

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
  **Sent** 2022-05-18 20:14:37 UTC
  **Body** Yeah never heard of her, but hope it works out! I'd check to see if she has other sales posts in the groups to see how long she's been active. And definitely goods and services for payment 🫤🫤

**Author** Candace Scott (Facebook: 100079442679462)
  **Sent** 2022-05-19 23:41:16 UTC
  **Body** You sent a photo.
**Attachments**
          **Type** image/jpeg
          **Size** 221764



**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-19 23:41:36 UTC
**Body** Ready to rock tomorrow finally. Now send me your address again because my lizard brain can't remember

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-20 00:04:50 UTC
**Body** Sweeeet! It's
Jeremy Pauley
█████████████
Enola, Pa. 17025
🙌🙌

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-20 00:05:41 UTC
**Body** Sorry for the greasy ziplocs. That fuckin skin was no joke this time. 🙄🙄

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-20 00:06:28 UTC
**Body** Lol! Oh yeah, a few pieces last time were fun trimming 😅😅 but I can handle it 😄😄

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-20 00:08:12 UTC
**Body** I'll tell the medical students to do better

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-20 00:28:22 UTC
**Body** Reacted 😂😂 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-20 00:28:48 UTC
**Body** It's okay keeps me busy 😄😄

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-21 15:24:37 UTC
**Body** Goodies will arrive Tuesday!

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-21 15:24:52 UTC
**Body** Fuck yeah! 🙌🙌

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-27 04:40:12 UTC
**Body** So I just got a nice working capital loan for the shop. Anything in the pipeline? I can buy a whole cadaver 😈😈😈😈😈

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-27 17:17:12 UTC

**Body** You tell me how to get away with that shit and you got it. 🤣🤣

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-27 17:17:25 UTC
**Body** 😂😂😂😂😂

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-27 17:17:35 UTC
**Body** On my way to go pick up a cadaver right now so I'm gonna scrounge around in it before I get back to work 🤣🤣

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-27 17:18:25 UTC
**Body** Sweeeeeeeeet! I have until June first to use up the working capital before they take it back 😅😅

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-27 17:19:22 UTC
**Body** It's crunch time of saving to buy a house so I feel you 🤣🤣

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-27 17:19:43 UTC
**Body** I can certainly help with that 😁😁

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-27 19:42:13 UTC
**Body** I got some goodies but not too many on this one. I think he embalmed shitty. His brain literally was like jello in my hand and smelled awful. I got a kidney, liver, nice looking lung, and I forgot what else. I'll look when I get home 🤣🤣

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-27 19:42:29 UTC
**Body** Reacted 😂😂 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-27 19:42:36 UTC
**Body** Excellent! 😁😁

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-27 19:42:37 UTC
**Body** Oh and his heart. It's been partially dissected but still in one piece.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-27 19:42:41 UTC
**Body** Reacted ❤ to your message

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-27 19:43:01 UTC
**Body** I was at the gas station looking like a fucking lunatic in the back of that van I'm sure

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-27 20:04:38 UTC
**Body** I also got to see the Gross Anatomy lab and when I say that they have literally 50 or more bodies they are working on currently that will all be needed for cremation at some point soon, I'm being serious 🤣🤣

**Author**
Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-27 20:09:10 UTC
**Body** Holy shit!!!!! Well you know me, I'll take it all 🫶 you'll have a down payment on a house in no time lol!

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-27 20:10:02 UTC
**Body** Well I don't know how far along they are on being cut up because they are all under huge aluminum domes, but I for damn sure counted at least 50 encasements.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-27 20:26:24 UTC
**Body** Reacted ❤ to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-27 20:26:32 UTC
**Body** I'll be ready when they are 🫶

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-27 20:28:44 UTC
**Body** I'm waiting very impatiently lol

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-27 20:30:02 UTC
**Body** Reacted 🫶 to your message

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-28 00:05:37 UTC
**Body** Oh fuck I forgot. I got what I believe is a fully in tact trachea! I'll send a pic tomorrow for your verification because I took a work van home tonight since I'm on backup at work.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-28 00:05:57 UTC
**Body** Oh nice! Yeah I'd love to see!

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-28 00:06:49 UTC
**Body** It's beautifully dissected of all the skin so it's just solid cartilage and almost mummified.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-28 00:07:04 UTC
**Body** Ooooooo! That sounds interesting! 🫶

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-28 00:07:26 UTC
**Body** I saw it floating around in there and snatched it up. 🫶

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-28 00:07:47 UTC
**Body** Reacted ❤ to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-28 00:07:57 UTC
**Body** This is why you're the best! 🫶

**Author**

Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-28 00:08:25 UTC
**Body** My husband says the same so I am honored ☐☐

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-28 00:08:43 UTC
**Body** Reacted ❤ to your message

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-28 18:00:35 UTC
**Body** Whatcha think? Trachea?

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-28 18:00:38 UTC
**Body** You sent 3 photos.
**Attachments** ██████████████████████████████

image/jpeg
**Size** 734253





image/jpeg
**Size** 908825

Meta Platforms Business Record                    Page 5438



**Type** image/jpeg
**Size** 616683



**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-28 18:01:01 UTC
**Body** 100%!

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-28 18:01:18 UTC
**Body** Yessss my anatomy knowledge hasn't completely gone to shit after all these years 😂😂

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-28 18:01:27 UTC
**Body** Reacted 😂😂 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-28 18:01:42 UTC
**Body** It's so wicked looking!

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-28 18:02:06 UTC
**Body** It is super mummified from the way the texture is, I would say.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-28 18:02:28 UTC
**Body** It'll make a good mount 😍😍

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-28 18:03:14 UTC
**Body** So I have a kidney, lung, liver, heart, the trachea, and a small cut section of calvarium with his hair still attached.

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-28 18:03:30 UTC
**Body** I grabbed that piece of skull because it looked super cool.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-28 18:04:30 UTC
**Body** Oh yay!  I'll take it of course  😍😍definitely still looking for brains, heads and hands still if anything pops up 😍😍

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-28 18:05:08 UTC
**Body** They almost detached the head and it would have been mine but I was in a crunch at the gas station. 😭😭

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-28 18:05:19 UTC
**Body** Reacted 😂😂 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-28 18:05:41 UTC
**Body** I want your job 😂😂

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-28 18:06:13 UTC
**Body** Come on and get these 60-70 hour weeks, I won't even fight you

on it 🙃🙃

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-28 18:06:48 UTC
**Body** Reacted 🙃🙃 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-28 18:06:55 UTC
**Body** Fair 🙃🙃

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-28 18:14:20 UTC
**Body** Alright so wanna do $800 shipping included?

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-28 18:18:22 UTC
**Body** You got it! Payment incoming!

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-28 18:19:37 UTC
**Body** And sent! 🙃🙃

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-28 18:21:24 UTC
**Body** I'll get everything boxed up either tonight or tomorrow night and *hopefully* send it out Monday, but we both know who I am as a person so it may be Tuesday.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-28 18:22:18 UTC
**Body** Monday is memorial days so Tuesday but no rush you're good! 🙃🙃

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-28 18:22:58 UTC
**Body** Lmaooo that makes me so happy. What even is a holiday 🙃🙃

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-28 18:23:08 UTC
**Body** Reacted 🙃🙃 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-28 18:23:31 UTC
**Body** Anything else pops up let me know. ANYTHING 🙃🙃

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-28 18:27:17 UTC
**Body** I'm about to start cutting off parts before I cremate, putting them in the freezer and shipping them 🙃🙃

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-28 18:27:30 UTC
**Body** 🙃🙃🙃🙃🙃🙃

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-28 18:27:42 UTC
**Body** I know nothing 🙃🙃

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-28 18:28:24 UTC

**Body** Feet and hands I could definitely do that with though 🦶🖐

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-28 18:28:41 UTC
**Body** I'll take 'em 🖐🖐

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-28 18:29:56 UTC
**Body** God why do I want a mounted articulated hand so bad 😩😩

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-28 18:30:01 UTC
**Body** Reacted 😂😂 to your message

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-28 18:30:09 UTC
**Body** Preferably holding up a middle finger

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-28 18:31:11 UTC
**Body** Brightside studios just did one lol! I'm open for anything though. My other major hookup was out sick with Covid and missed an entire semester of cadavers 😩😩

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-28 18:33:31 UTC
**Body** That is tragic, so I'm the one to depend on here eh? Lol

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-28 18:35:03 UTC
**Body** Yup! Lol! I have two other people and that's I keep stuff, or sell stuff due to the volume, one just retired and the other got sick. 😩😩

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-28 18:44:54 UTC
**Body** Oh noooooo

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-28 18:45:34 UTC
**Body** Yeah. 😩😩 so you're my savior 🙏🙏

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-28 18:48:40 UTC
**Body** I'm always glad to help. I can always use money help as a poor mortician lol

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-28 18:49:07 UTC
**Body** And I'll always buy so we are in good shape 🙌🙌

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-28 18:49:39 UTC
**Body** Like how big is your fuckin house though? 😂😂

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-28 18:50:27 UTC
**Body** Not big. Hence why I want to buy a Victorian. Between stock and personal collection it's terribly cramp and looks like a hoarders

paradise 🔥🔥

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-28 18:52:10 UTC
**Body** That's not a hoard if it's useful. It's those fuckers I walk into their house and they're dead in the back room and we can't even walk down the hallway because of all the trash and shit in the floor. You have an organized hoard.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-28 18:53:49 UTC
**Body** True lol! I manage to consolidate things pretty well . My entire basement is just bones, skulls, and wet specimens for sale, now along with totes of antiques for the shop, and the first floor is all collection but definitely running out of space. Even wall space at this point with the Gacy collection getting out of hand 🤣🤣

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-28 18:54:26 UTC
**Body** I am obsessed with the gacy collection, don't you dare lol

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-28 18:54:37 UTC
**Body** Reacted 😂😂 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-28 18:55:04 UTC
**Body** Number 10 is on the way! The sex skull painting

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-28 18:55:14 UTC
**Body** Jeremy Lee sent a photo.
**Attachments** ███████████████████████
**Type** image/jpeg
**Size** 83570



**Author**
Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-28 18:58:15 UTC
**Body** Just finally hung them all up this week 😍😍

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-28 18:58:23 UTC
**Body** Jeremy Lee sent a video.
**Attachments** ████████████████████)
**Type** video/mp4



**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-28 18:58:50 UTC
**Body** That is fucking amazing

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-28 18:59:23 UTC
**Body** Drawing women like he even liked them. Bye, John. 😂😂

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-28 18:59:33 UTC
**Body** Thank you! Used out on a few recently because it just wasn't in the card financially but luckily I snagged the sex skull cause that's a tough one to find

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-28 18:59:35 UTC
**Body** Reacted 😂😂 to your message

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-05-28 19:00:10 UTC
**Body** Man the clown ones are it though

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-05-28 19:00:22 UTC
**Body** Oh yeah! My favorites!

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-06-07 02:14:52 UTC
**Body** Hi. I'm just writing to say I'm a terrible person who hasn't boxed or shipped anything yet. But I'm off tomorrow and that's on my to do list 😅😅

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-06-07 02:15:09 UTC
**Body** Reacted 😂😂 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)

**Sent**

2022-06-07 02:15:38 UTC
**Body** Lol! No worries! It's all shop and project stuff so no real rush! Anything else in the pipeline? ☐☐☐☐

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-06-07 02:28:48 UTC
**Body** Nothing yet but then again I never know lol

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-06-07 02:55:34 UTC
**Body** Reacted ☐☐ to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-06-07 02:56:13 UTC
**Body** That's fair lol! Just got more polymer in so excited to plastinate a half head one day! ☐☐

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-06-14 07:54:55 UTC
**Body** How's the packing coming? ☐☐

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-06-14 18:02:00 UTC
**Body** Great! It's all packed I just forgot it when I came to work today ☐☐☐☐♀ I'm off tomorrow so I'm going by the app then!

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-06-14 18:02:37 UTC
**Body** PO*

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-06-15 22:26:24 UTC
**Body** Should be there Saturday!

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-06-16 00:39:32 UTC
**Body** Oh sweet! Sorry I missed the other message it's been a madhouse here ☐☐

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-06-16 00:40:10 UTC
**Body** Listen, I've worked 48 of the last 72 hours. I don't even know what day it is. ☐☐

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-06-16 07:20:24 UTC
**Body** Reacted ☐☐ to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-06-16 07:20:39 UTC
**Body** Good Christ!!!! When do you sleep?! ☐☐

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-06-16 12:48:04 UTC
**Body** I don't. It all blurs together. It's the twilight zone for sure.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-06-16 18:45:51 UTC

**Body**
My god woman. Your going to run yourself into the ground!

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-06-16 18:58:28 UTC
**Body** I make up for it every other weekend when I'm off and sleep through the whole thing. 🤣🤣

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-06-16 18:59:22 UTC
**Body** Reacted 🤣🤣 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-06-16 18:59:29 UTC
**Body** You are a robot 🤣🤣

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-06-16 19:16:41 UTC
**Body** I feel like described me pretty  well 🤣🤣

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-06-16 19:16:47 UTC
**Body** Reacted 🤣🤣 to your message

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-06-18 20:25:49 UTC
**Body** You absolutely won't believe what I did. It's a personal best for me. I mailed your package to myself. I just found it in the mailbox. I guess I was so tired the other day when I went to the post office that I literally sent myself the package for $23. 🤦‍♀️🤦‍♀️🤦‍♀️🤦‍♀️ Needless to say, Monday it'll be going to the correct address.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-06-18 21:54:51 UTC
**Body** 😂😂😂😂😂 no worries! You overwork yourself!

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-06-18 23:58:19 UTC
**Body** Mannn, but that's a new low on tired for me. I was like wtf is this? Then saw my writing 🤣🤣

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-06-19 01:32:15 UTC
**Body** Reacted 🤣🤣 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-06-19 01:32:47 UTC
**Body** You need a vacation lol! You work to hard 🤣🤣

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-06-19 01:32:58 UTC
**Body** I just had one in April 🤣🤣🤣🤣🤣

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-06-19 01:33:02 UTC
**Body** Reacted 🤣🤣 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-06-19 01:33:48 UTC

**Body**
Well god damn 🤣 hope you making bank for how much work they have you doing! Those hours sound fucking horrendous!

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-06-19 02:02:31 UTC
**Body** Definitely don't get paid enough but that's life 🤣

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-06-19 02:02:36 UTC
**Body** Reacted 😂 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-06-19 02:03:13 UTC
**Body** This is true 🤣 fucking inflation isn't helping either 🤣

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-06-19 02:09:30 UTC
**Body** We get paid more than the majority of funeral directors/embalmers, but our boss is still cheap when it comes to the insane prices of things right now. 🙄

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-06-19 02:09:49 UTC
**Body** He's a multi millionaire with no kids so he needs to cough it up.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-06-19 02:09:54 UTC
**Body** Reacted 😂 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-06-19 02:10:42 UTC
**Body** ███ can't wait to graduate but I told her it's crazy hours if she expects to make a living. She's determined though. So I'll just keep slinging the dead 😂

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-06-19 02:11:50 UTC
**Body** Tell her just to be a trade embalmer, I'm absolutely sure you make a good amount of money doing what you do.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-06-19 02:13:55 UTC
**Body** Depends on the month 🤣 but That's why I'm going all into just opening a store so o can expand what I sell. Going bankrupt hoarding stock. Always buying never selling anything. Definitely has put the pinch on me but hoping it's for the best in the larger scheme of things. Plus the convention, and working on a tv pilot after the documentary airs. Always grinding 😂

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-06-19 02:14:46 UTC
**Body** I would DIE to shop in that store when it opens. We don't have a single oddities shop in the state of Arkansas.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-06-19 02:14:55 UTC
**Body** Reacted 😂 to your message

**Author**  Candace Scott (Facebook: 100079442679462)
**Sent**  2022-06-19 02:15:53 UTC
**Body**  The south is not big on shit that people think is part of the occult. We are in the Bible Belt and it fucking sucks.

**Author**  Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent**  2022-06-19 02:16:02 UTC
**Body**  What? Really?! That's so weird. I figured there would be something. And you'll have to come make a visit! I'm going for the true old world curiosity shop feel. Trying to shy away from the basic shit I see at every shop/booth

**Author**  Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent**  2022-06-19 02:16:14 UTC
**Body**  Ah that's true. 😂😂

**Author**  Candace Scott (Facebook: 100079442679462)
**Sent**  2022-06-19 02:16:45 UTC
**Body**  Me and █████ want to make a northeast road trip one day. We want to see NYC, Boston, Philly, and go see Stephen King's house in Maine.

**Author**  Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent**  2022-06-19 02:16:54 UTC
**Body**  Reacted ❤ to your message

**Author**  Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent**  2022-06-19 02:17:19 UTC
**Body**  Did you visit the Mutter while in Philly? All the Wagner is in Philly and it's fucking enormous!

**Author**  Candace Scott (Facebook: 100079442679462)
**Sent**  2022-06-19 02:17:52 UTC
**Body**  I haven't been up there yet. Farthest north I've ever been is Chicago 😂😂

**Author**  Candace Scott (Facebook: 100079442679462)
**Sent**  2022-06-19 02:18:13 UTC
**Body**  █████ has been to nyc and he said it's so peopley that he was uncomfortable 😂😂

**Author**  Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent**  2022-06-19 02:18:21 UTC
**Body**  When you make it to Philly I can tell you all the best spots to visit!

**Author**  Candace Scott (Facebook: 100079442679462)
**Sent**  2022-06-19 02:18:51 UTC
**Body**  Little Rock only has 200,000 people and I want to road rage on everyone here. I can't imagine 8 million in one place.

**Author**  Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent**  2022-06-19 02:19:01 UTC
**Body**  Reacted 😂😂 to your message

**Author**  Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent**  2022-06-19 02:19:25 UTC
**Body**  Yeah I lived in NYC for a few years a ways back. Back when Hell's Kitchen was still scary. Definitely do not care for the city life. The

subways are a fucking nightmare 🚇🚇 and fuck even trying to drive anywhere

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-06-19 02:19:57 UTC
**Body** I don't like people that much to ever live in that big a city. We go to Dallas a lot and it's overwhelming sometimes 😂😂

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-06-19 02:20:05 UTC
**Body** Reacted 😂😂 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-06-19 02:20:11 UTC
**Body** I fully understand this 😂😂

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-06-19 02:20:23 UTC
**Body** I've been to LA and never again.

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-06-19 02:20:54 UTC
**Body** I don't know HOW anyone gets to work on time there. It's absolutely insane.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-06-19 02:21:07 UTC
**Body** Same 😂😂😂😂😂 just once. Big nope hahahaha!

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-06-23 23:51:55 UTC
**Body** Did you get the package? I've been so busy this week I forgot to ask. 🙄🙄

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-06-23 23:52:13 UTC
**Body** Yup! Came today safe and sound! 🙌🙌

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-06-23 23:52:36 UTC
**Body** Good!

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-06-23 23:52:41 UTC
**Body** 🙌🙌

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-06-25 16:34:19 UTC
**Body** So I figured out why we have to wait so long for bodies from UAMS.

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-06-25 16:36:53 UTC
**Body** So ████ said he had like 30-36 bodies that needed to be cremated up there. Well, the head doctor of the program is like a body hoarder and requires 3 different types of classes to look through the bodies before he will even think about releasing them for cremation. ████ said he will literally drag it on forever which makes it difficult for him to set up for the new semester coming up in august. Basically he's about to send 4 bodies a day to us once

he's gets the go ahead from the head doctor of the program. So that's why we always have to wait so long lol. Not by ████ choice for sure

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-06-25 19:13:38 UTC
**Body** Lol! Makes sense! Super cool that you find out though! You know I'm ready 🙏🏻

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-06-25 21:09:34 UTC
**Body** I am so ready. 🙏🏻

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-06-26 01:45:04 UTC
**Body** Reacted 🙏🏻 to your message

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-06-30 16:48:29 UTC
**Body** Got some bodies today. Looting them as soon as I can sneak over to them 🙏🏻

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-06-30 17:16:37 UTC
**Body** This is actually great news. I'm going through some serious shit, and need anything to make extra money. I'll have you send stuff to a different address but I'll be ready to go soon as you are.

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-06-30 17:19:09 UTC
**Body** Oh fuck you alright?

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-06-30 17:20:46 UTC
**Body** Working on it. Out of no where I woke up to ████ gone, all my accounts she had access to wiped out, and three days later I was served with a pfa to get removed from the house I pay for. Was only allowed to take my necessities. So it's been a horrible few days. Hearing next Wednesday to try and get it dismissed and just move on with divorce.

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-06-30 17:21:56 UTC
**Body** Oh hell no. Do I need to beat some ass?

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-06-30 17:22:06 UTC
**Body** Reacted 😂 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-06-30 17:24:29 UTC
**Body** I'm going to do things the right way, hopefully just get it dismissed go home and sit her down and just tell her let's just do this the easy way and move on. I'm angry and hurt, but for my daughters sake I just want it all done and over with. Had to redirect some packages mid transit, just so I have a means to make money in case I have to find a new place to live. But I have good people in my corner helping out until I can get my flow going again. 🙏🏻

**Author**
Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-06-30 17:26:25 UTC
**Body** So I'll take everyone you get 🙏🏻

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-06-30 17:26:29 UTC
**Body** Everything

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-06-30 17:27:02 UTC
**Body** Listen you know you can always put shit on credit with me while you figure this out. She burned some real fuckin bridges with you and a lot of other people doing that shit. Not cool.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-06-30 17:27:15 UTC
**Body** Reacted ❤ to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-06-30 17:28:25 UTC
**Body** Yeah, it's weird. I never saw it coming. It's not like we even had a fight or something the day before. I appreciate it! Hopefully it won't be long before I'm back up and running. To many things in the works that this is going to inconvenience so I'm just going full business mode.

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-06-30 17:29:29 UTC
**Body** Women be wildin out for no reason. I assure you because I am one. 🤣🤣

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-06-30 17:30:16 UTC
**Body** Reacted 🤣🤣 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-06-30 17:30:47 UTC
**Body** She's had her moments 🤣🤣 but never like this. Still reeling from it all I guess. 🤷🏻

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-06-30 17:31:57 UTC
**Body** It's a shitty thing to do. Ghosting someone is worse than actually finding out what you did so wrong. She has a lot of nerve stealing money that you worked hard for.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-06-30 17:32:30 UTC
**Body** Exactly 💯💯

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-06-30 17:36:00 UTC
**Body** I'm sorry. This really sucks.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-06-30 17:40:45 UTC
**Body** Thank you. I appreciate the ear 🙏🏻

**Author**
Candace Scott (Facebook: 100079442679462)
**Sent** 2022-06-30 17:42:31 UTC
**Body** Anytime you know that. Business partners and friends go hand in hand with me.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-06-30 17:42:45 UTC
**Body** Reacted ❤ to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-06-30 17:42:55 UTC
**Body** Likewise!

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-06-30 17:58:24 UTC
**Body** Wait a god damn minute. She posted a fucking abuse order against you?!

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-06-30 18:04:00 UTC
**Body** Yup. To get me removed from the house

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-06-30 18:05:30 UTC
**Body** �tttttttt she's high as fuck

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-06-30 18:05:42 UTC
**Body** With what proof sis

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-06-30 20:14:41 UTC
**Body** There isn't any. Which is why I'm hoping my lawyer can get it dismissed. It was a power move to get me out before a divorce and put me at a financial disadvantage I think. I showed all our daily messages from the day before she left going back two weeks. Normal married couple lovey dovey stuff and her out shopping for her birthday spending my money. Really felt in danger 🙄 it claims I threatened to kill her every day for a week Smfh

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-06-30 20:37:28 UTC
**Body** She workin on receiving that message elsewhere 🙄 I can't believe her. No more younger girls, Jeremy. They can't act right 🙄

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-06-30 20:37:38 UTC
**Body** Reacted 🙄 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-06-30 20:40:19 UTC
**Body** I agree, lol! We had our ups and downs like anyone, but for fucks sake, the woman didn't have to work, got anything and everything she wanted, and I've supported her in every sense of the word. Ill never quite get it, but hopefully we can just get it all over with and I can get back to my chaotic ways 🙄

**Author** Candace Scott (Facebook: 100079442679462)

**Sent**

2022-06-30 20:41:43 UTC

**Body** Yessssss. The ups and downs don't include ghosting someone you're MARRIED to though, sis. She lost that spoiled life and gotta get a whole ass job now 🙄🙄

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-06-30 20:42:31 UTC
**Body** Reacted 😂 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-06-30 20:43:11 UTC
**Body** That's why she wiped me out and paid the rent 3 months in advance. Cushion herself for the divorce. 🙄🙄

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-06-30 20:45:31 UTC
**Body** What a raggedy bitch. I'd literally like to punch her in the face, but then she couldn't fix her Botox because she broke 🤣🤣🤣🤣🤣🤣🤣🤣🤣🤣

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-06-30 21:09:13 UTC
**Body** Reacted 😂 to your message

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-06-30 22:02:33 UTC
**Body** Question. I'm about to send a pic but I literally have a whole cross section of a woman's hips with the hooha attached. It's quite heavy but it's cool.

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-06-30 22:02:53 UTC
**Body** You sent a photo.
**Attachments** ████████████████████████

**Type** image/jpeg
**Size** 288483

Meta Platforms Business Record                    Page 5456




**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-06-30 22:03:31 UTC
**Body** I guess I need to ask if you're interested in it lol

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-06-30 22:06:42 UTC
**Body** Also you will be delighted with this whole score once I figure out what all I have

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-06-30 22:07:43 UTC
**Body** Lol! Absolutely! 🙌🙌

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-06-30 22:08:09 UTC
**Body** I'm about to get some bolt cutters and start removing feet 🤣🤣

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-06-30 22:08:20 UTC
**Body** The saw is taking too long.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-06-30 22:09:13 UTC
**Body** Reacted 🤣🤣 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-06-30 22:09:31 UTC
**Body** Can't wait to see the haul 🙌🙌

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-06-30 22:09:37 UTC
**Body** I need a pick me up lol!

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-06-30 22:15:20 UTC
**Body** This will do it for you!

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-06-30 22:15:28 UTC
**Body** Reacted ❤ to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-06-30 22:16:17 UTC
**Body** Thank god. Being cut off from all my stock with the possibility of needing to find a place has been maddening. I'm praying this shit is dismissed. I have no place to take my daughter or have the ability to work 😔😔

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-06-30 22:38:41 UTC

**Body**     She was the one who got your stock for you?

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-06-30 22:39:47 UTC
**Body** No, but I wasn't allowed to take ANYTHING from the house accept "necessities to live until the hearing" therefore cutting me off from my ability to make money after wiping me out. 🙄

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-06-30 22:42:50 UTC
**Body** Jesus fucking Christ. So basically she's sitting in that house with all YOUR shit in it?

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-06-30 22:43:47 UTC
**Body** I'm about to write you a list of what I got.

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-06-30 22:45:13 UTC
**Body** 1 half head
1 whole head minus skull cap
3 brains with skull cap
1 heart
3 liver
5 lung
2 kidney
1 full pelvis female
1 piece of skin with nipple
4 hands

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-06-30 23:03:05 UTC
**Body** Yup. And paid for with my money. Not to mention everything in the house I've bought.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-06-30 23:03:05 UTC
**Body** Omg..... you are a life saver!!!! What's the damage?

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-06-30 23:04:07 UTC
**Body** God I hope she doesn't try stealing your shit you've worked so hard for, especially artifacts and old relics.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-06-30 23:05:04 UTC
**Body** Same. The sheriff said essentially she can do whatever she wants with my shit since we're married. I'd like to say she wouldn't do that but then again I have no idea what she's do after all this bullshit.

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-06-30 23:06:24 UTC
**Body** Whew 🤦‍♀️🤦‍♀️ what a bitch

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-06-30 23:07:39 UTC
**Body** Yup. Trying to just get into hustle mode. Make money so if I need

to rent another place I can, or if it gets dismissed, and I go back to the house, I can be ready for the divorce proceedings.

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-06-30 23:12:14 UTC
**Body** Alright so if I added everything individually it would be roughly $5150, BUT considering the circumstances and you being a swell business guy, how about $4000 even including shipping for all of it.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-06-30 23:12:52 UTC
**Body** I thank you kindly! I will pull together funds as quickly as possible and get you paid!

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-06-30 23:13:02 UTC
**Body** No worries, I know you're good for it!

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-06-30 23:18:56 UTC
**Body** I appreciate it so much! You have my word I will take care of it as soon as possible! Thank you 🙏 🙏 🙏 let me find the address that's safe to send to.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-06-30 23:19:17 UTC
**Body** ██████████        Thompson PA 18465

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-06-30 23:20:05 UTC
**Body** No worries, it'll take me a bit to box it all up properly, gotta get some more packing supplies tomorrow when I'm off and I have a 3 day weekend so I'll try and have it all ready to go out by Monday!

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-06-30 23:20:37 UTC
**Body** You're the absolute best!

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-06-30 23:21:17 UTC
**Body** Anything I can do to help! 🙂

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-06-30 23:21:28 UTC
**Body** Appreciated beyond words 🙏

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-07-01 00:40:40 UTC
**Body** I suggest you get this house asap 🙂

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-07-01 00:40:42 UTC
**Body** You sent a photo.
**Attachments** ██████████████████████████
                    **Type** image/jpeg
                    **Size** 359878





7:40

**For The Love Of Old Houses**
10m · 🌐

████████████  New Castle, Pennsylvania
16101
c.1920. 2,700 square feet. 4 bedrooms 1.5 baths on
0.29 acre. $115,000!
First time available in almost 50 years! Beautiful 4
bedroom, single family home on large city lot. Newer
hardwood floors on the main living area. Gorgeous,
original wood and beveled glass French doors
separating dining room, living room and den. Original
glass chandeliers in foyer. Completely private,
fenced-in backyard with a sparkling 18' x 36' in-
ground pool and deck area for entertainin... See more

**Realtor.com** ✓
1d · 🌐

How is this going for $115,000?! 😲 This four-
bedroom, 2,700 sqft home in Pennsylvania is
available for the first time in alm... See more

🏠 Home   ▶ Watch   📰 News   🗂 Marketplace   🔔 Notifications   ☰ Menu

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-07-01 00:41:04 UTC
**Body** That's some Arkansas priced housing right there.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-07-01 00:41:46 UTC
**Body** Jesus fuck! I could liquidate a few things and pull that off if things go my way 🤞🏻

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-07-01 00:42:23 UTC
**Body** That's an insane deal especially for up there.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-07-01 00:42:55 UTC
**Body** Absolutely! And that area is usually pricey. Fuck my life 😩😭

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-07-01 00:43:11 UTC
**Body** Find out the catch or what's not working 😂😂

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-07-01 00:43:29 UTC
**Body** Fucking haunted 👻😂

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-07-01 00:43:40 UTC
**Body** That would sale it for me.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-07-01 00:43:54 UTC
**Body** Honestly same hahahahaha!!!!

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-07-03 02:50:46 UTC
**Body** You sent a photo.
**Attachments**

**Type** image/jpeg
**Size** 161197



**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-07-03 02:51:11 UTC
**Body** You're all boxed up and ready. I have covid again so not sure if I'll get to go Monday but then I remembered it's the 4th so I'll go Tuesday lol

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-07-03 02:51:49 UTC
**Body** You are a godsend! Oh no! Take care of yourself first and foremost!

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-07-03 02:52:11 UTC
**Body** I'm good! Just feel like I have a cold. No fever or body aches.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-07-03 02:53:59 UTC
**Body** Oh good! When I had it I thought I was dying 🥴🥴

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-07-03 02:57:03 UTC
**Body** Lawyer said yesterday he's confident. Said he isn't even interested in bringing in witnesses so I'm hopeful!

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-07-03 02:57:37 UTC
**Body** Good I'm glad. I blocked her just to be cautious.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-07-03 02:58:13 UTC
**Body** Reacted ❤ to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-07-03 02:58:24 UTC
**Body** Fingers crossed things go good Wednesday!

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-07-06 18:49:30 UTC
**Body** What's the verdict? 🤞🤞

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-07-06 18:50:45 UTC
**Body** She wanted 3 years pfa, served me with divorce papers, and we agreed to a 12 month pfa and she'll let me have my personal property AND all my business stuff. She wants the divorce to be smooth so I gave her the win just so I can get my life back on track.

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-07-06 18:51:45 UTC
**Body** She wants the divorce to be smooth yet does this shit? Bye 🙄🙄🙄🙄🙄

**Author**
Candace Scott (Facebook: 100079442679462)
**Sent** 2022-07-06 18:52:27 UTC
**Body** I'm glad you get all your stuff though. She doesn't deserve shit.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-07-06 18:52:44 UTC
**Body** Reacted 🙂 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-07-06 18:53:12 UTC
**Body** Yeah, I figured I'd play nice in the hopes that in 90 days it's all just signed and over with. Now I'm trying to find a place to rent 🙄

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-07-06 18:54:09 UTC
**Body** I bet that is a true hell up there.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-07-06 18:54:36 UTC
**Body** Yeah. I'm losing it. I can sustain with lawyer fees and hotels. 🙃

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-07-06 18:55:31 UTC
**Body** Now look at her looking stupid not having a job but a whole ass house she has to rent. Just stupid 🤷

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-07-06 19:11:26 UTC
**Body** Reacted 🙂 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-07-06 19:11:45 UTC
**Body** Fucking right?!

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-07-06 19:20:35 UTC
**Body** Just young and stupid. She give a reason why she did all this shit in the first place?

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-07-06 19:21:42 UTC
**Body** Nope. And won't be able to speak to her for 12 months. At this point I'm over it. Just need to make some cash and find a place so kiddo can be with me. Fucking mess man 🙄

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-07-06 19:23:24 UTC
**Body** Shit consider it a blessing because some bitches really don't make it easy.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-07-06 19:23:32 UTC
**Body** True 🤣

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-07-06 19:27:42 UTC
**Body** You kept your business partners and your property, that's what counts. Fuck her otherwise, you will be just fine without her

expensive ass.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-07-06 19:28:37 UTC
**Body** Certainly going to hustle to make it a reality! 🙏

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-07-07 21:11:38 UTC
**Body** So got another heart and brain for $500 added?

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-07-08 00:09:52 UTC
**Body** Can do! Just found a house today! So fucking relieved!

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-07-08 00:10:45 UTC
**Body** I saw! When I think of the northeast, that's literally the house that
comes to mind. Old and gigantic but beautiful. And you know it's
haunted 😂

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-07-08 00:11:12 UTC
**Body** I would decorate the absolute fuck out of that house for Halloween
😂

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-07-08 00:12:26 UTC
**Body** Reacted 😂 to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-07-08 00:13:20 UTC
**Body** Oh I'm planning on it! Ready to move in 8 days! Finally feel like
this battle is turning around. 🙏 Did the other wets go out yet? Just
want to make sure they go to the right place now 😂

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-07-08 00:14:59 UTC
**Body** They haven't yet. I have to wait until next Tuesday because I
dropped rent and paid a $300 payment to the state for my
embalming exam I need to take  and I'm poor til then 😩😩😩😩😩😩

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-07-08 00:15:13 UTC
**Body** So just tell me Tuesday which address to send it to.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-07-08 00:15:58 UTC
**Body** I can definitely send some money for shipping! I'm broke but I can
make that work. Send me the PayPal again and I'll shoot over $100
if you think it'll cover it

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-07-08 00:16:15 UTC
**Body** Naw just hang tight until you get caught up.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-07-08 00:16:38 UTC
**Body** You're the best 🙏

**Author**  Candace Scott (Facebook: 100079442679462)
**Sent**    2022-07-08 00:16:42 UTC
**Body**    I'm going to send 2 tomorrow because I got that for sure. The other 4 I can send Tuesday

**Author**  Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent**    2022-07-08 00:50:33 UTC
**Body**    Okie dokie! Thank you so much for everything!

**Author**  Candace Scott (Facebook: 100079442679462)
**Sent**    2022-07-09 14:38:22 UTC
**Body**    Going by the post office now, what address shall I send to?

**Author**  Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent**    2022-07-09 14:39:01 UTC
**Body**    ███████████        Thompson PA 18465

**Author**  Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent**    2022-07-09 14:39:18 UTC
**Body**    That one will be good for another week while I wait for the new place to be ready 😊

**Author**  Candace Scott (Facebook: 100079442679462)
**Sent**    2022-07-09 14:40:09 UTC
**Body**    Cool, these should come priority so probably Tuesday? Wednesday at the latest?

**Author**  Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent**    2022-07-09 14:41:23 UTC
**Body**    Oh yeah! That's sounds about right! 😊

**Author**  Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent**    2022-07-11 21:10:39 UTC
**Body**    A little update. Got two boxes of clothes today and although the court order from the pfa says I can get my "business property" she won't schedule with the constable for me to pick it up without talking to her lawyer first because it's "marital property". So I'm literally not making any money other than what I can find to hustle with. She has everything under lock and key. 😞

**Author**  Candace Scott (Facebook: 100079442679462)
**Sent**    2022-07-11 21:11:27 UTC
**Body**    I knew she would try and steal that shit.

**Author**  Candace Scott (Facebook: 100079442679462)
**Sent**    2022-07-11 21:11:57 UTC
**Body**    Now I'm starting to think this was her plan all along.

**Author**  Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent**    2022-07-11 21:12:23 UTC
**Body**    The hearse isn't even on the property, it's in the church parking lot across the street. Wouldn't give me the keys because "he has a daily driver and until we discuss what everything is worth I can't let him take it."

**Author**  Candace Scott (Facebook: 100079442679462)
**Sent**    2022-07-11 21:12:54 UTC
**Body**    Oh yea she planned this shit

**Author**
Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-07-11 21:13:15 UTC
**Body** Me too. She had me buy EVERYTHING she wanted for the house. Down to kitchen gadgets. Then days after the new floor gets put in she does this shit.

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-07-11 21:14:08 UTC
**Body** What a piece of fucking shit

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-07-11 21:15:14 UTC
**Body** Yeah, I'm at my wits end man. Yesterday she posts about drinking mimosas and hanging in a salt water pool wearing the $180 bikini I just bought her for her birthday. She really just wants to hurt me and I don't know why 🤦🏼‍♂️

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-07-11 21:17:06 UTC
**Body** She's a disgusting human being and karma is going to suck real bad for her. Jeremy I've watched enough shows and know enough shit to think she was looking for a target to do this to and found you.

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-07-11 21:17:21 UTC
**Body** She's a scammer.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-07-11 21:19:40 UTC
**Body** It sucks. I just turned 40 and my whole life is in two boxes. Literally just trying to make enough to pay a lawyer and make sure my daughter has a bed when the new house is move in ready Friday. In a year when this pfa is up, I'm writing the whole story out for the public complete with proof how she has hit ME, since she wants to play this shit. I'm losing it. Hoping I can bounce back enough to just rub her damn nose in it.

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-07-11 21:20:50 UTC
**Body** Your connections reach way farther than hers. I would personally like to be a part of her demise so let me know anything I can do.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-07-11 21:20:57 UTC
**Body** Reacted ❤ to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-07-11 21:22:54 UTC
**Body** I appreciate it. My heads been getting to a dark place lately just trying to keep going. I could never do this to someone. Even if they WERE a shitty spouse. My kid is miserable, she doesn't want to move, trying to navigate her feelings, etc. fingers crossed I can pull things together and make sure all the projects she was involved in can be changed enough so they don't fail.

**Author** Candace Scott (Facebook: 100079442679462)

**Sent**

2022-07-11 21:38:07 UTC
**Body** Sell the shit out of these body parts, there will be more.

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-07-11 21:41:53 UTC
**Body** Reacted ❤ to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-07-11 21:42:17 UTC
**Body** You are honestly a godsend. One day I will show you my
appreciation. My word on that. 🙏🙏🙏🙏

**Author** Candace Scott (Facebook: 100079442679462)
**Sent** 2022-07-11 21:45:59 UTC
**Body** You've always been real good to me and it's always appreciated. I
protect the tribe. 🤍🤍

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-07-11 21:46:06 UTC
**Body** Reacted ❤ to your message

**Author** Jeremy Lee Pauley (Facebook: 100063789302056)
**Sent** 2022-07-11 21:46:19 UTC
**Body** I live with the same mentality. 🤍🤍

