(Post 9/2015)

# United States District Court
*for the Eastern District of Arkansas*

---

UNITED STATES OF AMERICA                                                    PLAINTIFF

vs.                    Case No.  4:23-CR-00101-BSM

CANDACE CHAPMAN SCOTT                                                       DEFENDANT

## NOTICE OF APPEAL

Notice is hereby given that <u>Candace Chapman Scott</u> appeals to the United States Court of Appeals for the Eighth Circuit from the: ☑ Judgment & Commitment ☐ Order _____
(Specify)
entered in this action on <u>January 24, 2025</u>.

_____
Signature of Defendant's Counsel

GEORGE B. MORLEDGE IV
Typed Name of Defendant's Counsel

<u>300 SPRING ST.,   Suite 615</u>
Street Address       Room Number

501-590-3050
Telephone Number

<u>LITTLE ROCK     AR     72201</u>
City            State       Zip

February 3, 2025
Date

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing Notice of Appeal has been provided to the following on this __3__ day of __February__, 20__25__.

Amanda Jegley
AUSA

Michael Gordon
AUSA

_____
Signature of Defendant's Counsel